# In the United States Court of Federal Claims

No. 04-83C
(Filed: January 4, 2005)

* * * * * * * * * * * * * * * * * * * * * * * * * * *

DOMINION RESOURCES, INC. and
DOMINION NUCLEAR
CONNECTICUT, INC.,

*Plaintiffs,*

v.

THE UNITED STATES,

*Defendant.*

* * * * * * * * * * * * * * * * * * * * * * * * * * *

ORDER

Pursuant to representations made in the parties' December 29, 2004 status report, all proceedings in this action, including discovery, are stayed until June 24, 2005, at which time the parties shall file a joint status report with the court.

s/ Eric G. Bruggink
ERIC G. BRUGGINK
Judge