# In the United States Court of Federal Claims

No. 04-83C
(Filed: July 7, 2005)

* * * * * * * * * * * * * * * * * * * * * * * * * * *

DOMINION RESOURCES, INC. and
DOMINION NUCLEAR
CONNECTICUT, INC.,

*Plaintiffs,*

v.

THE UNITED STATES,

*Defendant.*

* * * * * * * * * * * * * * * * * * * * * * * * * *

ORDER

Pursuant to representations made in the parties' June 24, 2005 status report, all proceedings in this action, including discovery, are stayed until December 15, 2005, at which time the parties shall file a joint status report with the court.

s/ Eric G. Bruggink
ERIC G. BRUGGINK
Judge