# In the United States Court of Federal Claims

No. 04-83C
(Filed: July 27, 2006)

* * * * * * * * * * * * * * * * * * * * * * * * * * *

DOMINION RESOURCES, INC. and
DOMINION NUCLEAR
CONNECTICUT, INC.,

*Plaintiffs*,

v.

THE UNITED STATES,

*Defendant.*

* * * * * * * * * * * * * * * * * * * * * * * * * *

ORDER

A status conference will be held from the courtroom Wednesday, August 2, 2006, 10:00 a.m., National Courts Building, 717 Madison Place, N.W., Washington, D.C., to discuss the parties' latest joint status report. Both parties shall appear in person. The proceeding will be recorded.

s/ Eric G. Bruggink
ERIC G. BRUGGINK
Judge