# In the United States Court of Federal Claims

No. 04-83C
(Filed: August 2, 2006)

* * * * * * * * * * * * * * * * * * * * * * * * * *

DOMINION RESOURCES, INC. and
DOMINION NUCLEAR
CONNECTICUT, INC.,

*Plaintiffs*,

v.

THE UNITED STATES,

*Defendant.*

* * * * * * * * * * * * * * * * * * * * * * * * * *

ORDER

A status conference was held Wednesday, August 2, 2006. As a result, the prior stay in this case is lifted. The court adopts plaintiffs' proposed pre-trial and trial schedule as follows:

(1) Discovery may commence.

(2) Plaintiffs shall produce damage schedules on or before Tuesday, October 31, 2006.

(3) Plaintiffs shall produce any expert reports on or before Wednesday, February 28, 2007.

(4) Defendant shall produce its expert reports and respond to plaintiffs' damage schedules on or before Friday, June 29, 2007.

(5) Discovery shall be closed on Wednesday, October 31, 2007.

(6) Parties shall exchange exhibit and witness lists on or before Friday, November 16, 2007.

(7) Plaintiffs shall file their pre-trial memorandum on or before Thursday, December 20, 2007.

(8) Defendant shall file its pre-trial memorandum on or before Friday, January 25, 2008. Trial will be held in August of 2008.

The court will contact the parties in December to arrange a status conference.

s/ Eric G. Bruggink__________
ERIC G. BRUGGINK
Judge