# In the United States Court of Federal Claims

**04-83C**

**Filed: January 30, 2007**

**DOMINION RESOURCES, INC.
AND DOMINION NUCLEAR'
CONNECTICUT, INC.**

**v.**

**THE UNITED STATES**

**TRANSCRIPT OF PROCEEDINGS (one volume)
Held in Washington, D.C.
January 10, 2007**

The above document has been filed with the Clerk's Office in hard copy and is not available electronically. To view this document please contact the Clerk's Office at (202) 357-6400 between the hours of 8:45 am and 5:15 pm Eastern time.