IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| DOMINION RESOURCES, INC., and<br>DOMINION NUCLEAR CONNECTICUT, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. 04-0083<br>(Judge Bruggink) |

DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME

Pursuant to Rule 6(b) of the Rules of the United States Court of Federal Claims ("RCFC"), defendant, the United States, respectfully requests an enlargement of time of 30 days, to and including April 2, 2007, within which to file its response to plaintiffs' Motion To Dismiss And/Or Strike Defendant's Counterclaims And Defenses Based Upon The "One-Time Fee." Defendant's response is currently due on Thursday, March 1, 2007. This is defendant's first request for an enlargement of time for this purpose. Counsel for plaintiffs, Dominion Resources, Inc. and Dominion Nuclear Connecticut, Inc., has indicated that plaintiffs do not oppose this motion.

This enlargement is warranted because the ability of defendant's counsel to complete its response to plaintiffs' motion has been affected by the involvement of defendant's counsel in the following matters before this Court: Attorneys for defendant are currently engaged in the continuing trial of System Fuels, Inc. And Entergy Arkansas, Inc. v. United States, Fed. Cl. No. 03-2623, which has required significant time and resources. Further, attorneys for defendant also are involved in continuing discovery proceedings in several spent nuclear fuel cases, including, Dairyland Power Coop. v. United States, Fed. Cl. No. 04-106; Boston Edison Co. v. United States, Fed. Cl. No. 99-447; Carolina Power & Light Co. v. United States, Fed. Cl. No.

04-37; Dominion Resources, Inc. v. United States, Fed. Cl. No. 04-0084; Southern California Edison Co. v. United States, Fed. Cl. No. 04-109; and Consolidated Edison Co. V. United States, Fed. Cl. No. 04-33C. In particular, the Court's recent order in the Dairyland case, compelling production by the Government of a wide range of broad categories of documents, is requiring us to devote substantial resources to document search and production efforts. Because of these activities, we have not been able to devote sufficient time to the development of our response to the plaintiffs' motion here, but believe that with an enlargement of 30 days, we should be able to do so.

For the foregoing reasons, we respectfully request that the Court grant this motion for an enlargement of time to file our response to plaintiffs' Motion To Dismiss And/Or Strike Defendant's Counterclaims And Defenses Based Upon The "One-Time Fee."

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

s/Jeanne E. Davidson
JEANNE E. DAVIDSON
Director

s/Harold D. Lester, Jr.
HAROLD D. LESTER, JR.
Assistant Director
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 307-0365
Fax: (202) 307-2503

February 27, 2007

Attorneys for Defendant

Certificate of Filing

I hereby certify that on the 27th day of February 2007, a copy of the foregoing "DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Lisa L. Donahue