IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| DOMINION RESOURCES, INC., and | ) | |
| DOMINION NUCLEAR CONNECTICUT, INC., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | No. 04-0083 |
| v. | ) | (Judge Bruggink) |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

NOTICE OF APPEARANCE

To the Clerk:

Please enter the appearance of Lisa L. Donahue as attorney of record for the United States. Service of all papers by opposing parties should be addressed as follows:

Lisa L. Donahue
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Washington, D.C. 20530

Attention: Classification Unit
8th Floor
1100 L Street, N.W.

Dated: March 15, 2007

s/Lisa L. Donahue

LISA L. DONAHUE
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Telephone: (202) 353-9498
Telecopy: (202) 307-2503

CERTIFICATE OF FILING

I hereby certify that on this 15 day of March 2007, a copy of foregoing "NOTICE OF APPEARANCE" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Lisa L. Donahue