IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| DOMINION RESOURCES, INC., and<br>DOMINION NUCLEAR CONNECTICUT, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | ) | No. 04-0083<br>(Judge Bruggink) |

DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME

Pursuant to Rule 6(b) of the Rules of the United States Court of Federal Claims ("RCFC"), defendant, the United States, respectfully requests an enlargement of time of nine days, to and including April 11, 2007, within which to file its response to plaintiffs' Motion To Dismiss And/Or Strike Defendant's Counterclaims And Defenses Based Upon The "One-Time Fee." Defendant's response is currently due today, Monday, April 2, 2007. This is defendant's second request for an enlargement of time for this purpose, the Court having previously granted an enlargement of 30 days for this purpose. Counsel for plaintiffs, Dominion Resources, Inc. and Dominion Nuclear Connecticut, Inc., has indicated that plaintiffs do not oppose this motion.

This enlargement is warranted because the ability of defendant's counsel to complete its response to plaintiffs' motion has been affected by the involvement of defendant's counsel in the following matters before this Court: Attorneys for defendant are involved in continuing discovery proceedings in several spent nuclear fuel cases, including Dairyland Power Coop. v. United States, Fed. Cl. No. 04-106; Boston Edison Co. v. United States, Fed. Cl. No. 99-447; Carolina Power & Light Co. v. United States, Fed. Cl. No. 04-37; Dominion Resources, Inc. v. United States, Fed. Cl. No. 04-0084; and Southern California Edison Co. v. United States, Fed. Cl. No. 04-109. In particular, the Court's recent order in the Dairyland case, compelling

production by the Government of a wide range of broad categories of documents, has required us to devote substantial resources to document search and production efforts.

In addition, attorneys for defendant are in the process of drafting and finalizing their brief in the cases of Yankee Atomic Electric Co. v. United States, 73 Fed. Cl. 249 (2006), 73 Fed. Cl. 249 (2006), appeal docketed, Nos. 07-5025, -5031 (Fed. Cir. Dec. 8, 2006); Connecticut Yankee Atomic Power Co. v. United States, 73 Fed. Cl. 249 (2006), appeal docketed, Nos. 07-5027, 5033 (Fed. Cir. Dec. 7, 2006); and Maine Yankee Atomic Power Co. v. United States, 73 Fed. Cl. 249 (2006), appeal docketed, Nos. 07-5026, -5032 (Fed. Cir. Dec. 7, 2006), which is currently due on Thursday, April 5, 2007.

Attorneys for defendant also are currently engaged in the continuing trial of System Fuels, Inc. And Entergy Arkansas, Inc. v. United States, Fed. Cl. No. 03-2623, which has required significant time and resources. One of the attorneys responsible for drafting the Government's response will be in Arkansas for a site visit on April 9, 2007, though April 10, 2007.

Lastly, attorneys for defendant have devoted time to the audit in this case, which is currently scheduled to take place on Tuesday, April 3, 2007, though Thursday April 5, 2007, outside of Richmond, Virginia. Because of these activities, we have not been able to devote sufficient time to finalize our response to the plaintiffs' motion here, but believe that with an enlargement of nine days, we should be able to do so.

For the foregoing reasons, we respectfully request that the Court grant this motion for an enlargement of time to file our response to plaintiffs' Motion To Dismiss And/Or Strike Defendant's Counterclaims And Defenses Based Upon The "One-Time Fee."

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/Harold D. Lester, Jr.
Assistant Director

s/Lisa L. Donahue
LISA L. DONAHUE
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 353-9498
Fax: (202) 307-2503

April 2, 2007

Attorneys for Defendant

Certificate of Filing

I hereby certify that on the 2nd day of April, 2007, a copy of the foregoing “DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME” was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Lisa L. Donahue