# In the United States Court of Federal Claims

No. 04-83C
(Filed: April 3, 2007)

* * * * * * * * * * * * * * * * * * * * * * * * * * *

DOMINION RESOURCES, INC. and
DOMINION NUCLEAR
CONNECTICUT, INC.,

*Plaintiffs*,

v.

THE UNITED STATES,

*Defendant.*

* * * * * * * * * * * * * * * * * * * * * * * * * *

ORDER

Defendant's unopposed motion, filed on April 2, 2007, for an enlargement of time, is granted. Defendant shall respond to plaintiffs' Motion to Dismiss and/or Strike Defendant's Counterclaims and Defenses based upon the "One-Time Fee" by April 11, 2007.

s/Eric G. Bruggink
ERIC G. BRUGGINK
Judge