# In the United States Court of Federal Claims

No. 04-83C
(Filed: May 15, 2007)

* * * * * * * * * * * * * * * * * * * * * * * * * * *

DOMINION RESOURCES, INC. and
DOMINION NUCLEAR
CONNECTICUT, INC.,

*Plaintiffs*,

v.

THE UNITED STATES,

*Defendant.*

* * * * * * * * * * * * * * * * * * * * * * * * * *

ORDER

Oral argument regarding plaintiffs' Motion to Dismiss Pursuant to Rule 12(b)(6) and/or Strike Defendant's Counterclaims and Defenses Based upon the "One-Time Fee", shall be heard on Thursday, June 7, 2007, at 10:00 a.m. EST in the National Courts Building. It is so ORDERED.

s/Eric G. Bruggink
ERIC G. BRUGGINK
Judge