# In the United States Court of Federal Claims

No. 04-83C
(Filed: June 7, 2007)

* * * * * * * * * * * * * * * * * * * * * * * * * * *

DOMINION RESOURCES, INC. and
DOMINION NUCLEAR
CONNECTICUT, INC.,

*Plaintiffs*,

v.

THE UNITED STATES,

*Defendant.*

* * * * * * * * * * * * * * * * * * * * * * * * * *

ORDER

The court modifies its January 12, 2007 order. The trial, originally scheduled for March 10, 2008, is now scheduled for April 7-18, 2008.

s/Eric G. Bruggink
ERIC G. BRUGGINK
Judge