**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| **DOMINION RESOURCES, INC.,**<br>and<br>**DOMINION NUCLEAR CONNECTICUT, INC.**<br>Plaintiffs,<br>v.<br>**UNITED STATES OF AMERICA,**<br>Defendant. | No. 04-0083C<br>Judge Bruggink |

**PLAINTIFFS' RESPONSE TO DEFENDANT'S NOTICE TO THE COURT REGARDING STATUTORY AUTHORITY FOR SET-OFF**

Plaintiffs respectfully submit the following response to the "Defendant's Notice to the Court Regarding Statutory Authority for Set-Off," filed June 8, 2007, in connection with plaintiffs' alternative argument that the Nuclear Waste Policy Act prohibits the set-off position asserted by the government. Plaintiffs wish to emphasize two points.

First, as the government admits, the general Judgment Fund offset statute cited by the government (31 U.S.C. § 3728) allows set offs only for amounts "that a plaintiff owes to the Government." As plaintiffs have established, however, the one-time fee is not presently owed to the government in these circumstances. Plaintiffs' motion does not implicate, nor challenge, the government's general statutory and common law rights of offset for debts that are, in fact, owed.

Second, the "receipts, proceeds, and recoveries" that the Nuclear Waste Policy Act authorizes the Secretary of Energy to deposit into the Nuclear Waste Fund are limited to those funds realized "under subsections (a), (b), and (e)" of 42 U.S.C. § 10222, which in turn refers to payments by utilities pursuant to the Standard Contracts, equivalent amounts for government-generated waste, or investment proceeds, Treasury obligations, or appropriations made "to the Waste Fund." For the reasons plaintiffs have previously explained (*See* 1/29/07 Mot. at 17-18; 4/30/07 Reply at 8-9), none of these provisions encompass the unilateral offset procedure proposed by the government, whereby government litigation counsel from the Department of Justice "would specify" a purported deposit into the Nuclear Waste Fund. Such an offset procedure would not be a payment by Dominion pursuant to the Standard Contract, and is not authorized by the Nuclear Waste Policy Act.

s/ Brad Fagg

BRAD FAGG
MORGAN, LEWIS & BOCKIUS, LLP
1111 Pennsylvania Avenue, NW
Washington, DC 20004
Telephone: (202) 739-5191
Facsimile: (202) 739-3001

Attorneys for Plaintiffs

June 11, 2007

**CERTIFICATE OF FILING**

I hereby certify that on this 11th day of June, 2007, a copy of the foregoing was served filed electronically with the Court. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Brad Fagg