IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| DOMINION RESOURCES, INC., and<br>DOMINION NUCLEAR CONNECTICUT, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | ) | No. 04-0083<br>(Judge Bruggink) |

DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME

Pursuant to Rule 6(b)(1) of the United States Court of Federal Claims ("RCFC"), defendant, the United States, respectfully request an enlargement of the deadlines to complete discovery and to submit pretrial materials, as set forth in the Court's Scheduling Order dated August 2, 2006 (as amended by order dated May 25, 2007). The requested adjustments will not affect the trial date as set forth in this Court's Order of June 7, 2007. Counsel for plaintiffs, Dominion Resources, Inc. and Dominion Nuclear Connecticut, Inc., has indicated that plaintiffs do not oppose this motion. Defendant previously filed, and the Court granted, an unopposed motion to enlarge the time to complete expert reports from June 29, 2007, to September 17, 2007.

The Government is working diligently to complete the discovery commensurate with the issues presented by this case. To date, the Government has noticed nine depositions in this case and Dominion Resources, Inc. and Virginia Electric Power Company v. United States, No. 04-0084C (Fed. Cl.). The scheduling of additional depositions and a site visit are in the planning stage, and we anticipate that they will occur in August and September 2007. The Government

expects that its expert reports will depend in substantial part upon information obtained during depositions. Enlarging the time for the Government to complete its expert reports would obviate the need to amend these reports and responses upon the discovery of additional information.

Scheduling of discovery in this case is complicated by the fact that the Government attorney team assigned to this case is also assigned to Carolina Power & Light Co., v. United States, No. 04-37C (Fed. Cl.), and Southern California Edison Co. v. United States, No. 04-109C (Fed. Cl.), both of which are currently in the discovery stage. Counsel for plaintiffs here is also attorney of record in both Carolina Power and Southern California Edison. For the past three months, and continuing into the present, the Government has been taking depositions in these cases. Moreover, trial in Carolina Power is currently scheduled to take place from November 5, 2007, through November 20, 2007. The Government anticipates that preparation for, and participation in, this trial will require substantial time and resources throughout October and November 2007.

Accordingly, the Government requests the following alterations to the discovery deadlines and pretrial schedule, which it believes will provide the Government with ample time to prepare its expert submissions and responses to plaintiff's cost schedules and for the parties to complete discovery and their pre-trial submissions.

| | From | To |
|---|---|---|
| **Deadline for submission of Government's expert reports and response to Plaintiffs' damages schedules** | September 17, 2007 | October 26, 2007 |
| **Close of Discovery** | October 31, 2007 | December 20, 2007 |
| **Deadline for the parties to exchange exhibit and witness lists** | November 16, 2007 | January 22, 2008 |
| **Plaintiff's pretrial memorandum** | December 20, 2007 | February 8, 2008 |
| **Defendant's pretrial memorandum** | January 25, 2008 | March 10, 2008 |

For the foregoing reasons, the Government respectfully requests that the Court grant its unopposed motion to enlarge the discovery and other pretrial deadlines, as reflected in the schedule set forth above.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Harold D. Lester, Jr.
HAROLD D. LESTER, JR.
Assistant Director

OF COUNSEL:

JANE K. TAYLOR
Office of General Counsel
U.S. Department of Energy
1000 Independence Avenue, S.W.
Washington, D.C. 20585

s/Lisa L. Donahue
LISA L. DONAHUE
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
Tele: (202) 353-9498
Fax: (202) 307-2503

July 20, 2007

Attorneys for Defendant

CERTIFICATE OF SERVICE

I hereby certify that on this 20th day of July, 2007, a copy of the foregoing "UNOPPOSED MOTION TO ADJUST DISCOVERY AND PRETRIAL DEADLINES" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Lisa L. Donahue