IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| DOMINION RESOURCES, INC., and<br>DOMINION NUCLEAR CONNECTICUT, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | No. 04-0083<br>(Judge Bruggink) |

DEFENDANT'S UNOPPOSED MOTION TO AMEND THE SCHEDULING ORDER

Pursuant to Rule 6(b)(1) of the United States Court of Federal Claims ("RCFC"), defendant, the United States, respectfully request an enlargement of the deadlines to submit its expert reports and respond to plaintiffs' damages schedules, as set forth in the Court's Scheduling Order dated July 24, 2007. The Government requests that its deadline for completing its expert reports and responses to plaintiffs' damages schedules be enlarged by 40 days, to and including December 5, 2007. The requested adjustment will not affect the close of discovery or the trial date as set forth in the Court's July 24, 2007 Order. Counsel for plaintiffs, Dominion Resources, Inc. and Dominion Nuclear Connecticut, Inc., has indicated that plaintiffs do not oppose this motion. Defendant previously filed, and the Court granted, two unopposed motions to enlarge the time to submit its expert reports and to complete discovery.

The Government has worked diligently to complete the discovery commensurate with the issues presented by this case. To date, the Government has taken fourteen depositions in this case and Dominion Resources, Inc. and Virginia Electric Power Company v. United States, No.

04-0084C (Fed. Cl.), including a Rule 30(b)(6) deposition. Most recently, the Government noticed a deposition for Wednesday, October 17, 2007 in this case. The Government also has conducted site visits and issued written discovery requests. The Government expects that its expert reports will depend in part upon information obtained during the deposition noticed on October 17, 2007, as well as prior depositions taken in this case and pending responses to the Government's discovery requests. Enlarging the time for the Government to complete its expert reports would obviate the need to amend these reports and responses upon the discovery of additional information.

Completion of discovery and the expert reports in this case is complicated by the fact that the Government attorney team assigned to this case is also assigned to Carolina Power & Light Co., v. United States, No. 04-37C (Fed. Cl.), and Southern California Edison Co. v. United States, No. 04-109C (Fed. Cl.). Counsel for plaintiffs here is also attorney of record in both Carolina Power and Southern California Edison. Trial in Carolina Power is currently scheduled to take place from November 5, 2007, through November 20, 2007, and the Government anticipates that preparation for, and participation in, this trial will require substantial time and resources throughout the remainder of October and November 2007. Southern California Edison is currently in the discovery stage. For the past five months, and continuing into the present, the Government has been taking depositions in both this case and Southern California Edison.

For the foregoing reasons, the Government respectfully requests that the Court grant its unopposed motion to amend the July 24, 2007 scheduling order.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Harold D. Lester, Jr.
HAROLD D. LESTER, JR.
Assistant Director

OF COUNSEL:

JANE K. TAYLOR
Office of General Counsel
U.S. Department of Energy
1000 Independence Avenue, S.W.
Washington, D.C. 20585

s/Lisa L. Donahue
LISA L. DONAHUE
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
Tele: (202) 353-9498
Fax: (202) 307-2503

October 16, 2007

Attorneys for Defendant

CERTIFICATE OF SERVICE

I hereby certify that on this 16 day of October, 2007, a copy of the foregoing "UNOPPOSED MOTION TO AMEND THE SCHEDULING ORDER" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Lisa L. Donahue