# In the United States Court of Federal Claims

No. 04-83C
(Filed: October 17, 2007)

* * * * * * * * * * * * * * * * * * * * * * * * * * *

DOMINION RESOURCES, INC. and
DOMINION NUCLEAR
CONNECTICUT, INC.,

*Plaintiffs*,

v.

THE UNITED STATES,

*Defendant.*

* * * * * * * * * * * * * * * * * * * * * * * * * *

ORDER

Defendant's unopposed motion, filed on October 16, 2007, for an enlargement of time is granted. The defendant shall produce its expert reports and responses to plaintiff's damages on or before Wednesday, December 5, 2007.

s/ Eric Bruggink
ERIC G. BRUGGINK
Judge