# In the United States Court of Federal Claims

No. 04-83C
(Filed: October 23, 2007)

* * * * * * * * * * * * * * * * * * * * * * * * * *

DOMINION RESOURCES, INC. and
DOMINION NUCLEAR
CONNECTICUT, INC.,

*Plaintiffs*,

v.

THE UNITED STATES,

*Defendant.*

* * * * * * * * * * * * * * * * * * * * * * * * * *

ORDER

A telephonic status conference will be held Monday, October 29, 2007, at 10:30 a.m. The call will be placed from chambers and will not be recorded.

s/ Eric Bruggink
ERIC G. BRUGGINK
Judge