IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| DOMINION RESOURCES, INC., and<br>DOMINION NUCLEAR CONNECTICUT, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | ) | No. 04-0083<br>(Judge Bruggink) |

DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO EXCHANGE WITNESS AND EXHIBIT LISTS

Pursuant to Rule 6(b)(1) of the United States Court of Federal Claims, defendant, the United States, respectfully requests an enlargement of time, to and including February 22, 2008, for the parties to exchange witness and exhibit lists, as contemplated by the Court's order dated July 24, 2007. This is our first request for an enlargement of time for this purpose. Currently, the deadline for exchanging these materials is January 22, 2008. This request does not affect the other pretrial deadlines set by the Court. Counsel for plaintiffs has stated that plaintiffs do not oppose this request.

Since the Court set the current deadline for the parties to exchange exhibit and witness lists, the trial date has been continued until May 5, 2008. Moreover, the Government attorney team assigned to this case is also assigned to Carolina Power & Light Co., et. al. v. United States, No. 04-37C (Fed. Cl.); Southern California Edison Co. v. United States, No. 04-109C (Fed. Cl.); and Arizona Public Service Co. v. United States, No. 03-2832C (Fed. Cl.), all of which require active involvement in the months of January and February, 2008. Counsel for plaintiffs here is also attorney of record in Carolina Power, Southern California Edison, and Arizona Public.

Post-trial briefings are currently due in January and February 2008 in Carolina Power. The parties are actively engaged in discovery in Southern California, and depositions in that case are currently scheduled to take place in California during the week of January 14, 2008. Further, members of the Government attorney team are scheduled to attend an on-site audit of the plaintiffs' facility in Arizona Public during the week of January 21, 2008. Enlarging the time to exchange witness and exhibit lists to the month of February would provide us adequate time to prepare comprehensive witness and exhibit lists, potentially obviating the need to amend the lists as the trial date approaches.

For the foregoing reasons, defendant respectfully requests that the Court grant our request for an enlargement of time, to and including February 22, 2008, for the parties to exchange exhibit and witness lists.

Respectfully submitted,

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Harold D. Lester, Jr.
HAROLD D. LESTER, JR.
Assistant Director

OF COUNSEL:

JANE K. TAYLOR
Office of General Counsel
U.S. Department of Energy
1000 Independence Avenue, S.W.
Washington, D.C. 20585

s/Lisa L. Donahue
LISA L. DONAHUE
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
Tele: (202) 353-9498
Fax: (202) 307-2503

January 2, 2008

Attorneys for Defendant

CERTIFICATE OF SERVICE

I hereby certify that on this 2nd day of January, 2008, a copy of the foregoing "DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO EXCHANGE WITNESS AND EXHIBIT LISTS" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Lisa L. Donahue