# In the United States Court of Federal Claims

No. 04-83C
(Filed: February 27, 2008)

* * * * * * * * * * * * * * * * * * * * * * * * * * *

DOMINION RESOURCES, INC. and
DOMINION NUCLEAR
CONNECTICUT, INC.,

*Plaintiffs*,

v.

THE UNITED STATES,

*Defendant.*

* * * * * * * * * * * * * * * * * * * * * * * * * *

ORDER

Pending is defendant's February 22, 2008 motion to amend the pre-trial schedule. That motion is granted in part and denied in part. Based on the representations made at the telephonic status conference held on February 27, 2008, the following is ordered:

1. Any pre-trial motions shall be filed on or before March 17, 2008.

2. Defendant shall file its pre-trial brief on or before March 24, 2008.

3. The pre-trial conference will be held on April 7, 2008, at 9:00 am. Counsel shall appear in person.

4. Both parties shall file their witness and exhibits lists on or before March 24, 2008.

s/ Eric Bruggink
ERIC G. BRUGGINK
Judge