# APPENDIX

# TABLE OF CONTENTS

**App. Pages**

DECLARATION OF R. LARRY JOHNSON, C.P.A. .......................... App - 1

EXCERPTS OF DEPOSITION OF WESLEY JENKINS, OCTOBER 5, 2007 ........ App - 3

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| DOMINION RESOURCES, INC., and<br>VIRGINIA ELECTRIC & POWER COMPANY,<br><br>Plaintiffs,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | ) | No. 04-0084<br>(Judge Bruggink) |
| DOMINION RESOURCES, INC., and<br>DOMINION NUCLEAR CONNECTICUT, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | ) | No. 04-0083<br>(Judge Bruggink) |

DECLARATION OF R. LARRY JOHNSON, CPA

I, R. LARRY JOHNSON, CPA, declare as follows:

1. My name is R. Larry Johnson, and I have been retained by the United States Department of Justice to review, analyze, and express my opinions regarding the claims for damages made by Dominion Resources, Inc., Dominion Nuclear Connecticut ("DNC"), and Virginia Electric and Power Company ("VEPCO") (collectively "Dominion" or "plaintiffs") in this case.

2. On October 31, 2006, plaintiffs submitted their Initial Disclosure of Claimed Damages, which includes all damages allegedly incurred by Dominion Resources, Inc., VEPCO, or DNC in this case through June 30, 2006.

3. Plaintiffs' Initial Disclosure of Claimed Damages includes costs associated with three of plaintiffs' nuclear facilities: North Anna Power Station ("North Anna"), Surry Power Station ("Surry") and Millstone Power Station ("Millstone").

4. As I noted in my expert report in this matter, included in plaintiffs' damage claim is $2,658,238 in capital financing costs, which is recorded as Allowance For Funds Used During Construction ("AFUDC") or Capitalized Interest, collectively referred to as "AFUDC" in my expert report.

5. DNC claims approximately $1,960,189, and VEPCO claims approximately $698,049 of AFUDC, respectively.

I declare under penalty under penalty of perjury that the foregoing is true and correct. Executed on March 14, 2008, in Reston, VA.

R Larry Johnson

R. LARRY JOHNSON, CPA
11710 Plaza America Dr.
Suite 300
Reston, VA 20190
(703) 654-1400

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

- - - - - - - - - - - - - - - - - -x
DOMINION RESOURCES, INC., and :
DOMINION NUCLEAR CONNECTICUT, : ORIGINAL
INC., :
:
Plaintiffs, : No. 04-0083
: (Judge Bruggink)
v. :
:
THE UNITED STATES, :
:
Defendant. :
- - - - - - - - - - - - - - - - - -x
- - - - - - - - - - - - - - - - - -x
DOMINION RESOURCES, INC., and :
VIRGINIA ELECTRIC & POWER :
COMPANY, :
:
Plaintiffs, :
:
v. :
:
THE UNITED STATES, :
:
Defendant. :
- - - - - - - - - - - - - - - - - -x Pages 1-184

The Deposition of WESLEY JENKINS
Commonwealth of Virginia
Friday, October 5, 2007

Reported by: Tina M. Hepburn, CCR
Job No. 183407

A I don't know. Maybe that wasn't a good term.

Q So --

A But, I mean, it's the -- maybe cash isn't a good word. Like I said, it's a weighted average cost of capital. We put together our budgets. We look at our cash flow needs for the year. And, you know, our treasury group will go out and issue the commercial paper and whatever instruments we need to -- to provide the funds to operate our business.

**Q Okay. AFUDC, does it represent a loan to Dominion?**

A I don't know.

**Q Okay. Is it an actual -- is it an actual expense? Is AFUDC expensed by Dominion?**

A I'm not sure what you mean by that question.

**Q Okay. Let me see. When you say the weighted average cost of capital, is that like an interest rate?**

A It's similar. I mean, the way

it's calculated in the financial system is, we take the -- you know, the debt and the capital structure of the legal entity and figure out a rate at which to apply the cost to the project based on charges to the project.

**Q Okay, why -- why is this rate, the weighted average cost of capital, applied to the cost of the project?**

A It's a method that Dominion uses to assign this cost to our capital projects. To the improvement projects. To allocate it to those projects.

**Q But why is that cost assigned to the cost of the project?**

A Again, for North Anna and Surry, I mean, it's -- you know, there's some guidance on the weighted average cost of capital and allocating it to construction projects. We follow that FERC guidance.

**Q Okay, but -- so is the only reason that this cost is allocated -- I mean, the cost of capital is allocated to the cost of the**

Q Well, that's part of the reason you're here today is to discuss that. You said there's a cost of money. Does AFUDC represent a cost of money? I mean, is that what it represents?

A Essentially, I mean, I believe that would be accurate. As we've, you know, submitted our -- copies of our policies and stuff to you, it's -- you know, it's our weighted average cost of capital. It's the cost of the debt and equity that Dominion has to operate its business.

Q So let me make sure I understand what you're saying. AFUDC represents the cost of Dominion's debt and equity used to run its business; is that fair?

A I believe that's what I said.

Q I'm just making sure I understand. That's why I'm thinking out loud. So this cost of debt and equity, the debt and equity that's being used to run its business, is that debt that is an actual loan that Dominion has gone out and acquired a loan, and then the AFUDC represents the cost of that loan? Is that what AFUDC is?

A It's whatever instruments that our treasury group decides to use. It may be a loan, bonds or something like that.

**Q Does the treasury group issue loans that are then -- the cost of that loan is recorded as AFUDC?**

A What do you mean by do they issue loans? I mean, we're talking about our treasury group that's, you know, acquiring the cash flow for Dominion.

**Q So the treasury group is acquiring the cash flow. And does the treasury group then apply the weighted average cost of the capital, or AFUDC, to the cost of that cash that is acquired?**

A That's all part of their calculation. They look at, again, the debt and capital structure of the entity, and they have a calculation of -- well, they put all that data together, and then our accounting group takes that data and they have a calculation they go through with that data to come up with the rate.

you know, the policies we've resubmitted, I think, kind of define that. It's -- the AFUDC is the method of allocating, you know, Dominion's interest charges, the cost of the debt and the equity to the projects.

Q Okay. So these interest charges, are they -- let me back up. From what I know of AFUDC, it is only applied to capital projects; is that accurate?

A Right.

Q So when you say projects, you're talking about capital projects at Dominion?

A Correct.

Q So the North Anna dry storage project, for example, is a capital project? Am I right?

A That's correct.

Q So AFUDC is applied to the cost of money used to fund the North Anna ISFSI project, right?

A Yes.

Q Did Dominion take out a loan? A

**specific loan to fund the North Anna ISFSI project?**

A We don't issue specific instruments for specific projects. What we do is we look at the needs of the entity as a whole, and we set up our financing, our instruments, based on the needs of the entire entity, not on an individual project by project basis.

**Q Okay, now, is that done, the setting up the financing for the entity as a whole, is that done on a yearly basis?**

A Right. All the different business areas will put together their budget they need for the upcoming years. Generally, we do like a five-year plan looking ahead. All of that data is consolidated. It's fed to treasury. They figure out what sort of instruments we need for the upcoming year or years. And, so, it's based on all the data that's fed from all the different business areas.

**Q Okay. And I think you said the -- AFUDC is the weighted average cost of capital, right? Is it the same thing?**

A Yes.

Q Okay. So the equity -- I think you said it's an average of the debt and equity?

A Right.

Q So the debt is coming from these commercial instruments?

A Right.

Q And then where is the equity portion coming from?

A Dominion is a publicly traded company, so the equity would be the issuing of the stock and the cost of doing that.

Q So that equity is just sort of generally present in the course of Dominion's business dealings?

A I don't know what you mean by generally present.

Q I'm not sure I knew either. I'm trying to understand -- well. So at the beginning of the year, all of the capital projects determine what funding they are going to need, and then treasury issues certain commercial instruments to

fund all of the projects at Dominion, right?

A Right. I mean, all the -- not just the capital projects, but all the activities of Dominion, the cost of running our whole business.

Q I see. So the treasury is funding all of the projects, not just capital projects?

A Right. Dominion has to pay for everything it does, not just capital improvement projects.

Q I see. So if -- if there is one less -- let's say that in the beginning of the year, all of the projects indicate what funding they are going to need to the treasury department. And then in the course of that year, one capital project is scrapped. They don't go forward. Does the funding then lessen? Does the treasury department issue fewer commercial instruments for that year?

A You know, I don't know the -- the periods of time where they would issue the instruments. I don't know how that works. I do know that, you know, throughout the year, the

it generally, Dominion is a business. If we don't make a profit, we go out of business. If you look at that from that sense, we have customers. We sell them a product. We have to sell it for enough to cover the cost of creating and distributing that product. So when you look at it from that perspective, it's part of the cost of selling electricity to customers.

Q So does Dominion recover that cost from the rate payer then? The customer?

A In Virginia, we have an agreement with the state on the electricity rates, and rate of return and stuff like that. It's like any other business, you know, go to Wal-Mart, you buy something there, you're paying more than it costs Wal-Mart to buy it. That's just part of being in business.

Q Right. That's what I'm asking: Eventually, is this cost of money recovered from the rate payer in the course of Dominion's business?

A And, again, you know, we -- Dominion makes a profit, typically, so if you look

at it from that perspective, you know, all of our costs are ultimately recovered from customers.

**Q Do you recover it? That's all I'm asking; yes or no?**

A Yeah. It's part of the cost of Dominion doing business, so it goes into the -- what we charge our customers.

**Q I'm just trying to determine that there's a cost, and where is it then -- where is it going.**

A Right.

**Q Okay. Specifically with respect to the capital projects that are included in the claim -- in the damage claim, did Dominion issue, in terms of the equity portion of the cost of capital calculation, did Dominion issue more shares of stock to fund its capital projects?**

A Again, Dominion looks at its financial needs globally. We don't look at it for individual projects. Some of the policies and definitions we sent you talks about, you know, if our debt -- if the amount of debt exceeds whatever

threshold we have on our debt balance, then that's when the equity portion kicks in.

Q Is there any way to determine exactly which commercial instruments or equity stock shares funded a project at Dominion?

A I don't believe so. Again, you know, we look at the needs of the entity in total. Not at individual project levels.

MS. DONAHUE: I need to see -- which I'm going to use number 15.

MR. BESSETTE: That's fine.

NOTE: At this time, the document was proffered.

BY MS. DONAHUE:

Q Mr. Jenkins, I've handed you a document that's been marked as Exhibit 15. This deposition is being taken pursuant to Rule 30(b)(6), as there are multiple designees. We talked to someone else yesterday and now we're talking to you, but these exhibits are being used in both depositions, which is why the third exhibit we're using is numbered Exhibit 15.

**on Page D9. And, also, discussed on D8. One is capitalized AFUDC, and the other is capitalized interest. Is there a difference between those two?**

A Usually, for regulated entities, we call it the AFUDC. For the non-regulated interest, it's referred to as capitalized interest.

Q **Which portion of Dominion is non-regulated?**

A The -- that would be -- relate this claim to Millstone portions, since Dominion purchased it as a non-regulated entity.

Q **Okay.**

A And, I mean, just some background, in Virginia, you have North Anna and Surry plants, and you may be aware, you know, Virginia went through its experiment with electric deregulation, so it's changed a little bit over the course of time for the North Anna and Surry plants. Just this year, you know, they passed -- Virginia House and Senate passed the reregulation bill, kind of bringing it back to the way it was before their experiment.

Q So AFUDC then is the term that is used for this cost of capital when the entity is regulated; is that right?

A Correct.

Q And then the capitalized interest is a term that's used for the cost of capital when there is no regulation providing for it?

A Generally. I mean, I think it's tied to the FERC regulations. AFUDC, I believe, is in the FERC codes for how to calculate it and how to apply it. And since the -- like our Millstone plant isn't regulated -- well, it doesn't have that FERC reporting responsibility. I'm not sure what all the different oversights are, but we do it as capitalized interest, and use kind of a -- just generally accepted accounting principals for that calculation, rather than saying the specific FERC guidance.

Q So does any guideline allow -- I think you said AFUDC was recorded, in part, because the regulations permit AFUDC to be recorded to the

**cost of projects, right? Is that --**

A That's accurate.

**Q Okay. So what allows the capitalized interest to be recorded to the cost of projects?**

A I don't know what -- you know, there's a financial accounting standard that deals with capitalized interest. I don't know which number it is, but that's kind of the guide we follow, and just the generally accepted accounting principals in relation to capitalizing the interest charges.

**Q Is capitalized interest calculated differently than AFUDC?**

A It might be a little different. I mean, I'm not sure what the exact differences are. I mean, it's the same general principal. It's a little bit different calculation. Again, when we do this calculation, it's done on different entities, which, you know, they have different debt and capital structure, so it's going to be a little bit different calculation. Just because it's different

legal entities.

Q But the concept is the same, whereby the rate, either the capitalized interest rate or the AFUDC rate, is determined by a weighted average of debt in equity?

A That's correct. The concept is the same.

Q How is Millstone's capital structure different than Virginia Power, in terms of -- you had said that there's a treasury department that issues commercial instruments on a yearly basis, or some other regular basis, based on the funds that are needed to fund projects at the company. Does Millstone use the same process in order to determine what funding it needs to fund its projects?

A Yes. They use the Dominion treasury organization. They do the work for all of Dominion. Or the Dominion treasury group.

Q It's just called capitalized interest for Millstone, because there's no regulation that calls it AFUDC; is that right?

money than to spend money, if you didn't have to. And Dominion -- there's a certain amount of money we have to spend to operate our business. There's a cost to having that money available. And this is the means of assigning that cost to capital projects.

**Q Okay. So it represents the cost to Dominion of spending money that it would otherwise not have to spend; is that about right?**

A That's generally accurate. Like I said, if we didn't spend $10 million, or whatever, then we just sat on the money, it would be beneficial to us.

**Q And why -- because -- why would it be beneficial if you sat on the money?**

A We could -- I don't know. Again, just using a personal example, you know, if you leave it sitting in your savings account and earn -- have some earnings on it rather than spending it and not having earnings on it.

**Q Okay. So it's similar to that; leaving the money in your savings account as opposed**

**to spending it?**

A Right. Yeah. And Dominion, we try to operate as efficiently as possible. If we don't have to spend large amounts of money, we don't want to spend it because we have it.

**Q Once the AFUDC rate or the capitalized interest rate is calculated, how is it then allocated to the projects?**

A Again, as I started explaining awhile ago, when you set up a project, one of the fields you have to have on the project is called an interest profile. And our corporate accounting group is the group that's responsible for making sure the right rates are assigned to those interest profiles. So when the expenditures are posted to the project at the month end closing process, it looks at -- I believe it's the prior months balance, whatever the current rate is, and applies that rate to the balance of the project.

**Q So once the rate is calculated, is it an automatic allocation through the computer system?**

that month, and it will just go to the next month.

**Q For what period -- is there a period of time during which AFUDC is allocated to a capital project?**

A Right. When the project is released and starts accumulating charges, it will start receiving the AFUDC. Once the project is classified as in-service, which is it's available for its intended use, our accounting group will change one of the profile codes on the project so it will stop calculating AFUDC against the project.

**Q So just to pick an example, for clarity, the North Anna ISFSI project is a capital project?**

A Right.

**Q While that project was being constructed, no AFUDC rate was applied to the cost, right?**

A Yes. It was. During construction. When -- as I said, when the project is approved, and released and starts getting charges every month, you know, we run the interest program

to calculate the AFUDC on the project. And it accumulates that AFUDC charge every month until the project is put in-service. And then at that point in time, the AFUDC stops when it's in-service.

**Q I see. And then when it's in-service, is that the point in time where Dominion is permitted to recover that cost from the rate payer?**

A I don't know.

**Q Okay.**

A I don't know that. I mean, what the -- when a project is in the construction phase, it's classified as construction work in progress. When it's in-service, you know, the project is completed, it's recorded as an asset on the company books rather than a work in progress on the company books.

**Q So does Dominion actually -- is there any point where Dominion pays the amount of AFUDC charged to damages to any entity?**

A Again, the AFUDC is the -- in the weighted average cost of capital. It's the cost

A Again, Dominion looks at its needs as a whole entity. So -- it's -- you know, it's everything for all the Dominion -- Virginia Power is -- you have North Anna and Surry, but we have 30 or 40-some other plants. We have our distribution and transmission business. It's the combination of all of those business areas that go into the pool that determines how much -- what treasury needs to do to fund the work for the year -- for the period.

**Q Do rises or dips in Dominion's share price effect the equity component of the AFUDC calculation?**

A I don't know. I really don't.

**Q Okay. Looking at Exhibit 15, let's go to appendix B. And if you look at Page B, as in boy, 1.**

A Okay.

**Q Are each of the projects listed in this Millstone project cost summary, are they qualifying projects or projects that receive the AFUDC allocation?**

A Done a different project or just
not spent the money. I don't know what the -- what
the answer would be. I mean, your question was if
we didn't do the North Anna ISFSI. And I don't
know -- if we didn't do that, I don't know what
other -- would there have been a different mix of
projects that we would have done or something like
that.

**Q What I was getting at, I think,**
**was the funding, because when Dominion tells**
**treasury, okay, those are the projects that we need**
**to do over the next year, and then treasury**
**determines, you know, what the debt and equity**
**components of that funding is going to be, that's**
**what I'm getting at. Would the funding have**
**decreased if one of the capital projects in the**
**damage claim had not been --**

A Again, when we funnel that money
to the treasury, we don't funnel individual project
information. This is how much we need to run the
entire entity. The treasury isn't going to know
which projects are in there. Generally, don't know

which projects are in there. It's just this is everything that we need.

Q Does the treasury department have a certain debt and equity portfolio that it -- that it uses -- that it usually uses to obtain the funds for the entity?

A I don't know.

Q Okay. Okay, let's talk about overheads.

MS. DONAHUE: This is going to be a new exhibit.

NOTE: The Capital Overheads Policy Overview document was marked and received for identification as 30(b)(6) Exhibit Number 16.

NOTE: At this time, the document was proffered.

BY MS. DONAHUE:

Q Mr. Jenkins, I have handed you an exhibit that has been marked as Exhibit Number 16 to your deposition. Please, take a moment to review Exhibit 16 and let me know when you've had a chance to look at it.