# APPENDIX

Index to the Appendix


1. Deposition of Michael S. Lico, 10/10/2007 (Relevant Excerpts) . . . . . . . . . . 1

2. Deposition of Carl Whitaker, 10/17/2007 (Relevant Excerpts) . . . . . . . . . . 12

3. Deposition of Stephen E. Scace, 08/21/2007 (Relevant Excerpts) . . . . . . . . . . 17

4. 30(b)(6)Deposition of Brian H. Wakeman, 10/04/2007 (Relevant Excerpts) . . . . . . . . . . 20

5. Deposition of Luis L. Nunez, Jr., 08/02/2007 (Relevant Excerpts) . . . . . . . . . . 24

6. Deposition of Wesley Jenkins, 08/03/2007 (Relevant Excerpts) . . . . . . . . . . 35

7. 30(b)(6) Deposition of Wesley Jenkins, 10/05/2007 (Relevant Excerpts) . . . . . . . . . . 41

8. Purchase and Sale Agreement for the Millstone Nuclear Power Station (Relevant Excerpts) . . . . . . . . . . 48

9. 09/07/2007 Letter from DOJ to Counsel for Dominion with attached 04/26/2001 Letter from Northeast Utilities to DOE . . . . . . . . . . 63

10. 09/24/2007 Letter From Counsel for Dominion to DOJ . . . . . . . . . . 66

11. Consolidated Notice of Deposition Pursuant to Rule 30(B)(6), 07/30/2007 . . . . . . . . . . 68

12. Amended Consildated Notice of Deposition Pursuant to Rule 30(B)(6). 09/12/2007 . . . . . . . . . . 83

13. Declaration of R. Larry Johnson, C.P.A., in Support of Defendant's Motion of Partial Summary Judgement on Pre-Acquisition Claims . . . . . . . . . . 94

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

- - - - - - - - - - - - - - - - -x
DOMINION RESOURCES, INC., and :
DOMINION NUCLEAR CONNECTICUT, :
INC., :
:
Plaintiffs, : No. 04-0083
: (Judge Bruggink)
v. :
:
THE UNITED STATES, :
:
Defendant. :
- - - - - - - - - - - - - - - - -x

- - - - - - - - - - - - - - - - -x
DOMINION RESOURCES, INC., and :
VIRGINIA ELECTRIC & POWER :
COMPANY, :
:
Plaintiffs, :
:
v. :
:
THE UNITED STATES, :
:
Defendant. :
- - - - - - - - - - - - - - - - -x

DEPOSITION OF MICHAEL S. LICO

Wednesday, October 10, 2007

Washington, D.C.

Reported by: Cheryl A. Lord, RPR, CRR

Job No. 183474

Page 74

A. Okay. This racking project required a lot of engineering analysis, licensing, approval for the NRC. And also the racks had to be designed, fabricated, sent to the Millstone site, and installed in the spent fuel pool.

My job as a project engineer in a nutshell was to coordinate all that. I had to coordinate among the rack supplier, which was Holtec International, between them and our own engineering staff in order to get all the design and licensing calculations -- analyses done.

After that, we had to go to our own -- we had to do the safety evaluations and get those approved by the site review committee at Millstone, as well as the licensing amendment request to the NRC.

Then we had to submit that to the NRC. And something like that takes a long time to review, so we had to respond to questions that the NRC may have had.

Then the other phase of it was, we had to build the racks. We had to do

Page 75

surveillance audits of the racks, which means when we rebuild something like that, we, me and a QA inspector, have to periodically go to the manufacturing facility and, you know, audit just to show that they're building them right.

Q. Right.

A. And then we have to coordinate getting the rack shipped to the Millstone site, and also installed.

Now, actually during the installation process, another person, a maintenance engineer, actually oversaw that. The maintenance engineer knows the plant better than I do, and can --

Q. During the installation?

A. The actual installation. We brought the racks on-site and placed them in the spent fuel pool.

Q. Who was that person?

A. There were 2.

I think Brent Wolf, who retired years ago, and David Plouff, and I don't know if

Page 76

David is still with the company or not.

Q. At what stage of the rack project did you become involved?

What I mean, just to clarify: I understand you came to work at Millstone 1997.

A. Right.

Q. Okay. Was the rack project under way then?

A. Yes.

The rack project was under way, and the contract had been awarded to Holtec International not too long before I joined -- well, NNECO.

And from there, I started working with Holtec to begin the design process.

Q. Okay. So the contract had been awarded at that point, but the design process hadn't started; is that right?

A. Well, that's not correct.

Q. Okay.

A. The design process had begun.

Q. I see.

Page 77

A. And then I just took it over.

Q. Okay. Okay. I see.

Who else was -- you're talking about people who were responsible for the rack project.

In addition to yourself and the 2 individuals you just mentioned, was there anybody else who was involved in it or responsible for it?

A. Now, how do you mean -- certain things -- I mean, I had a number of people at the site who provided some support --

Q. Right.

A. -- because it was a multidisciplinary project.

So I had a team, but I don't think anybody really had a project management-type responsibility.

Q. Okay.

A. I may have rambled a little bit there.

Q. No, no, no.

Would it be safe to say you were the

# Michael Lico

Page 78

lead on the project?

A. Yes.

Q. You probably told me this earlier, but who were you reporting to at the time? Lee Hill?

A. No.

When I first started, it would have been Michael MacNamara, and then Forrest Kocon and then Carl Whitaker.

Q. You reported directly to them?

A. Yes

Q. In terms of the scope of your responsibilities as project engineer, did it include any budgetary responsibilities?

A. I think my supervisors pretty much handled that.

I probably -- or I may have provided some input. I maybe have collated some data, but I didn't do a whole lot with budgeting or payment of invoice or anything like that.

Q. Are you aware of when the decision to do the racking project was made?

Page 79

A. The studies were done and completed before I got there. It was probably a year or 2 before I joined the company.

Q. Okay. Do you recall any -- did you ever discuss this subject with anybody up there?

What I mean by that is, the decision about, you know, when -- when Northeast Utilities or NNECO made the decision to undertake this project?

Do you recall any discussion about when you decided to do that?

A. I may have been involved with such discussions, but I can't think of any off the top of my head. Even when I interviewed, they had told me that they were going to this racking project.

Q. Oh, I see.

When were you interviewing?

Do you recall?

A. It was probably in the late summer of 1997.

Q. Okay.

Page 80

A. August or so.

Q. Okay. So the project was contemplated at least as of that point?

A. It was a done deal in the sense that they were going to -- they had already made the decision, and, you know, there were preliminary studies done.

Q. Oh, I see. Okay.

A. And then, you know, they may have already begun the engineering before I got there, the actual engineering of the final design, just before I got there, and then I just took it over on the first day.

Q. Okay. In terms of the preliminary studies, do you know how many preliminary studies there were?

A. Oh, I don't know. You know, I -- I don't know.

There may have been, you know, just one final study, here it is, this is what we're going to do with the spent fuel pool

Q. Now, when the racking project as it

Page 81

was under way when you came to work -- this might seem self-evident, but that was a project by Northeast Utilities, I guess.

Correct?

A. Yes.

Q. Dominion Resources didn't have any involvement in the racking project back in 1997.

Right?

A. Oh, no, no.

Q. Okay.

A. They did not.

Q. Right. Right.

And the plant at that time was owned by Northeast Utilities?

A. Correct.

Q. What was the reason for the decision to engage in the racking -- this rack project?

MS. RAIMO: Objection, lack of foundation.

A. Yes.

I guess officially, you know, the decision had been made, so it was before my time

with Northeast Utilities. And they had made -- already made that decision.

But at that time, racking projects were common, particularly when you just had empty space in the spent fuel pool, and generally, the feeling is that, you know, it's generally cheaper to go that way.

It gets more expensive. You have to start tearing old racks out and dispose of them and put new racks in, and then your net gain isn't -- the cost per sale gain is a lot more expensive.

BY MR. SLATER:

Q. Right.

Surely in your responsibilities as the lead person on the racking project, you knew why Northeast Utilities was doing this.

Right?

A. Well, yes.

You see, I started in 1997, so we knew that -- at the time that it seemed unlikely that the DOE would begin to take spent fuel in



1998, so -- and like most utilities at the time, something had to be done to increase spent fuel pool storage, and so that opportunity -- you know, they had built a real big spent fuel pool relatively speaking, so they had made decision that was the way they were going to go to increase on-site spent fuel storage.

Q. Are you aware of when unit 3 was to lose full core reserve?

A. I think -- and of course in our documentation to management, we describe that. I think -- you know, off the top of my head -- I'd have to look at the documentation to confirm that, but if I remember correctly, I think it was in the year 2001.

Q. Okay. So that was projected approximately 2001.

A. Right.

Q. And what impact -- full core reserve is kind of a standard topic I know in the nuclear industry.

What impact would the loss of full



core reserve have on Millstone?

A. Well, hopefully, if the plant ran well, nothing, but if you -- for whatever reason, if you -- you know, most utilities, if they can, like to run with full core reserve. If for any reason they had to do a mid-cycle outage and it would be helpful to offload the whole core, then they would have that capability.

Q. Are there any other reasons why maintaining full core reserve is important?

A. At least from my personal opinion, that would be the best reason. I guess some plants, not all, it's easier to -- during a refuel outage to offload the whole core rather than to do shuffles.

So that might be on a unit-by-unit basis, you know, so -- you know, some plants are like that, some aren't. It's up to the management to decide what they like to do best.

Q. Why is it better to do a full core offload at some plants?

Are there technical reasons for



that?

A. It may be -- well, the fuel handlers understand that better, but sometimes the boiling water reactors, you might like to do a shuffle where you don't offload the whole core because they have so many fuel assemblies that it's easier sometimes, and you save time just moving around.

But the fewer number of fuel assemblies, and depending on the designs of some plants, it may be easier just to offload the whole core.

But that's -- you know, a lot of it may be upper management's philosophy too.

Q. Okay. Are you aware as to Millstone -- at the Millstone plant for unit 3 whether that was a plant at which there was a preference for the full core offload or not?

A. I think typically Millstone 3 does offload the whole core.

Q. When they refuel?

A. Yes.

Q. Okay. Do you know the reasons for that as to unit 3?

A. No.

You know, Carl Whitaker might be able to explain that better.

Q. Okay. Okay.

How about unit 2?

Do they do full core offloads for refueling at unit 2?

A. You mean Millstone unit 2?

Q. Millstone.

I'm sorry.

Yeah.

A. I think so, but I never worked that much with unit 2. But you might have to ask Carl again.

Q. I know there are some -- are or -- yeah -- are and were some minority owners as to the Millstone unit 3 plant.

Are you aware of whether the minority owners were involved in the consideration of the racking project?



A. Well, of course, they would have been informed about it.

Are you asking, did they have any input to the decision?

Q. Yeah, whether you know.

A. Yeah.

I don't know whether or not they had actually direct input into it.

Q. Now, in terms of the racking project, how many racks were added to the unit 3 pool?

A. Was it -- I think it was 14, but I'd have to check that against the documentation.

Q. Okay. Okay.

And do you recall how many spaces were -- spaces in the pool were added as a result of that?

A. I think it was -- to begin with, it was 756 before the rack. And I'm thinking -- the number that sticks in my mind is 23 83 after adding racks, but, again, I probably shouldn't say that without actually looking at the



documentation, because I'm going from memory now.

Q. Sure. Yeah. I understand.

I don't have a document in front of you, but in -- at least in your experience in the nuclear industry and I guess in particular looking back at a Fermi plant, was the unit 3 rack project in scope -- was it a large project?

Was it a small project?

Was it typical?

A. It was a large project, which is typical for those kind of projects, yeah It was a significant addition.

Q. Okay. I guess where I'm -- what I was wondering about: You had mentioned that these racking projects I guess were common in the industry at this time.

A. M-hm.

Q. Do you have any I guess perspective in terms of how the Millstone unit 3 racking project compared to projects that were going on in the industry at that time?

Was it bigger, smaller?



Was it about normal, average, I mean?

A. Oh, it was a goodsized project, but, you know, without seeing all the data of -- maybe I've seen it before -- without seeing all the data of the other sites, I can't really say.

It might be a little less than -- you know, a little less of a challenge than some others, because a lot of the racking projects, you had to take out old racks. And that is -- that's probably a lot more significant than putting in new racks.

So in that sense, the installation was relatively easy, because we didn't have to take -- start taking out old racks or modifying the pool that much as opposed to other sites who may have to do that.

Q. I see. Okay.

In terms of the number of racks that were actually added to the pool, was that, you know, a fairly typical project in terms of the size of the addition?

# Michael Lico

Page 90

MS. RAIMO: Objection, lack of foundation.

A. Yeah.

Again, I would have to compare it to other sites, but, you know, it was a goodsized project, and a lot of sites had pretty goodsized projects.

BY MR. SLATER:

Q. You told me earlier a little bit to understand what was -- what the project entailed by kind of outlining some of the steps.

I wonder if I could maybe take you back to that.

A. Okay.

Q. As far as identifying -- what were the steps in the process, the racking project?

You had mentioned -- and these are perhaps out of order. I jotted them down -- the need for a licensing amendment, engineering analyses, NRC approval, design of the rack, fabrication of the rack, shipment and installation, safety evaluations, building the

Page 91

racks -- I guess that's fabrication -- and surveillance audits.

Are there any other steps in the process that you can think of?

A. Those are the basic steps of the process without getting into each of those steps going into more detail, you know, peeling the onion so to speak.

Q. Among the steps, what would occur first or what did occur first?

A. Well, the design engineering of the racks by Holtec International.

Q. Was this after studies?

You had mentioned preliminary studies.

A. Right, yeah.

Q. Oh, okay. Okay.

A. So you would design the racks --

Q. Okay.

A. -- according to the codes, required codes and licensing requirements. We would approve those.

Page 92

And from there, we would write the safety evaluations and the licensing amendment request to the NRC. And then the NRC -- our plant review committee has to approve that.

Q. Okay.

A. And then after that --

Q. Let me -- I'm sorry -- not to interrupt, but maybe we can do these -- walk through them together.

A. Okay.

Q. In terms of the studies -- I know you weren't there for the preliminary studies, but I think I recall you saying that took approximately 2 years or so?

A. Maybe a year or 2, I'm guessing, yeah.

Q. Okay. Okay.

And then the next step would be the rack design.

A. Right.

Q. Do you remember about how long that took?

Page 93

A. Let's see, I got there in '97.

I think it was probably roughly a year or so before they completed the design analysis, and we -- the Northeast Utilities engineering group approved the design.

Q. Okay. And then you mentioned licensing amendment request.

A. Yes.

It probably took us another several months to do all the safety evaluations, put together the licensing amendment request, and get that all approved by the site.

Q. Okay. Site approval?

A. Yeah.

Q. Then I take it from there, it goes off to the NRC?

A. Right.

Q. What happens next in the process?

A. Well, what we like to happen next is, the NRC reviews it, asks some questions. We answer that. Then the NRC approves it.

And once they approve it, we install

# Michael Lico

Page 94

the racks and put fuel in there.

Of course, there was the intervention. And that kind of, you know, put us topsy-turvy a little bit, but because of the safety evaluations, we could install the racks before the NRC approved their usage. We just couldn't use them --

Q. Oh, I see. I see. Okay.

A. -- because of the way the license was set up.

That's why the license amendment request --

Q. I see.

A. So we installed them under the safety evaluation. And it wasn't until the end of 2000 that the NRC approved the licensing amendment request, in which case we just transferred fuel from the old racks to the new racks.

Q. Okay. So then -- end of 2000 -- how roughly in your estimation -- how long was it from the time you sent your -- I guess licensing

Page 95

request to the point where they approved the request?

A. I think it was over a year and a half.

Q. A year and a half. Okay.

And then you mentioned the intervention.

A. M-hm.

Q. Can you tell me about that.

A. Yeah.

You know when a license amendment request goes into the Federal Register --

Q. M-hm.

A. -- and then there's a process for public intervention if they disagree.

And then we went through the process of hearings, discovery, kind of like this process, and -- is it the atomic safety and licensing board? -- which I think is 2 engineers and an attorney, then review it, hold the hearings, review the discovery, and in essence, they're a 3-member team of judges.

Page 96

And then they issue their finding. And they issued a finding that allowed us to -- that agreed that we could -- the NRC should approve the licensing amendment request.

And then after that, the NRC give -- finished out its review and then gave us the -- at the end of 2000 gave us the -- approved the licensing amendment request.

Q. Okay. Intervention, in this case, as to this rack project, what was the intervention?

Was there groups protesting or something?

A. Yes.

Was it Connecticut Citizens Against Millstone -- and so they intervened, and we had hearings and discovery --

Q. Okay.

A. -- similar basic process to this.

Q. Were there any other intervenors that you recall?

A. Citizens Against -- there were

Page 97

Citizens Against Millstone and Connecticut Citizens Against Millstone, 2 different groups. I think those were the 2 intervention groups

Q. Okay. In the licensing process in Connecticut with your experience at Millstone, did these kinds of interventions occur often?

A. It's the first time I had ever seen it happen. I mean, we studied the process in college, but it's the first time I had ever seen it happen.

Q. Okay.

A. Now, before then, you know, you have to talk to, you know, somebody who had been there a while.

Q. Okay. But it's safe to say the process was tied up for a year to a year and a half through the --

A. Well, I think what we were hoping is that the NRC would have approved the licensing amendment and we'd install the racks.

Q. M-hm.

A. Well, that delayed the approval of

# Michael Lico

Page 110

Q. Okay. Did racking projects --
A. I'm sorry.
H-O-L-T-E-C.
Q. But this -- the steps in this process are typical steps you would use to rerack a spent fuel pool, or rack a spent fuel pool I guess.
Right?
A. Yeah, rack or rerack.
I think most cases, my guess is, it would be basically similar to this process.
Q. Okay. And the time frames associated with the steps in the processes, was there anything unusual about the Millstone process?
A. No.
It's a long project. So I would say that it was not atypical -- or, you know, from other similar projects.
Q. So these time frames would be typical for a project of this scope?
A. Yes.

Page 111

Q. All right. It's safe also to say -- I guess when the project -- the installation was complete, in or about the summer of 2000, at that point, Northeast Utilities was still the owner of Millstone.
Correct?
A. That is correct.
Q. Are you aware of whether Dominion had any involvement at any stage along the way in terms of the racking project?
A. I don't think so, no.
Q. Is it safe, then, to say that the project was complete as of the summer of 2000?
A. Well, you know, I guess we could quibble about definitions.
I might say it was complete once they -- at the end of 2000 when they moved the fuel from the old racks to the new racks.
Q. Oh, okay. Okay.
So the actual transfer of fuel occurred somewhere in the end of 2000?
A. Yes.

Page 112

Q. Okay. Do you remember when that was?
A. I don't remember the exact time, but I think as soon as we got the license, we started working on it, so it would have been the end of 2000, beginning of 2001.
Q. To take you back, then, wintertime?
A. M-hm.
Q. Okay.
A. Or moving the fuel, of course, that's all inside, so that's --
Q. Right.
Doesn't impact -- just trying to give you some mental picture. Sometimes it helps your time frame.
Can you think back if it occurred before or after the Christmas holiday?
A. Well, again, I had transferred to fuel -- although it was the nuclear fuel group that moved it, moved the fuel, I wasn't really involved with it, but it probably -- in a situation like that, the fuel -- you know, you

Page 113

have to fairly promptly move the fuel from -- to the new racks, because in theory, your license -- well, as long as you kept it at 1750 parts per million, you were okay, but -- and you're always at 2600, so it didn't matter, but, you know, our philosophy was, once we got the license, get the fuel over.
Q. I guess the license requires that to be moved.
A. Yeah.
Q. Was there a time frame associated with that in the license, the movement?
A. I don't think so. I don't think so. I could be wrong.
I think in the discussion of it, I just kind of pulled it out. But it was just a gentleman's agreement that we would get there as fast as we could in a reasonable, safe way.
Q. Okay. Was -- again, I guess we can quibble about definitions, but under your understanding of the rack project, was it complete as of April 2001 when Dominion came in

# Michael Lico

Page 114

as the new owner of the plant?
A. I would say so, yes.
Q. Okay. Are you aware of whether there was any activity relating to the rerack or the rack project after April of 2001 -- or in April or after April?
A. The only thing I can think of is the intervenors, when the atomic safety and licensing board approved that the amendment should go forward, they sued in the federal courts. And I think actually it went up to the -- it took a couple years to go to the Supreme Court before the Supreme Court finally rejected reviewing it.
So legally, it lasted a while.
Q. There were legal issues associated with it.
From a technical standpoint --
A. From a technical standpoint, I think it was pretty much done, yeah.
Q. Trying to think of the best way to ask this.
In terms of the steps and the

Page 115

process we've talked about, there are various costs associated with those steps.
Right?
A. Yes.
Q. Okay. And maybe you can help me. I'm struggling with the phraseology, but I'm wondering, which of the steps in that process are fixed costs?
A. You mean from the standpoint of our payment or our Northeast Utility payment?
Q. Right, right.
A. Well, if you reviewed the purchase order, I think it was a firm, fixed price.
Q. For Holtec's --
A. Yeah.
Q. -- work?
Okay.
A. For the design and licensing.
We always quibble about backcharges and that, but I think there are 2 POs. One was for the design and licensing and licensing support from Holtec. And then the installation

Page 116

of the -- the manufacture and installation of the racks was a firm, fixed price.
Q. Okay. That price of course is dependent on I guess the number of racks being built and installed.
Right?
A. Yes.
Q. And it was bid that way to Holtec?
A. Yes.
Q. So their price was based on the number of racks and such?
A. M-hm.
Q. So the cost would vary depending on how many racks were built. If you built more racks, the Holtec cost presumably would have been higher?
A. Right.
Q. In terms of other costs, surely there are costs associated with -- requesting the license amendment from the NRC?
A Other costs, you mean internal or external costs, or both?

Page 117

Q. Why don't you tell me the difference.
If you could explain the difference, that would be helpful.
A. External, I mean, paying a vendor, versus internal, my man-hours.
Q. I see. Right.
A. Well, of course, there are so many hours that I worked on the project, and also, my support, you know, other groups may have written the safety evaluation, come to meetings, made requests, this and that. And so we have so many work hours that we all have to put in to doing all the support work, to doing the safety evaluation, the reports, reviewing Holtec analyses.
We have to do that.
Q. Right.
A. In fact, and I think about it, we also do surveillances of Holtec, the engineering, just as well as the manufacture, and so that all takes internal work hours. I think that we all

30 (Pages 114 to 117)

Page 138

Q. Okay. Could you explain to me just generally what it was.
What is the interfuel transfer study, or what was it?
A. As I understand it, it was to transfer fuel from Millstone 2 to Millstone 3's spent fuel pool.
Q. So it was literally an inter-Millstone study?
A. Yes.
Q. Do you know -- well, let me ask you about your role or involvement with the study.
What was it?
A. During the year 2000, just before I -- maybe a few months before I transferred to nuclear fuel at the end of the year 2000, I was assigned as the project engineer to take over the interunit transfer project, and I -- it was a very short period of time.
I didn't do much work with it before my transfer, so I was just minimally involved.

Page 139

Q. What was the nature of the work that you did on the project?
A. What did I do?
I can't remember actually doing a whole lot with it. There might have been a few things I was looking at. I just can't remember right now.
Q. When was this study undertaken?
A. The study?
Q. I'm talking about the interfuel transfer study.
A. I guess I'm not really familiar with the study itself. I'm just not familiar with a particular study, if that is what you're asking about.
Q. It's been referred to in the litigation as the interfuel transfer study. I only know it by that name.
But is there another name for it?
Is there something you called it internally?
A. I can't think of anything, because

Page 140

when I was -- again, when I was working, I didn't do any study. It was the actual project.
Q. Oh, okay. Okay.
A. But I never did any study --
Q. Okay.
A. -- with respect to it.
Q. The project we're talking about, then, just to make sure we're on the same page, I guess it's an analysis of the possibility of moving or transferring fuel between units, Millstone units 2 and 3; is that right?
A. No.
You say -- are you talking about the study?
Q. Well, I don't want us to get hung up on semantics. I think we're talking about the same thing.
A. Are you talking about a study or a project?
Q. I think you've referred to it as a project, and I'm fine with that as long as we're discussing the same thing.

Page 141

In the litigation, I've seen it appear -- referenced to as the interfuel transfer study. And my understanding of that interfuel transfer study is that it relates to the possibility of moving fuel between unit 1 and 2.
A. You mean unit 2 and 3.
Q. I'm sorry.
Yeah.
MS RAIMO: I'm sorry.
Just -- it's the interunit fuel transfer study.
MR. SLATER: Right.
No.
Thank you.
Right. Yes.
A. It sounds like you're talking about, you know, an actual study that somebody did or was doing, and I actually never did a study.
BY MR. SLATER:
Q. I understand.
A. Yeah.
There may have been a study done,

# Michael Lico

Page 142

but I wasn't involved with that. There probably was, but I wasn't involved in it.
Q. And the way that you know or think of the subject I guess is as a project.
A. Yeah.
No. I was actually doing an engineering project, not a study.
Q. I see.
A. Okay?
Q. I see. Okay.
Do you know when that project was undertaken?
A. It had -- I think that it was already -- had already begun or was soon to begin when I started with spent fuel projects, but at that time, it was not my project, so I was not -- you know, I was not real privy -- maybe they were still in the study phase, and I could be wrong about that.
Q. And then it was 2000 until you were assigned --
A. Right.

Page 143

Q. -- responsibilities?
A. Right.
Q. Okay. Why was the project -- you know it as a project -- undertaken?
A. The same thing as in order to increase unit 2's spent fuel capacity by using part of the unit 3 pool.
Q. Okay. That was the nature of the project, then?
A. Yes.
Q. Okay. And what was the outcome of the project?
A. The outcome of the project itself?
Q. Right.
A. Well, I think what ended up happening is, Dominion decided to go with this dry storage -- with the ISFSI we now have at Millstone.
Q. Okay. Are you aware of whether any progress was made on the issue as to the viability of moving fuel between units 2 and 3?
A. No.

Page 144

Q. Okay. Do you know why Dominion decided to go with dry storage over the movement of fuel?
A. No.
I was no longer in, you know, that type of work organization when those decisions were made.
Q. So was any fuel ever transferred between units 2 and 3?
A. No.
Q. Did the interfuel -- no -- interunit fuel transfer study, which you know as a project, did it relate to the Millstone 3 rack project in any way?
A. No, not the part of it I did, no. We licensed only for unit 3 fuel.
Q. So in your mind, you would consider these discrete projects?
A. Yes.
Q. Okay.
A. You know, because the unit 2 fuel assembly is smaller than unit 3 assembly, so I

Page 145

don't know how well it would work in those racks. At least I never looked at it in the Millstone 3, this interunit study you may have.
Q. Just to make sure I understand what you're saying: You mean -- do you mean moving fuel from unit 2 to unit 3?
A. Right.
Q. Okay. You're not sure how that would work?
A. Yeah.
I would have to look at that.
Q. Yeah. Okay.
Do you know, was this project -- I guess the project was -- is it correct to say it was abandoned at some point?
A. You mean completely abandoned, never to --
Q. -- never to see the light of day again.
A. That I can't say for sure.
And again, probably the design engineering -- you know, they're the experts.

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

- - - - - - - - - - - - - - - - -x
DOMINION RESOURCES, INC., and :
DOMINION NUCLEAR CONNECTICUT, :
INC., :
:
Plaintiffs, : No. 04-0083
: (Judge Bruggink)
v. :
:
THE UNITED STATES, :
:
Defendant. :
- - - - - - - - - - - - - - - - -
- - - - - - - - - - - - - - - - -x
DOMINION RESOURCES, INC., and :
VIRGINIA ELECTRIC & POWER :
COMPANY, :
:
Plaintiffs, :
:
v. :
:
THE UNITED STATES, :
:
Defendant. :
- - - - - - - - - - - - - - - - -x Pages 1-301

The Deposition of CARL WHITAKER
Commonwealth of Virginia
Wednesday, October 17, 2007

Reported by: Tina M. Hepburn, CCR
Job No. 183473

# Carl Whitaker

Page 126

referred to as a rerack, as well as a rack. How would you characterize it?
A It was generally referred to as the unit three reracking.
Q Okay.
A But characterizing it, it was a project to add, I believe it was, 14 additional storage racks into empty spaces in the unit three spent fuel
Q And the -- your role, again, were you project manager for that?
A No. Mike Leco was the project engineer for that. The project manager really started out Mike McNamara -- was really the supervisor of the spent fuel project group. That would have been Mike McNamara, then Forest Cosan, and then myself.
Q Was Mr. Leco reporting to you in this project?
A At the end of the project, he was.
Q Did you have any day-to-day

Page 127

involvement in the rack project?
A Day-to-day operations were really handled by Mr. Leco.
Q Okay, so, the purpose was to add space to the unit three pool, clearly?
A That is correct.
Q Are you aware of when -- let me back up. Was this project undertaken originally by Northeast Utilities?
A The rerack project, I believe, was first taken up by Northeast Utilities.
Q Are you aware of when Northeast Utilities identified the need to add racks to unit three?
A Specific awareness, I'm not aware of. In general, it had been identified fairly early. You know, at least for taking over -- or the initiation of the spent fuel project group. It was identified at least prior to that. It was known the capacity was 756 assemblies. And replacing the number they do every outage, they fill up.
Q Fairly early, do you know with

Page 128

any more precision?
A No.
Q Can you recall whether Northeast Utilities had identified the need for this project prior to the shutdown of Millstone?
A Yes. They had identified the need to additional storage capacity to unit three prior to shut down.
Q Prior to unit one's shutdown?
A Yes.
Q Okay. Which, again, was --
A Approximately, mid to late '95.
Q Now, do you recall any discussions about the need for more racks, back in that time frame, about the time when the shutdown was occurring at Millstone?
MR. BESSETTE: Objection; question is vague.
MR. SLATER: It is vague.
BY MR. SLATER:
Q Do you recall having any discussions with any of the managers at Northeast

Page 129

Utilities about the need to add racks to unit three, back in the mid-'90s?
A When I became a member of the spent fuel project team, the unit three rack addition project was known, that that was going to be needed.
Q You do not recall any specific discussions about it?
A No.
Q Are you aware of -- you may have already answered this -- but the reason for the rack decision?
A The reason for it is that Millstone unit three wanted to be -- continue to be operated. And they needed storage capacity in order to operate it.
Q There you go. I assume that relates to the loss of -- potential loss of full-core reserve?
A Just loss of storage capacity. You don't need full-core reserved to operate.
Q Do you have any knowledge or

33 (Pages 126 to 129)

# Carl Whitaker

Page 130

awareness of whether the minority owners -- step back. Are you aware that there are minority owners of Millstone three?

A Yes, I am.

Q Do you have any knowledge or awareness of whether the minority owners had any involvement in considering making the decision to rerack unit three?

A I have no specific knowledge of that.

Q In terms of the actual process of going about accomplishing the unit three rerack, could you give me the outline -- give me the steps in the process, what was required to accomplish that?

MR. BESSETTE: Objection; question is vague. Calls for a 20-minute narrative.

Q Are you aware of what I'm asking?

A Basically. The design change process at Millstone would cover the reracking. That would identify the need. The engineering that

Page 131

needs to be done. Cover the engineering. And in the engineering, you identify any licensing changes that need to be done. So that would involve any licensing amendments that needed to be done. It would involve contracts with vendors to produce the new racks. Contracts with vendors to install the new racks. And then installation and close out of the project.

Q In terms of vendor contracts, we're talking about bids?

A Exactly.

Q What else would be involved with that negotiations? Acceptance of a bid, I guess?

A (Indicating yes.) Exactly

Q There is a license amendment process with the NRC, I guess?

A Yes, there is.

Q Just briefly, what is involved with that?

A I am not a licensing engineer. I can give my general understanding of it, if you'd like that.

Page 132

Q Sure. Bullet point form.

A The licensing process involves making application to the NRC saying we wish to change the license of the plant for such and such reason. The license includes the technical specifications of the plant. So if you're making changes to the technical specifications, that requires a license change. There are specific formats you use, which are generally spelled out in plant procedures. So you use those formats. You put the required technical information in it It is reviewed technically and reviewed by management. Management then signs a letter. Which is addressed to the NRC requesting the change. Including the technical details of the change.

Q And then I guess there's a -- at some point, the NRC makes a decision on the application?

A That is the ultimate is that NRC makes a decision to grant a license change. Or to deny the license change. Whatever the outcome

Q After assuming approval by the

Page 133

NRC, what is left to finish up?

A Assuming approval, then it's the implementation of the change. Often in the license change, it will have a -- the approval will have a date for the utility to implement the change by.

Q Okay, and implementation, I guess that involves installing the racks?

A In the specific case of the rerack project, no. The approval of the license amendment would allow the use of the racks. Installation of the racks is entirely different.

Q Okay, why is that?

A Under the NRC rules, they have a process, which is called 5059. And that is the licensee evaluates changes that are being made to the plant. Installation of the racks would be a change to the plant. The use of the racks would be another change to the plant. Our 5059 evaluation of installation of the racks shows, yes, we can install these without prior NRC approval. Our 5059 evaluation of the use of the racks says we would require NRC approval to use the racks.

# Carl Whitaker

Page 134

Q And then I -- and then there's an actual installation?

A Well, the installation is the -- as I said before, that's the installation. That was done under a design change and a 5059 evaluation that said we are allowed to install the racks without NRC approval.

Q Now, in terms of the time frame for completing the rack project at unit three, accomplishing these steps in the process, do you know what that time frame was? How long did it take?

A The actual installation?

Q I mean the whole process? I guess from when it began, when it got under way, to completion?

MR. BESSETTE: Objection; lack of foundation. Calls for speculation.

A Just general recollection of this would be two to two and a half years. Again, specifically, I would need to look back at the documentation from the project to see when it was

Page 135

kicked off. When it was ended.

Q You do not recall specifically?

A I do not specifically recall kick off dates or finish dates.

Q Are you aware of whether Millstone made a request to the NRC to expedite the rack project for unit three?

A I am not aware of that.

Q You don't know one way or the other?

A No.

Q Okay. Had you had a chance to work on any other rack projects prior to coming to work at Millstone?

A No, I had not.

Q So this -- to the extent you had any involvement, this was your first project?

A That is correct.

Q Did you -- when this process was under way, I mean the rack project for unit three, had you -- had you reviewed industry-related information about racking projects at other

Page 136

utilities?

A In general, yes, I had reviewed other racking information.

Q Did you have any -- based on that review, had you come to understand approximately how long it took to accomplish this kind of a project?

A There's a general understanding of that, yes.

Q What is that understanding?

A I do not recall.

Q Okay. Did it strike you -- did the time it took Millstone to complete the racking project at unit three conflict or seem in any way longer, shorter, out of sorts with what was going on in the industry?

A No, it did not.

Q Do you recall when the rack project was actually completed?

A The actual date?

Q Well, the date or thereabouts?

A Just trying to remember, I would

Page 137

say somewhere around early 2000. But that's -- I'm very fuzzy on that. Again, the documentation is there for the dates.

Q Do you remember whether it was accomplished prior to Dominion's ownership of Millstone?

A I believe it was completed prior to Dominion's ownership.

Q You had mentioned an intervention?

A Yes.

Q Can you tell me in any more detail what the -- I guess the reason -- well, not the reason. The intervention, tell me about the intervention?

A From my recollection of that, the intervener provided a document which lists numerous allegations of where we didn't meet standards, didn't meet requirements, et cetera. What those specifically were, I do not recall. I do recall that all but one or two of the allegations were dismissed. And the remainder were sent on for

Page 138

-- with the rest of the process. And I don't recall exactly what those specific allegations were.
Q Did you have any role in handling or dealing with the intervention?
A For that, I did supply some documentation for it. You know, from some of the project documentation to answer questions. Mike Leco provided probably the majority of the documentation for that.
Q Other than providing documents though, you didn't have any role in that?
A No. Not a witness on anything. Wasn't deposed or --
Q Okay. In terms of fabrication of the racks, are you aware of who was the vendor for that?
A The vendor -- the overall vendor was Holtec. And I believe they used a company. I believe their name was U.S. Tool and Dye.
Q To do the rack fabrication?
A To do the rack fabrication.
Q Do you recall whether the racks

Page 139

were fabricated before or after the NRC approved the license amendment?
A They would have been fabricated prior to the approval.
Q Prior to?
A Prior to the approval, yes.
Q Why was that?
A Simply timing.
Q What do you mean?
A For fabrication of the racks, you're required, with any business transaction, to have a contract. And the contract called for fabrication to be done at a certain time point. And that time point happened to be prior to the NRC approving the license amendment.
Q Are you aware of was there any concern that the NRC might not approve the license amendment for the rack project?
MR. BESSETTE: Objection; calls for speculation.
Q To the extent you know?
A To the extent that I know about

Page 140

that, talking with the licensing people at Millstone, answering the questions that the NRC had on the license amendment, there were really not any -- any fear that the license amendment would not be approved
Q So in terms of fabrication of racks, safe to say that the people at Millstone weren't worried about proceeding with the fabrication?
A There was not an overly concerned attitude that we would not get the licensing amendment.
Q Based on your understanding of this project and -- is there any way, in your mind, that it might have been significantly sped up; expedited, finished faster?
MR. BESSETTE: Objection; calls for speculation. Question is vague.
A I see no reason why it could have been sped up or needed to be sped up. We budgeted the time required to perform the task, and it was basically performed on schedule and on

Page 141

budget.
Q Do you have any knowledge of who, which entity; Northeast Utilities or Dominion, paid for the unit three rack project?
A Based on my recollection that it was done prior to Dominion buying it, I would say that Northeast Utilities paid for the rerack project.
Q We had -- let me shift gears again. We have sort of ducked into and back out of the subject of the full-core offload. Let's talk about that subject a little bit. I guess, first, let me understand -- or maybe you can remind me, what was your role in or involvement in that project?
A I was the project engineer for full-core offload. I prepared the technical documentation. I prepared the design change. And I provided the input to licensing for preparation of a license amendment.
Q Did your involvement then span the entire time frame for the project?

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

------------------------------------x

DOMINION RESOURCES, INC., :
DOMINION NUCLEAR :
CONNECTICUT, INC., :
Plaintiffs, : No. 04-83C
v. : Judge Bruggink
UNITED STATES OF AMERICA, :
Defendant. :

------------------------------------x

------------------------------------x

DOMINION RESOURCES, INC., :
VIRGINIA ELECTRIC AND POWER :
CO., :
Plaintiffs, : No. 04-84C
v. : Judge Bruggink
UNITED STATES OF AMERICA, :
Defendant. :

------------------------------------x

Washington, D.C.
Tuesday, August 21, 2007

Page 86

Q. Okay. Now in -- contained in the executive summary of this document, the last sentence on the first paragraph says currently, a maximum -- I apologize. It is -- the last two sentences, first paragraph: Currently a maximum of six full core offloads are permitted over the life of the plant. MP 3 has performed a total of five full core offloads to date.
A. Okay.
Q. Based on your experience as operations manager, why are full core offloads desirable?
MR. BESSETTE: Objection. The question is vague.
THE WITNESS: Would we do full core offloads?
BY MR. SLATER:
Q. Why would you do full core offloads?
A. As I indicated before, it depends on the unit, but for some it is more efficient to fully offload the core and -- than it is to try to move fuel within the core.
At Millstone 3 with the equipment that

Page 87

they have and the speed with which refueling equipment works, it turns out it is a more efficient way to finish a refueling -- loading the old fuel, moving the new fuel in, by putting it all in the fuel pool and then bringing it back.
We also do that at other times. For example, if we need to do some work on valves that are directly connected to the reactor coolant system, we like to remove the fuel for health, physics, radiation protection reasons; the ability to drain water levels down the vessels. There's a number of reasons that would cause us to do it.
For Millstone 3 it is primarily that that is the most efficient way to fuel and refuel that reactor.
Q. Okay. Any other reasons you can think of for Millstone 3?
A. There may be more, but those are some examples.
Q. As to a full core offload, does that affect the technical specs in any way?
A. Does a full core offload affect -- I don't

Page 88

understand what that means.
Q. Let me try to clarify. Does that reduce the necessary technical specifications?
MR. BESSETTE: Objection. Question is vague.
THE WITNESS: I still don't understand. Technical specifications specify, here is your requirements you need to live by. So conditions don't drive technical specifications. Technical specifications drive what we do.
BY MR. SLATER:
Q. Do full core offloads have an impact on or relate to the equipment, amount of equipment in service?
MR. BESSETTE: Objection. The question is vague.
THE WITNESS: I still don't understand. The equipment we use to move fuel, whether we move a few or a lot, is the same equipment
BY MR. SLATER:
Q. No less or no more equipment relating to doing full core offload?

Page 89

MR. BESSETTE: Objection. The question is vague. What equipment are you talking about?
THE WITNESS: I don't understand the question.
BY MR. SLATER:
Q. The equipment to offload the core?
A. No. There's no change in equipment.
Q. Let me turn your attention -- stay with Millstone 3.
But let's talk a little bit about re-racking at Millstone 3.
Are you aware, first of all, that the re-racking of the Millstone 3 spent fuel pool is an item claimed by Dominion as damages in this case?
MR. BESSETTE: Objection. Mischaracterizing the claim.
BY MR. SLATER:
Q. Are you aware that Dominion is seeking money from the government relating to Millstone's spent -- the Millstone 3 fuel pool re-racking?
A. I don't believe we re-racked the Millstone 3 spent fuel pool.

Page 90

Q. Then what's your understanding of the racking project at Millstone 3?
A It's a bit of semantics, but when you have space that is not used and you put racks in, that's a racking project When you have racks in there and are replacing them with different types of racks -- which we did on unit 2 -- that would be re-racking. My understanding is we added racks to the unit 3 pool.
Q. Okay So this is adding racks?
A Right.
Q I understand. And how are you familiar with that project?
A. Just generally familiar. I was at the station at the time we did that. We submitted a license amendment to add racks We only added 14 new racks into the unit 3 pool to contain unit 3 spent fuel.
Q When was that accomplished?
A. Again, I'm not absolutely certain, but I believe in the year 2000, we added those additional racks.

Page 91

Q. There were -- then from what we're talking about, I take it there were no racks removed from the pool?
A. No. Millstone 3 was built -- when it was built, all the racks were not put in place to allow flexibility for the types of racks we put in the future.
Q. Okay. Who was -- I wanted to ask you who was primarily responsible for that project?
A. I would have to go back and look at -- again, whenever we do a project like that, there is a design document, design change document that is used to define the project and what controls need to be done.
On that document, it would identify who was responsible, who the project engineer was, for example.
Q. Off the top of your head, you don't remember?
A. No.
Q. Why -- can you tell me why the additional racks were necessary?

Page 92

A. Because Millstone, as I said, Millstone 3 when it was built there was a small number of racks put in the pool That wasn't sufficient to handle the fuel for Millstone 3 for its original life capacity. So at some point it was needed to add additional racks as we had subsequent refuelings.
Q. Do you have any idea, had the racks not been added when MP 3 would have lost full core reserve?
A. I don't recall what that date was.
Q. And to perform this project, the addition of the racks, what steps -- what steps are necessary? By that I mean, was there analysis? Was there contracting with others? Can you walk me through it?
A. Again, I'm not -- not being specifically familiar with the -- this project, other than the results which were adding additional racks. There clearly is analysis required. That could be done by our own in-house engineering folks. Could be done by contract engineering folks.
It would then subsequently involve getting license amendment from the NRC. Obviously, we would

Page 93

need to provide specifications and purchase orders to procure the material; and then typically, when we install something of that size, we use contracted forces to install the racks as well.
Q. Okay. And who builds those racks?
A. There are different companies that build them. I don't even -- I don't recall specifically who built these racks.
Q. That's what I was going to ask you. As to this project, do you know who provided the analysis?
A. I don't.
Q. And in terms of the license amendment that would have been required, do you know who prepared that?
A. That would typically be prepared by the Millstone licensing group with support from the corporate fuels group.
Q. Do you know if, in fact, they -- meaning the Millstone -- those Millstone groups, prepared it?
A. I couldn't say for certain unless I were to review the documents specifically.
Q. To add racks to the pool, does that

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

- - - - - - - - - - - - - - - - -x

DOMINION RESOURCES, INC., and :
DOMINION NUCLEAR CONNECTICUT, :
INC., :
:
Plaintiffs, : No. 04-0083
: (Judge Bruggink)
v. :
:
THE UNITED STATES, :
:
Defendant. :

- - - - - - - - - - - - - - - - -x

- - - - - - - - - - - - - - - - -x

DOMINION RESOURCES, INC., and :
VIRGINIA ELECTRIC & POWER :
COMPANY, :
:
Plaintiffs, :
:
v. :
:
THE UNITED STATES, :
:
Defendant. :

- - - - - - - - - - - - - - - - -x Pages 1-309

The Deposition of BRIAN H. WAKEMAN

Commonwealth of Virginia

Thursday, October 4, 2007

Reported by: Tina M. Hepburn, CCR

Job No. 183406

# Brian Wakeman

Page 10

MS. DONAHUE: Yeah. We may. Would you, please, mark these as 1, and this one as 2?

NOTE: The Consolidated Notice of Deposition Pursuant to Rule 30(b)(6) was marked and received for identification as 30(b)(6) Exhibit Number 1.

NOTE: The Amended Consolidated Notice of Deposition Pursuant to Rule 30(b)(6) was marked and received for identification as 30(b)(6) Exhibit Number 2.

NOTE: At this time, the document was proffered.

BY MS. DONAHUE:

Q Okay, you've been handed two exhibits. The first exhibit, marked as Exhibit Number 1 to your deposition, is the Amended Consolidated Notice of Deposition Pursuant to Rule 30(b)(6) that was served in the Dominion Nuclear Connecticut case. Do you see that?

A Yes.

Page 11

Q And then Exhibit Number 2 is the Notice of Deposition Pursuant to 30(b)(6) for the Virginia Electric and Power Company case. Do you see that?

A Yes.

Q These notices are very similar. The Connecticut notice has one extra topic. And the Connecticut notice was, in fact, amended. As you notice from the top. And what I'd like to ask you is if you could just confirm on the record which topics, first, on the Connecticut notice, that you are prepared to testify about this morning?

A Items 1 through 11. And 13.

Q Okay.

MS. DONAHUE: We can go off the record for just a second?

NOTE: Whereupon the parties went off the record, at this time.

BY MS. DONAHUE:

Q Okay, and then if you could, please, look at Exhibit Number 2, which is the Virginia notice, and if you could just confirm for

Page 12

me which topics you are prepared to testify about this morning, on that notice?

A 1 through 11. And 13.

Q Okay. Now, with respect to the Dominion notice, are you also here to testify as a representative for Northeast Utilities?

A You said Dominion notice.

Q I'm sorry. You're absolutely right. The Exhibit Number 1, which is the Connecticut notice, are you also here to testify as a representative from --

MR. BESSETTE: Mr. Wakeman is here to testify on behalf of the people who filed this lawsuit, which is Dominion Resources, Dominion Nuclear Connecticut, and Dominion Virginia Electric Power Company. As you're aware, the lawsuit has been filed, as stated in the record.

BY MS. DONAHUE:

Q So just Dominion Nuclear Connecticut?

A Yes.

MR. BESSETTE: But he is able to

Page 13

testify with regard to all actions as raised in the topics for which the claim is covered. During the time period covered.

MS. DONAHUE: Okay.

BY MS. DONAHUE:

Q Now, I would normally ask you some questions about your background, but I think we can skip that since you and I have had that discussion before.

A Okay.

Q Let's start with Virginia Electric and Power Company. In the 1983 time frame, when the standard contract was signed by VEPCO -- just for clarity, when I talk about Virginia Electric and Power Company, I'm going to refer to that as VEPCO. Is that fine?

A That's fine. If you use Dominion, that would also be fine, if you want to do it that way. As long as you tell me when you break between Surry -- the Virginia plants and Millstone.

Q Okay.

A You know.

# Brian Wakeman

Page 50

similar positions at the time, as it turns out. And we were new to the company and assisting in that, but didn't have a direct -- we had a very low level involvement. We were new to the companies.

Q So what was his role then?

A Fairly minor You know. Coordinating activities. And he didn't have a lot of involvement.

Q Okay. Is Mr. -- when you say he made -- you said he was involved in the draft process. Drafts of what?

A The process around the '83. I think that's what he said.

Q Drafting the standard contract?

A Yeah. Well, we got a draft. Provided comments. Got a final. Signed it. That process.

Q So when you say draft, you mean drafts of Northeast Utilities' comments to the Department of Energy?

A I'm not sure he was involved in that. But in setting up the contract itself. And

Page 51

then subsequent to that.

Q Okay. What did Mr. Hill tell you about Northeast Utilities' understanding of the Department of Energy's obligations with respect to the standard contract?

MR. BESSETTE: Mr. Wakeman is testifying on behalf of Dominion. I guess you are asking him about what Lee Hill's understanding was?

MS. DONAHUE: I'm trying to get a feel for how he has the information that he has to testify on behalf of the company. I'm just trying to figure out --

THE DEPONENT: His understanding -- go ahead. I'm sorry.

BY MS. DONAHUE:

Q So is that where you obtained your understanding as to Northeast -- your testimony concerning Northeast Utilities' understanding of the Department of Energy's obligations under the standard contract, did you obtain that information from Mr. Hill?

A In part.

Page 52

Q Okay. And from where else?

A And, in part, from the statements and depositions of the other Northeast Utilities people, Mr. Scace, Mr. Guerci.

Q So is your understanding of the Northeast Utilities' understanding of the Department of Energy's obligations gained primarily from the deposition testimony in this case?

A In part. I don't know if it's primarily, but somewhat, yes.

Q So what was the other part, if part of it was the depositions --

A In part, with discussions with Mr. Hill.

Q How long did you talk to Mr. Hill?

A I don't recall. We had several short discussions over a short -- over several days. I don't know. Half an hour, an hour, maybe.

Q In total?

A Yes.

Q And you also spoke with

Page 53

Mr. Harnal?

A Yes.

Q And what was the reason you spoke with him?

A Mr. Harnal was involved, again, in the early stages of the inter-unit transfer project and the ISFSI. I was trying to acquaint myself, again, with the particulars in the inter-unit transfer project.

Q And the particulars meaning the timing of it?

A Yes.

Q Okay. And that is related to your discussion with Mr. Brookmire about the licensing of the NUHOMS?

A Yes.

MS. DONAHUE: Why don't we take a break. We've been going for about an hour.

THE DEPONENT: Sure.

MS. DONAHUE: Let's take ten minutes.

NOTE: Whereupon the parties

# Brian Wakeman

Page 154

MR. BESSETTE: I have to object again. That does not reflect what's on here. I want to make sure we are all looking --
MS. DONAHUE: Mr. Wakeman is testifying, you're not.
MR. BESSETTE: I understand.
MS. DONAHUE: So if what I said was wrong, he needs to tell me. But if what I said is right, then I want to hear it from him, because he is the reason I came here today.
MR BESSETTE: I understand.
MS. DONAHUE: Take your time to look at it.
THE DEPONENT: Let me take another look at it.
MS. DONAHUE: If I can clarify, Mr. Wakeman, I may have misspoke. The sharing or the -- the Millstone allocations are given to Surry and North Anna in 2002 And that might have been what Mr. Bessette's concern was. Not 2001.
THE DEPONENT: And, actually, they went to Surry in 2003.

Page 155

MS. DONAHUE: Right.
THE DEPONENT: Starting in 2003. And North Anna starting in 2002.
MS. DONAHUE: Right.
MR. BESSETTE: That was my only point. Thank you.
MS. DONAHUE: And that was -- I misspoke.
BY MS. DONAHUE:
Q But in terms of the licensing capacity in Millstone unit three, your model still shows that Northeast Utilities did that in November 2000?
A Yeah. That was completed in November 2000.
Q And your rack, in fact, assumes that Millstone would have made the decision to rerack in November 2000?
A Or add additional racks.
Q I'm sorry.
A Add additional racks. Actually, the installation occurred well before November.

Page 156

Q And how is that?
A That's possible. Under NRC rules.
Q I see. So Northeast Utilities -- in your model, Northeast Utilities made the decision and completed the rack project prior to November of 2000?
A Oh, yes.
Q You said, oh, yes. I thought maybe that meant --
A When I was there in September, they were finishing up the installation of the 1,100 racks. So they had started well before that
Q And you were there in?
A September of 2000.
Q You were at Millstone in September of 2000?
A Yes.
Q Millstone was owned by Northeast Utilities, at that time, right?
A The sale was announced at the end of August.

Page 157

Q At the end of August of 2000?
A Yes.
Q So why were you then at Millstone?
A It was a pre-closing spent fuel assessment. Let's call it that. Once the decision had been made by Northeast, we started making visits to Millstone to acquaint ourselves with the plant.
Q So the sale was announced -- did you say August of 2000?
A I believe the end of August in 2000.
Q Prior to August of 2000, what was Dominion's involvement at Northeast Utilities?
A None.
Q Okay. So the decision to -- in the -- actually, what happened, the decision to rerack happened well in advance of the sale?
A Yes.
Q Now, in your model, you also assumed that the decision to rerack happened well in advance of the sale?

40 (Pages 154 to 157)

IN THE UNITED STATED COURT OF FEDERAL CLAIMS

| | |
|---|---|
| DOMINION RESOURCES, INC.,<br>DOMINION NUCLEAR CONNECTICUT, INC.,<br>Plaintiffs,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br>Defendant. | CASE NO. 04-83C<br>Judge Bruggink |
| DOMINION RESOURCES, INC.,<br>VIRGINIA ELECTRIC AND POWER COMPANY,<br>Plaintiffs,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br>Defendant. | CASE NO. 04-84C<br>Judge Bruggink |

DEPOSITION UPON ORAL EXAMINATION OF

LUIS L. NUNEZ, JR.

August 2, 2007 - 9:00 a.m.
Glen Allen, Virginia

Page 10

Q What is your current title with Dominion?
A. My current title is project manager.
Q. Take me through your educational background briefly. Where did you go to high school?
A. I went to high school at Bishop Guilfoyle High School in Altoona, Pennsylvania.
Q. What did you do after high school?
A. Attended one year of college at Saint Vincent's in Pennsylvania, and six years in the Navy nuclear program. Upon completion of that I went to Penn State and earned my bachelor's of science degree in accounting with a minor in economics.
Q. When did you graduate from Penn State?
A. August of 1976.
Q. What were you doing in -- you mentioned Navy nuclear. Can you summarize what your responsibilities were there?
A. Navy nuclear program, basically the first two years of service is schooling, your basic schools and theory, which the theory school I had in Maryland. And then an actual prototype or hands on actually in Saratoga Springs, New York. Then I was assigned to the Fleet on the USS Truxton in which I served for in just under four years I served in the capacity of nuclear machinist mate and exited the services as E-6, which is a first class

Page 11

petty officer. My responsibilities were for the on-shift mechanic crew for the unit, for one of the units.
Q. Did you study engineering at Penn State?
A. No.
Q. When you graduated in '76, what did you do next?
A I came to work for Virginia Electric and Power Company.
Q. What were you doing at that time?
A. I was hired as an associate accountant. My first job's responsibilities were with the steam generator replacement project for the Surry Power Station.
Q. How long did that project go on for?
A. Well, I think that went on for three years, but I'm not sure.
Q. What did you do next professionally after your role as an associate accountant? You said that you did that for about three years?
A. No, I was there for a year-and-a-half. I moved on to internal audit.
Q. So that would have been somewhere in 1978?
A. Yes, '78, '79, somewhere in there.
Q. What did you do in internal audit?
A. I was part of the group that reviewed construction accounting, both internal as well as our

Page 12

vendor surveillance.
Q. What is vendor surveillance?
A. Because utilities have a practice of using a lot of external sources for construction, particularly for large construction projects, we would actually participate in home/office audits and review their actual accounting records and substantiate charges made to the company on cost plus projects.
Q. How long were you in that role?
A. Probably about two years, I believe.
Q. What did you do next?
A. I took a position as a power station accountant at Mount Storm Power Station.
Q. Where is Mount Storm?
A. West Virginia. My tenure there was for four years.
Q. What organization was that with? Was that VEPCO?
A. That's still Virginia Electric Power Company.
Q. What did you do as a power station accountant?
A. Basically it was a general accounting type practice. You participated in all the different accounting functions necessary that the station needed and

Page 13

interfaced with corporate accounting departments. Part of that was to set up a new cost accounting system for the power station.
Q. What cost accounting system was that?
A. It was CPTS, which was the acronym it went by. It was an internally built and designed software system.
Q. Is that still used today?
A. One portion of it is still being used, and that is the construction cost system, CCS.
Q. And CCS is still being used at Millstone?
A. It is still being used at Millstone.
Q. Has it been used at any of the other plants?
A. I believe it's still a corporate system, yes.
Q. You said you had about four years in that position. What next?
A. I moved back to Richmond, and I was promoted to staff accountant. I was responsible for all our power station accounts.
Q. And that was still with Virginia Electric Power?
A. Yes.
Q. So you were back at -- the headquarters was in Richmond, I guess?

Page 14

A. That's correct.
Q. About what year was that, do you remember?
A. 1984.
Q. How long did you stay in that position?
A. I don't remember.
Q. Let me ask it another way. What did you do after that?
A. I moved into accounts payable. There I was responsible for the implementation of the new accounts payable system which is a corporate system.
Q. What system was that?
A. It was referred to as PROD or procurement.
Q. Is that still in existence?
A. No. That's been superseded by SAP.
Q. When did that occur?
A. SAP, I think, was implemented in 1997 or '98
Q. Who did you report to in that position as a staff accountant?
A. Which job?
Q. When you came back to Richmond. Let me backtrack. When you came back to Richmond to work as a staff accountant, who were you reporting to then?
A. I was in the power station and construction group.

Page 15

Q. Was there an individual who was in charge of that?
A. I think my immediate supervisor was Jim Vincent.
Q. What about in accounts payable?
A. Accounts payable was -- I reported to the director of disbursements and receivables.
Q. Who is that?
A. Roland Houghton.
Q. Do you remember how long you were in accounts payable then?
A. I can tell you the next job. I can't tell you quite how long I was in accounts payable. The next job after that was in corporate planning and budgeting.
Q. What were your responsibilities there?
A. My responsibilities was part of the corporate model that's used for financial planning and forecasting. My particular area was the construction and expense side, accumulations and tracking.
Q. So for somebody that's not an accountant, what does that mean? What did you do on a day-to-day basis?
A. You model -- that group was responsible for modeling -- or developing and running a financial model, which basically had inputs, budgetary inputs, to determine

Page 16

the given end goals and basically the mathematical model that simulates all your accounting interactions.
Q. Do you remember about what year you became active in that area?
A. It would have been early to mid -- let's see. Probably about 1994.
Q. Do you remember what your title was at the time?
A. I think probably senior budget analyst.
Q. The modeling that you were doing there as part of that group, did it take into account, I guess, spent fuel management?
A. The model was a full functional model. It actually handled all types of expenditures across the corporation, both the in flow and out flow of cash and cash determination, and actually develops your financial ratios that are reported out or used as metrics for the corporation as well as for external reporting.
Q. So it would have been comprehensive?
A. It's comprehensive. It mimics all the different inputs that accounting would normally have.
Q. Where did you move to after that?
A. From there I moved to -- actually, to this building in Innsbrook as an analyst for nuclear.
Q. Do you remember when that was?

Page 17

A. Probably about 1997.
Q. Who were you reporting to then?
A. The Director of Finance for Nuclear which was Mike Rose.
Q. As a nuclear analyst, what were your responsibilities?
A. It's more budgetary looking at costs, cost control, and cost reporting for the nuclear sector. This group would interface with the corporate planning budget group they just previously left.
Q. How long were you in that position?
A. I was in there for a couple of years, and then I moved to the Fossil and Hydro Division, F and H, in a similar budgetary analyst position.
Q. Was that a narrower role?
A. No.
Q. How would you describe it?
A. It's a parallel position. Fossil and Hydro would be -- power utilities are just basically -- will support a nuclear division, and then Fossil and Hydro are a fossil fuel division. That's how we're basically lined up. If you'll notice we are on the second floor, and nuclear is basically on this floor. The floor below us is all Fossil and Hydro.
Q. You were still in this building?

Page 18

A. Still in this building.
Q. What was your title with them?
A. I believe senior budget analyst
Q. Do you know who you were reporting to then?
A. Ms. Anne Tracy
Q. Could you just summarize your responsibilities in Fossil and Hydro?
A They were similar to the nuclear side of budget control and analysis. One added dimension was that I moved into the market based power stations, basically, as opposed to the regulated industry, and made some of the plans and developed some of the infrastructure to take their newly purchased plants in-house and accounts for those.
Q. How long were you there?
A. I was there until I accepted a job as manager of accounting services in Connecticut.
Q. Do you remember when that was?
A. Yeah. That was April the 1st, 2001.
Q. April Fools Day?
A. April Fools Day.
Q. I'm sorry The title again is?
A. Manager of accounting services.
Q. For that job you went up to Millstone?
A. Yes, that's correct.

Page 19

Q. Who did you report to in that job?
A. Reported to Laura Peay, P-E-A-Y.
Q. What were your responsibilities up there?
A. The job scope was to assume all the accounting functions at the station, facilitate the transition of accounting systems from the existing, which were Northeast Utilities Systems, and transition over to Dominion's accounting system, SAP, to make sure that we had proper controls in place throughout.
Q. Would it be accurate to say that you were the top accounting person at Millstone?
A. That's correct.
Q. The transition, when did that occur?
A. It was a phased in approach. We had service agreements with Northeast Utilities to continue operating their systems for nine months, from April 1st through December of 2001. And then we transitioned over to SAP as far as a functioning system in January, and fully implemented in June of 2002.
Q. Briefly back to education, you didn't do any postgraduate work?
A. Yes, I have.
Q. I'm sorry. What was that?
A. Master's in business administration from Averett College here in Virginia.

Page 20

Q. When did you earn that?
A. 1995.
Q. In your position, in various positions with Dominion, did you gain knowledge about the activities necessary to properly store spent nuclear fuel?
A Yes
Q. How did you gain that knowledge?
A. Part of it, I think, stems from prior knowledge, actually, from the Navy nuclear program where you are schooled in radiological controls and the proper storage and handling of contaminated and radioactive equipment. And part of it is just inherent to the nuclear business, knowing what's -- how we treat things and how we actually have to handle things.
Q. How does your job relate to that subject, that subject being the handling and storage of spent nuclear fuel?
A. Simply limited to the accumulation of cost records.
Q. So what exactly does that mean?
MR. BESSETTE: The question is vague

BY MR. SLATER:
Q. What does the accumulation of cost records mean?

Page 21

A. Basically running an accounting system.
Q. Can you describe for me your role on behalf of Dominion in this litigation?
A. I guess my role has been to accumulate and see that we generate reports to substantiate our particular cost claim.
Q. Would it be correct to say that your role has been limited to the accounting side of the equation of the claims?
A. That would be fair, a fair representation, yes.
Q. Are you familiar with the damages being sought by Dominion against the government?
A. Generally familiar, yes.
Q. Are you familiar with the damages being sought by Dominion against the government at the Millstone, North Anna, and Surry plants?
A. I have a general knowledge of the full action, yes, but my specific area is Millstone.
Q. I guess that's what I'm wondering in terms of asking you about damages and claims. Is your knowledge limited to the Millstone area or is it broader than that?
A. Having worked 30 years in accounting and finance for one corporation, I have a general understanding and knowledge of our accounting system. I

Page 22

don't know if that is responsive to your question or not, but --
Q. The claims for money, the damages claims in the case, was your -- I'm wondering the extent of your knowledge Is it Millstone specific?
A. I think for the intents for today I would say my purpose here is to stand ready to answer questions on Millstone's specific questions.
Q. Do you have a knowledge about damages claims relating to the North Anna Station?
A. Passing familiarity.
Q. Who would be the best person to talk to about damages claims for North Anna?
A. I think Wes Jenkins is prepared to speak to that.
Q What about Surry?
A. I think the same.
Q. Let me ask you just generally, if you could, to describe your understanding as to the damages being claimed by Dominion relating to the Millstone Plant.
MR. BESSETTE: Objection, the question is vague.

BY MR. SLATER:
Q. Can you answer that?

Page 23

A. Would you repeat the question?
Q. Sure. I'm asking basically -- let me ask it this way. Can you describe your understanding of the damages claim at the Millstone Power Station, those damages claims against the government?
MR. BESSETTE: Objection, the question is vague.
THE WITNESS: My understanding of the claim is that we are looking for recovery of damages, basically cost damages that we incurred because of nonperformance by the government.

BY MR. SLATER:
Q. What are those damages?
MR. BESSETTE: Objection, the question is vague.
THE WITNESS: Basically a breach of contract where the government has not performed. So as a result, many of us had to take other measures to handle waste disposal of nuclear fuel rods. So it's those costs that are basically outlined in detail and supported in our cost reports.

BY MR. SLATER:
Q. When you mention other measures, what are

Page 24

you referring to?
A All those activities that were necessary to handle -- properly handle spent fuel rods.
Q. Where did you obtain your understanding of the cost claim in this case?
A. Cost claims are basically a function of tracking costs for the specific projects that were identified in Dominion's claim.
Q. What was your responsibility for accumulating those or identifying those costs?
A. We have gone through and saw that reports were generated for specific identified projects that were identified to be part of the claim action, and then we provided supporting documentation In addition to the cost report, we provided evidence of bills paid
Q. Where did the request for that information come from?
A. It was an internal request to provide the information.
Q. An internal request from whom?
A. I don't recall.
Q. Do you recall how that request came to you?
A. I believe our in-house attorney asked for information.
Q. What is your in-house attorney's name?

Page 25

A. Lilian Cuoco.
MR. BESSETTE: Mr Nunez, you can answer these basic questions, but please do not answer any questions with regard to any specific conversations you may have had with in-house attorneys or us for that matter.

BY MR. SLATER:
Q. Who were you working with to identify and accumulate these cost claims?
A. On-site staff.
Q. On-site meaning Millstone?
A. Millstone.
Q. Who would that include?
A. The staff accountant as well as various analysts on the staff.
Q. What are their names?
A. The senior accountant is Ashley Orefite, O-R-E-F-I-T-E, and then analysts -- there are four or five. Do you want those enumerated?
Q. Sure.
A. Mark Hibbard, H-I-B-B-A-R-D, Stephanie, Laird, L-A-I-R-D, Carol Barber, and I think that's it.
Q. Were these folks all reporting to you?
A. No. They're part of the budgeting group.

Page 26

Q The budgeting group is where again?
A. This particular group actually resides at the Millstone Power Station.
Q. But they didn't report to you?
A. No
Q. The projects or costs that you discussed, how were they identified?
A. Internally we track costs by project or project number, so in particular at Millstone you're dealing with a legacy system and then the current system. So under the prior system, which is referred to as MIMS, M-I-M-S, it was referred to as a work order. Under the current system, SAP, we refer to it as a WBS.
Q. What's the WBS?
A. Work Budgeting System, I guess. I don't know. I don't remember, but basically a different nomenclature but does the same thing.
Q. How were project numbers identified that you targeted, I guess?
A. Engineering identified the specific projects that had been worked as part of spent fuel.
Q. Do you know who in engineering?
A. No.
Q. So when that request came to you, did you just get a list of project numbers to pull?

Page 27

A. That's correct.
Q. As far as the MIMS work orders, are these hard copy documents, computer records, or how does it work?
A. Well, the -- I'm not sure which question you're asking me.
Q. Let me ask a better question. As to MIMS, how are the -- you mentioned work orders. What does a work order look like?
A. A work order number itself is just an alpha-numeric field. Generally it's going to start with an M for Millstone. The next digit is going to be a unit designator, unit two or three or one. And then the following characters are normally numeric, and it's just a sequence number.
Q. And in MIMS work orders, how are they tracked by the company?
A. The number is validated within the computer system, and then that is used to accumulate cost as they're incurred. So that's a tracking number, if you will.
Q. So to pull these work orders, I assume you did a computer search?
A. Yes.
Q. And then that search resulted in a stack of

Page 28

work orders?
A. No. It results in a cost report that details the actual specific costs associated with that particular work.
Q. Then from the cost report did your folks backtrack to the underlying work orders?
A. There wouldn't be underlying work orders. The next level of detail would be the actual incurred cost, so you would have either purchase orders or charges or that sort of thing.
Q. I see.
A. It would be equivalent to recording your costs on your expense report for your trip down here. You'd have one charge number and then you detail out all your expenses. Basically the work order would be equivalent to your trip accountability.
Q. I see. Thank you. In identifying costs associated with the SAP system, was that an identification made in a similar manner? What I mean is, by using -- you called them WBS?
A. Yes.
Q. So you would target particular project numbers?
A. That's correct.
Q. In terms of identifying the SAP or the MIMS

Page 29

project numbers coming from engineering, you don't recall the individuals who asked for that information?
A. No, I don't.
Q. Do you have any idea if that information would be recorded in a document somewhere?
MR. BESSETTE: Objection, the question is vague.
THE WITNESS: I don't know.

(Claim was marked as Nunez Exhibit No. 1 for identification.)

BY MR. SLATER:
Q. Mr. Nunez, I handed you a document marked Exhibit 1 to your deposition. Have you seen this document before?
A. It appears to be a copy of our claim, of Dominion's claim.
Q. That's what I'm wondering. Have you seen this document before?
A. Yes.
Q. So you're familiar with this document?
A Generally.
Q. Did you have any role in helping to prepare it?

Page 30

A. Yes.
Q. What was that?
A. Again, the accumulation of the costs incurred at Millstone.
Q. You're just at the right spot, so let me ask you -- and this is Page 4 of the document. I was going to ask you some information about the chart here. On Page 4 of Exhibit 1 there are some activities listed. The first being the Millstone Inter-Unit Transfer Study. Was this an activity for which you had some involvement?
A. Again, my involvement was running the accounting system that accumulated the costs
Q. Would that encompass costs relating to this transfer study?
A. Depending upon when those costs were incurred, yes
Q. What do you mean by that?
A. My tenure at the station began in April of 2001, and I think some of these costs were incurred prior to my presence there.
Q. I see. So if the cost was incurred prior to '01, then you wouldn't have had any role in accumulating the cost for the claim?
A. That's correct. Well, no, that's not correct. I accumulated the cost simply on the part of --

Page 31

it was recorded cost. I wasn't instrumental in recording the cost.
Q. I understand So you helped pull the cost associated with these earlier claims together?
A. That is correct.
Q. But you wouldn't have had involvement with the cost at the time when the project was ongoing if it was pre-'01?
A. That's correct.
Q. Do you remember when the transfer study occurred? Was that before your time?
A. I would have to look at the specific report and the transactions to answer that fully.
Q. What about the next one on the list, Millstone Unit 3 Rack Project, were you involved in that in any way?
A. Again, I think the same answer we just went through.
Q. Do you recall the date on that project?
A. I'm going to give you -- I don't. I would have to look at the report to answer that fully.
Q. As to the Millstone ISFSI, do you recall having worked on that in any way?
A. Yes.
Q. What would be your responsibility as to that

Page 32

project?
A. That specific project was initiated while I was at the station, so again the cost was accumulated under my tenure as manager of accounting services.
Q. What about the North Anna ISFSI, were you involved in that project?
A. No.
Q. Were you involved in the identification, I guess it would be, of the claim cost for North Anna ISFSI
A. No.
Q The Surry ISFSI, were you involved in the --
A. Again, the answer is no.
Q Did you help draft this document in any way?
A. No. I supplied -- I supplied information that's probably contained in this document, but, no, I was not involved in drafting it.
Q. What information did you supply?
A. Again, either cost information that was accumulated and reported in here, detailed in here, as well as an explanation of certain accounting terms or elements that are defined within the text.
Q. Do you recall when you provided that information?
A. This feels like it's been going on forever. I'm not sure, over the last couple of years.

Page 33

Q. Who did you provide -- when you did provide information, who did you provide that to?
A. Again, it was a corporate collaboration, so we bid the information up I'm not sure who -- I'm sure our counsel produced the final document.
Q. And I'm not looking for the substance or the context of any communications you had with counsel. I'm just wondering who you would have handed that informatio[n] to.
A. I responded to whomever asked for it. I don't recall all the ins and outs, because it just gets to be a lot of requests for information over time.
Q. I'm going to refer you in the same document to -- a little further back in the document there is an appendix, several actually, but to Appendix B. I'll let you dig through and find that. It's Attachment 1. It's Page B-1. There we go. And, again, we have what's called a Millstone Project Cost Summary, another chart. It looks to me, at least, as this is a more specific breakdown for the cost of the Millstone plant; is that right?
A. That's right.
Q. In looking down -- I'll try to do them as a group to save some time. In looking down the list of projects under "Name" on the left-hand side, were you responsible for accumulating costs as identified with each

Page 34

of these projects?
A. Yes.
Q. And are there any of these with which you were not involved?
A. There are certain line items that other people did the reporting or generated the report that provided the detail.
Q. Which ones are those?
A. Actually, my primary focus was on the first two lines.
Q. So the Millstone Unit Storage Pool Racks and the Inter-Unit Transfer?
A. That's correct.
Q Now, as to the remaining ones, ISFSI Design and Construction, was there another person primarily responsible for pulling costs relating to that?
A Yes
Q. Who was that?
A. Although I pulled some of the cost, but I think Wes Jenkins was probably more active as far as running reports and detail on this.
Q. What about -- there are three items below that all relating to NUHOMS. Can we group those together? Who was primarily responsible for that?
A. Again, the rest of the sheet, really, I

Page 35

think, Wes, all the way down to MC-175 alpha.
Q. So when we talk about crane upgrades, Mr. Jenkins was more directly involved in pulling and identifying those costs?
A. Correct.
Q. You weren't involved in the actual management of any of these projects were you?
A. No. Again, my role was as the top accountant for the station.
Q. Are you aware of whether there were any costs coded to any of these projects that ultimately were not included in the claim for damages relating to the projects?
MR. BESSETTE: Objection, the question is vague.
THE WITNESS: Would you repeat it?

BY MR. SLATER:
Q. Let me give it another shot. I'm wondering if -- as an example, let's use the first one, the Millstone Unit 3 Storage Pool Racks, are you aware of whether there were any costs associated with that project that were not included in the total costs?
MR. BESSETTE: Objection, lack of foundation.

Page 36

THE WITNESS: No, I'm not aware, and it would be foolish if I was.

BY MR. SLATER:
Q. I guess that's what I'm getting at. Let me ask it this way Are a hundred percent of the costs associated with these projects included in the claim?
MR. BESSETTE Objection, lack of foundation.
THE WITNESS: We have included all the costs that were recorded through the normal accounting process as part of the claim.

BY MR. SLATER:
Q. To your knowledge there weren't any costs associated with these claims that were excluded?
MR. SLATER: Objection, lack of foundation
THE WITNESS: Again, we include those costs that we claim to have suffered as a result of nonperformance and that we had to incur in order to keep the spent fuel safe and nothing more.

BY MR. SLATER:
Q. But nothing less either?
A. But nothing less.

Page 37

MR. BESSETTE: Objection.

BY MR. SLATER:
Q. Are you aware of whether there were any projects, Millstone projects, I guess we are speaking about here, that were ultimately -- that were considered by Dominion for inclusion in the claim that were ultimately deemed not appropriate to be included?
MR. BESSETTE: Objection, lack of foundation. And if those discussions involved conversations with counsel, I direct you not to answer.
THE WITNESS: I think the answer is already asked and answered in our claim, as far as what is included and what has been considered.

BY MR. SLATER:
Q. I'm just wondering if there was any discussion or contemplation of including other projects in the claim, other projects that didn't ultimately appear in the. Claim?
MR. BESSETTE: Objection. If it calls for discussion with counsel, I direct you not to answer, lack of foundation.
THE WITNESS: The only thing I can point to

Page 38

is our claim and what it states.

BY MR. SLATER:
Q. Does that mean you're not aware of consideration of other projects that company officials may have talked about including in the claim?
A. No. It means that what we have in our claim is our forecast
Q We are dancing around it semantically. Were there any other projects relating to operations that you discussed with folks in the company, discussed to be included in the claim but ultimately were not included?
MR. SLATER: Objection, lack of foundation. Calls for privileged discussions, and I direct you not to answer that question.
THE WITNESS: I think it's asked and answered.
MR. SLATER: Well, that's his job.
MR. BESSETTE: Mr. Nunez has answered your question. You can ask it five more times, but I don't think he is going to give you a different answer.

BY MR. SLATER:
Q You're aware that the government audited the

Page 39

claims -- strike that. Let me start again. You're aware that there was a government audit of the Dominion claim, right?
A. That's correct.
Q. And I understand you were at the audit?
A. That's correct.
Q. What were your responsibilities relating to the audit?
A. Answering those questions that pertain to the Millstone Power Station.
Q. Are you aware also that during the audit process Dominion made an adjustment of its claim to damages so that there was an adjustment subsequent to these Initial Disclosures?
A. Yes.
Q. What was your role -- did you have a role in making that adjustment?
A. Yes, I did
Q. What was that?
MR. BESSETTE: Objection, question is vague.
THE WITNESS: Would you repeat your question?

BY MR. SLATER:
Q. Sure. Let me ask it a little differently.

Page 40

What was you role in determining the adjustment to the claim subsequent to the financial disclosures?
MR. BESSETTE: Mr. Slater, there were several adjustments. Unless you give a letter we can review --

BY MR. SLATER.
Q. Let me ask you about one specifically. There was an adjustment of $1,872,000.00, approximately, MIMS adjustment. Are you aware of that?
A. Yes.
Q. What was the reason for that adjustment?
A. The reason for that adjustment was the first reported number came from Northeast Utilities responding to a request by Dominion to provide cost information, and they did. However, the manner that they provided the information tended to overstate the claim.
Q. When was it determined that Northeast had overstated the claim?
A. Shortly before we made the adjustment.
Q. How did you make that determination?
A. Instead of relying on Northeast Utility providing the information, we went back to the system that was archived at the station. We ran the cost report in a normal fashion that it's run at the station and derived a

Page 41

valid report. That's when we determined that there was a difference in cost, and we were able to identify that.
Q. Did the process arise as a result of the audit or before the audit?
A. I don't know the time frame. I know that we were validating the information to our claim. In the course of that we determined that we needed to correct the record.
MR. SLATER: Let's take a five-minute break.
MR. BESSETTE: Sure.

(Whereupon, a brief recess was taken.)

BY MR. SLATER.
Q. Mr. Nunez, we have been talking about Dominion's claims against the government in this case. Can you tell me when Dominion began tracking those claims?
MR. SLATER: Objection, question is vague.
THE WITNESS: I don't know that I can respond to the question the way you have it phrased, because the costs were tracked as incurred as opposed to like categorizing this as tracking claims.

Page 42

BY MR. SLATER:
Q. Well, that's fair. When did Dominion identify the projects that were part of the claim?
A. That was a corporate decision. I don't know.
Q. Do you know who would have made the decision?
A. I do not know.
Q. Do you know what measures or controls were implemented by Dominion to make sure that only costs attributable to DOE's breach would be part of the claim?
A. Could you say that again?
Q. Sure. What measures or controls did Dominion implement to make sure that only costs related to the DOE's breach were part of the claim?
A. My understanding of our claim is that we identified, and I think that's within the text of the claim, those areas that bound what we consider to be the breach of the government and therefore the costs that we incurred to keep the spent fuel safe.
Q. And I guess what I'm wondering is if there were certain controls put in place to make sure that invoicing relating to X project was actually attributable to the government breach?
A. The reason I hesitate in answering your

Page 43

question is that I think it's kind of a chicken and egg thing. Our controls are not based on looking at the claim. Our accounting controls are based on accumulating accurate factual data regardless of what project or projects were going on. So I think controls, normal standard accounting controls are implemented not just for this case but for all our practices. That's to ensure that we accumulate costs according to our internal procedures as well as to satisfy external regulatory procedures for both FCC as well as FERC and all the other agencies that we have to report costs to
Q. What accounting controls are in place?
A. We have a documented system of controls that have been reviewed by FERC as recently as two years ago.
Q. Reviewed by who?
A. The Federal Energy Regulatory Commission, and have passed review, both our external auditors have reviewed those standards, and that documentation is on file.
Q. I'm pretty new to this. What is FERC controls?
A. It is the body of regulation by the federal government dealing with reporting costs to DOE which FERC is a part of. That information is used both for the government as well as industry reporting, as well as our

Page 44

accounting systems are subject to audit by the Securities and Exchange Commission as well as we comply with annual audits.
Q. Would those accounting controls be such that you would be able to identify project costs that were not attributable to DOE's breach?
MR. BESSETTE: Objection, question is vague.
THE WITNESS: Normally you build an accounting system to try to trap errors, to facilitate error correction, and that's the basis of our accounting controls.

BY MR. SLATER:
Q. What I'm wondering I guess is, once the projects which were included in the claim were identified, was it then just a function of essentially pushing a button to generate a report pulling any work that had been done under those project codes?
A. It makes light of accounting, but yes.
Q. I don't want to oversimplify, but that was basically the process?
A. That's basically the process.
Q. I know you were at Millstone as of 2001. For costs that were incurred prior to your arrival there, how can you ensure that those costs were recorded

Page 45

accurately?
MR. BESSETTE: Objection, lack of foundation. The question is vague. It calls for speculation.
THE WITNESS: The reporting system that's used is an accountability reporting system, so I assume under the legacy system, which I was not responsible for, that the costs as reported are used to control the expenditures for the power station. There is a certain feedback loop to make sure that costs are recorded correctly by project, and that's what I inherited going into the station in my capacity as manager of accounting services. I'm assuming that that was in place for any prior recordation and therefore would rely on the report that the system produces.

BY MR. SLATER:
Q. That accounting was performed by another entity, correct?
A. That's correct.
Q. It was Northeast Utilities?
A. Correct.
Q. So that was there MIMS accounting system,

Page 46

correct?
A. That's correct.
Q. During the audit process you said you had to make an adjustment from -- on those MIMS claims that Northeast Utilities had recorded?
MR. BESSETTE: Objection, mischaracterizes Mr. Nunez's testimony.
THE WITNESS: I'm not sure of your question. Can you repeat it, please?

BY MR SLATER:
Q. Dominion made an adjustment to those claims, I guess, that are captured and recorded under the Northeast Utility system, correct?
A That's correct.
Q. And that was because Dominion wasn't satisfied with the accuracy of what Northeast had reported to you as part of the claim?
MR. BESSETTE: Objection, mischaracterizes Mr. Nunez's testimony.
THE WITNESS: No, to your question, to your specific question. The reason we made an adjustment was that when we first went to try to resurrect legacy system information, we thought the most expedient way was going through

Page 47

Northeast Utilities. However, we found out it was easier -- actually that the better process was to revitalize the archive system that we purchased as part of the plant and run the reports that were consistent with the management reporting at the station level.

BY MR. SLATER:
Q. What does revitalize the system mean?
A. Well, these are archive systems. This is not a system that is actively being used, so we had to actually go back and get people to refresh their memories on how to access and how to submit and request reports so that -- and it facilitated providing further documentation as we were requested.
Q. So it was part of that revitalization process, I guess, and Dominion requested additional documentation?
A. No. I think the accounting staff or the support staff for DOE required additional information. So we were responding to their request.
Q. So that adjustment came at DOE's request?
A. No. When we realized that we were in for a long haul, we decided that we needed to take a better course of action, which was controlling your own destiny

Page 48

and using the information that we already had on file.
Q. So that adjustment was based on the existing information that was on file, just revitalized, as you said, by Dominion?
A Yes.
Q Do you believe the audit opinion issued by your independent external auditor provides assurance that spent nuclear fuel related costs, as accumulated by Dominion's accounting systems, are complete and accurate?
MR. BESSETTE: Objection, the question is vague.
THE WITNESS: I think the role of the independent auditor is to attest to the fair presentation of financial records. I don't know that it goes into the detail of addressing your question.

BY MR SLATER:
Q. Do you think the auditor did a fair presentation of the financial records?
A. Yes. We have their letter attesting to that, yes, that our records, our financial records fairly present our financial position.
Q. So then the independent auditor's opinion would provide assurance that the data produced from the

Page 49

company's accounting system is accurate?
MR. BESSETTE: Objection. It seeks a legal conclusion.
THE WITNESS: An independent auditor normally is providing assurance or comfort to the general public, as well as to the reporting agencies, that their review does provide a certain level of comfort that the underlying records and the systems and the controls that are in place that they reviewed present a fair record of the entity's transactions.

BY MR SLATER:
Q. Would the independent auditor's work have encompassed testing the propriety of the underlying project identifiers, meaning the projects identified as part of the claim?
A. I don't know. I don't have firsthand knowledge, so I can't really respond to that.
Q. So you don't know if the independent auditor tested whether any of the claims' projects were properly part of the claim?
A That's correct. I don't know.
Q. Let me ask you, sir, about spent fuel loading. Are you familiar with the costs associated with

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| DOMINION RESOURCES, INC., DOMINION NUCLEAR CONNECTICUT, INC., Plaintiffs, v. UNITED STATES OF AMERICA, Defendant. | Case No. 04-83C<br>Judge Bruggink |
| DOMINION RESOURCES, INC., VIRGINIA ELECTRIC AND POWER CO., Plaintiffs, v. UNITED STATES OF AMERICA, Defendant. | Case No. 04-84C<br>Judge Bruggink |

DEPOSITION TESTIMONY
OF
MR. WESLEY JENKINS
August 3, 2007

Page 10

related to this claim?
A No They did not
Q Okay And you said you've never had your deposition taken before Have you ever testified in any type of hearing?
A No, I have not.
Q Okay. Before we get started discussing the claim I'd like to just get a feel for your background and what your experience is so we have a point of reference for what types of activities you've been involved in. Are you currently employed?
A Yes
Q Okay And where are you currently employed?
A I'm employed here in this building with Dominion
Q Okay. And that's 5000 Dominion Boulevard?
A That is correct
Q And when you say you're employed with Dominion, which business entity is your employer?
A Currently, I'm an employee of Dominion Resource services. I started a new job two days ago.
Q Okay. So two days ago you started a new

Page 11

job with Virginia Resource Services?
A Correct
Q Okay. What is your current position as of two days ago?
A I am a Senior Control Specialist on the New Plant Licensing Project.
Q Okay. Prior to two days ago what was your title, your position?
A I was in the Finance and Business Services Group. I've been in that group for twelve years. I spent about eight years here at the Innsbrook location. Prior to that I was at North Anna Power Station in the Finance and Business Services Group there.
Q So let me make sure I'm understanding. You were in the Finance and Business Services Group for twelve years, and then for eight years you were in North Anna?
A About eight years I was at Innsbrook and four years at North Anna.
Q Oh, I see. Okay. Is the Finance and Business Services Group still one group and you were just working at North Anna or was it a separate group?
A Correct. We have employees at each

Page 12

station and employees here at the corporation center but it's all one group
Q Okay So it was a total of twelve years. You were just working at North Anna before this?
A That is correct.
Q Okay Did your title change when you went from North Anna to Innsbrook?
A When I first started North Anna I was an Associate Planning and Budgeting Analyst, and I moved up to Planning and Budget Analyst at some point. And shortly after I came to Innsbrook they switched our title to Financial Analyst
Q Were the job duties the same?
A Job duties were the same.
Q And that was Financial Analyst?
A Yes Financial Analyst.
Q Okay. And I heard the part where you said the duties were the same. I just missed the title. Okay Financial Analyst
So it was twelve years ago -- and I'm not great at math -- so around when did you become an Associate Planning Budget Analyst at North Anna?
A It was September '95.
Q Okay. So then around '99 you went to Innsbrook?

Page 13

A That is correct. It was I think around November '99.
Q Who was your supervisor when you were an Associate Planning and Budget Analyst at North Anna?
A Jim Hazam
Q Can you spell that last name, please.
A H-A-Z-A-M.
Q Okay. Did you supervise any employees as an Associate Planning and Budgeting Analyst?
A No, I did not
Q Approximately how many people at that time were in the North Anna Financial Business Group working?
A I believe it was six.
Q Okay And did five of those people report to Mr. Hazam?
A Yes.
Q Okay. And he was the sixth person?
A Yes. That's correct.
Q Generally, what were your job duties throughout the time period that you were in the North Anna Finance and Business Services group for those four years?
A We were responsible for compiling and reporting on the station budget, helping them with

Page 14

their projections and any kind of financial reporting they needed to do
Q Can you give me, just so I can have a better understanding of what you mean by compiling and reporting the station's budget. Can you be more specific as to what those duties entailed?
A Every year we put together a budget for the subsequent year And what we do is, we help the different departments and managers put together their budget, look at the people they have and the activities they're going to have to do for the year, and put the budget together and review it with management. And as we go through the year, report their budget versus actual each month and try to help them manage their spending.
Q Okay Who's ultimately responsible for the budget? Is it someone from your group or is it the project manager?
A The manager or supervisor is responsible for the budget ultimately. We're there in a supportive role to help them compile the information and report the information.
Q Okay If you can, can you give me an example of where those duties would be, where the labor would be distributed. For example, if the

Page 15

project manager was working on his budget what type of duties would he be working on as opposed to if you were assisting him?
A For budgeting purposes we have I guess kind of two sets of budgets. We have our Operation and Maintenance budget and our budget for Capital Projects.
And how we do that, on Operation and Maintenance budget we basically look at the number of people that that supervisor or manager has assigned to him, the cost of those people and then whatever department support activities they have, whether they have types of office supplies they need, whatever they need to support their group, if they have any outside vendors they're going to need to support their group and so forth.
And then on the Capital budget side we look at specific capital projects and activities that are required to support that project, be it internal labor, contract labor, materials and associated things like that.
Q Okay When you were in that position working in North Anna where did you receive the input to assist you in supporting this budget process?

Page 16

A Our group was responsible primarily for the Operations and Maintenance budget, just the day-to-day activities of the station. We began by just getting a list of people from HR and salary information and all that. And then we would work with the various supervisors and managers to get their input on activities that they knew they had to participate in during the course of the year they expected to participate in.
Q And that was on the O&M side?
A That's correct.
Q Now, for the Capital projects did your group not work on the Capital project budgets?
A A little bit. At each station they have a separate group that primarily puts the Capital budget together. We kind of helped once it was all finished to present it all as one package.
Q Is that group that works on Capital budgets still in existence at North Anna?
A Yes.
Q Okay What is the name of that group?
A It's part of the Nuclear Site Services organization, and they're called Project Controls or something like that.
Q Is there -- similar to how there's a

Page 17

financing business group that's at each site and then also -- well, there's one group but they were personnel at each site --
A Right.
Q -- is this group similar for Nuclear Site Services? Is there a corporate arm, if you will, and then site specific personnel?
A There is a corporate arm but they're not all part of necessarily the same organization like the finance group is. They're all more independent of each other.
Q Okay. So Nuclear Site Services, that's what the capital budgeting support group is called at North Anna; is that right?
A That's correct.
Q Okay. And do you know if there's a similar group at Surry?
A Yes.
Q And what's the name of that group?
A It's the same.
Q Okay. What about at the Millstone plant? Do you know if they have a similar structure at the Millstone plant?
A I'm not sure. I'm just not sure. I think they do. They have a group that -- I think they do.

Page 18

Q Okay. Have you ever done any support work with respect to the Millstone plant?
A Very little.
Q Okay.
A And most of my involvement is if we have people from the Virginia sites that are going up to Millstone we have to set up special project numbers and stuff to get their time to move from one legal company to the other so that's the extent of my involvement in that
Q Okay. Have you ever managed any budgets with respect to capital projects at Millstone?
A No.
Q And what about the O&M budget?
A No
Q Okay. When you were in the North Anna financing business group and you were mostly working on supporting the O&M budgets -- I think is what you said -- did you have any role in explaining or investigating or variances in the budget?
A Yes. And that was part of our support function. To look at what they planned versus what they actually did and try to explain the differences
Q What about the Capital Project side? If

Page 19

you know, the group, the Nuclear Site Services group, do you know what role, if any, they played in explaining the variances in the budgets?
A It was similar to our role on the O&M side. They looked at, again, the capital and what they planned versus what they actually end up having to do and explaining any differences.
Q Is there a supervisor for the Nuclear Site Services group in North Anna?
A Yes.
Q And what's that person's name?
A The current supervisor's name is Jerry Wheeler.
Q W-H-E-E-L-E-R?
A That is correct.
Q And how long has Mr. Wheeler been there if you know?
A A month
Q Okay. Do you know who superceded Mr. Wheeler?
A His name was Barry Parsons.
Q Can you spell Parsons.
A P-A-R-S-O-N-S.
Q Do you know how long Mr. Parsons was the supervisor of that group?

Page 20

A He was the supervisor when I started at North Anna so he predated me
Q So at least since '95 –
A That's correct.
Q -- but probably longer?
A That's correct
Q Okay. Do you know how many people are in the Nuclear Site Services group at North Anna?
A No, I don't.
Q Is it a small group like six people like the group you were in or is it much larger?
A I think their project control group is probably about the same size. But if you look at the whole Nuclear Site Services organization it's quite a bit larger.
Q Now, when you became -- I believe that sometime between '95 and '99 you said that you became a planning budget analyst?
A Right.
Q Did you supervise anyone during that period?
A No, I did not
Q And did you still report to Mr. Hazam?
A It was some time in '96 or '97 we had a new supervisor and his name was Ken Herndon.

Page 21

Q Was Mr. Herndon the supervisor in '99 when you went to Innsbrook?
A He was still the supervisor at North Anna.
Q Okay. Now, when you made the move to Innsbrook in 1999 how did your job duties change from what they were when you were at North Anna?
A When I was in North Anna I supported the station organizations. And when I came to Innsbrook we had several departments that are kind of more corporation functions. I supported like the Engineering and Support Services organizations.
Q Now, is that what your current -- well, up until two days ago is that what your job duties had been?
A Yes.
Q Okay. When you say you supported the Engineering organization can you be more specific about that?
A I did the same function I did at North Anna.
Q Okay. So you were working on budgets for engineering at North Anna?
A That's correct.
Q Specifically with respect to O&M?
A Yes.

Page 22

Q Did you do any Capital Project work during that time period?
A Very little. I didn't put any of the budgets together. I mean, the only involvement I had is if someone would ask, How much did we spend on this project, I'd run a report for them, and that was about it.
Q Just for a second I want to go back. I realize that you're no longer at North Anna in '99, but do you know is Ken Herndon still the supervisor of planning and financing business group in North Anna?
A Yes, he is.
Q Okay. So he was from sometime in the mid '90s until the present?
A That's correct.
Q And for Nuclear Site Services, is Mr. Wheeler still the supervisor of that group at North Anna?
A Yes
Q Okay So I'm going to go back now. Sorry. Go back for the period from 1999 until two days ago. When you said that you also support "them," the Support Services group? Is what you called it?

Page 23

A Yes. That's the -- that includes nuclear training, the Protection Services group, those are the two pieces that I support.
Q Okay. Now, the Nuclear Analysis and Fuels group, where does that fall in the organizational structure?
A When I said "engineering" they were part of that. They're separate from our normal engineering group but I supported them in their budget as well.
Q Now, is the Nuclear Fuels Analysis group, is that a corporate arm?
A Yes.
Q It is? Okay. Now, is there a similar group that is also at the plant site?
A The only employees they have at their plant site are the reactor engineers. And I don't know what exactly their duties are.
Q Okay. Where are the project managers? Are they at the site or do they stay here at Innsbrook?
MR. BESSETTE: Objection. Question's vague.
MS. DONAHUE: I'm happy to clarify.
THE WITNESS: Yes. Which project managers

Page 24

are you referring to?
BY MS. DONAHUE
Q For example, a project manager for the North Anna ISFSI project. Is that person generally at the site or is he a corporate person?
A I think most of that was managed by the Analysis and Fuels group here. During the construction I believe they had a project manager on site that was associated with the Nuclear Site Services group.
Q Okay. But more managing the construction aspects --
A Managing the construction aspects of it
Q Okay. Who was your supervisor from '99 until two days ago when you were in the Finance and Business Service group?
A I had two different supervisors Jay Royal when I first came to Innsbrook and Jean Ferguson after that.
Q Did you supervise any employees during that time period?
A No, I have not.
Q Presently, at least over the past two days, do you have any responsibilities outside of your work supporting the New Plant Licensing

Page 25

Project?
A I'm going through a transition period. I'm sort of splitting my time between, both, my old and my new job for the next several weeks.
Q But once you've made the transition will you be solely dedicated to the New Plant Licensing Project?
A Yes.
Q Can you tell me what is Jean Ferguson's current title?
A She's currently the manager of Finance and Business Services.
Q Okay. Let me back up. When did you first become employed by either Dominion or Virginia Electric?
A I started with Dominion in February 1995. I spent about six or seven months in their Facilities and Support Services group And after that I moved into the Finance and Business Services group.
Q Facilities and Support Services group, is that a group that's located at North Anna?
A Yes, it was.
Q Okay. And what are the responsibilities of that group?

7 (Pages 22 to 25)

Page 26

A They are mostly helper type of people picking up materials from the warehouse to move them to the station, general site clean-up activities.
Q Did you spend time in the warehouse then or was it a desk job?
A It was not a desk job It was time in the plant, where ever we were needed to help.
Q Now, is there one warehouse in North Anna or are there multiple warehouses?
A There are multiple warehouses
Q Did you service all the warehouses at North Anna?
A What do you mean by, service the warehouses?
Q Good question You said that you did a lot of pick up and clean up back and forth in the warehouses.
A Well, we would get -- you know, our Operations group would say, We need this from the warehouse. And we would drive a truck up there and pick it up and bring it to them
Q Okay. So did you need to pick up materials from all the warehouses on the site, or was there one warehouse you needed to go to?
A There's typically one warehouse where we

Page 27

would pick material up.
Q Okay. How many warehouses are there?
A I'm not sure.
Q When you first became employed you were employed by Dominion, which business entity?
A Virginia Dominion Power.
Q Okay. And then you were employed by Virginia Dominion Power until two days ago?
A That is correct
Q Prior to February 1995 were you employed?
A Yes.
Q Where were you employed?
A I worked a temp job waiting for my Dominion clearance to come through for several months. But prior to that I worked for a mail-order catalog company as a marketing analyst.
Q Do you have a college degree?
A Yes.
Q Where did you obtain your degree?
A James Madison University.
Q Okay. And what was your major, your specialty?
A I have a BS in Mathematics.
Q Do you have any graduate degrees?
A No, I do not

Page 28

Q Do you have any professional licenses?
A No, I do not
Q Are you as a general manager familiar with the litigation that has been filed against the Department of Energy by Dominion and Dominion of Virginia?
A Yes.
Q Okay What is your general understanding of the issue in the case?
A My general understanding of the issue is that sometime in the early '80s the Nuclear Utilities signed a contract with the DOE And the DOE would begin collecting our spent fuel, and we're currently in litigation over that contract.
Q Have you ever read the contract?
A No, I have not.
Q Okay
MS DONAHUE. Would you please mark this as Exhibit No. 1
(The aforementioned document was marked for purposes of identification as Jenkins Exhibit No. 1.)
BY MS. DONAHUE.
Q Mr. Jenkins, I'm handing you an exhibit

Page 29

which has been marked as Exhibit No 1 in your deposition. I will represent to you that this deposition is the Initial Disclosure of Claimed Damages that Plaintiffs have provided to the Government in this case. If necessary, please take a minute to go through it and familiarise yourself with the document. And when you've had an opportunity to do so I'll have some questions.
A (Reviews documents.) I've read it before so
Q Okay. When did you first read it; if you recall?
A You mean the finished document?
Q Yes. The finished document.
A I think we filed it in October last year so shortly after that I got a copy of the document.
Q Did you receive a copy of the draft of this document before it was finalized?
A Yes.
Q Did you assist in drafting any portion of this document?
MR. BESSETTE: Mr. Jenkins, you can answer in regard to your general involvement. But please do not disclose any contents of any discussions you may have had in-house or

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

- - - - - - - - - - - - - - - - - - - -x

DOMINION RESOURCES, INC., and :
DOMINION NUCLEAR CONNECTICUT, :
INC., :
:
Plaintiffs, : No. 04-0083
: (Judge Bruggink)
v. :
:
THE UNITED STATES, :
:
Defendant. :

- - - - - - - - - - - - - - - - - - - -x

- - - - - - - - - - - - - - - - - - - -x

DOMINION RESOURCES, INC., and :
VIRGINIA ELECTRIC & POWER :
COMPANY, :
:
Plaintiffs, :
:
v. :
:
THE UNITED STATES, :
:
Defendant. :

- - - - - - - - - - - - - - - - - - - -x Pages 1-184

The Deposition of WESLEY JENKINS
Commonwealth of Virginia
Friday, October 5, 2007

Reported by: Tina M. Hepburn, CCR
Job No. 183407

# Wesley Jenkins

Page 122

Q Okay. On that page, towards the bottom, I see a line number of -- begins 2623 and goes down to 2628. And the project identifier is M, as in Mary, 3950. And then there's another number. And then there's a column that includes the letters Z and B. Do you see that?
A Yes, I do.
Q It's my understanding that in the initial disclosures ZB is identified as a non-productive time allocation. I believe it is on Page M, as in Mary, 1.
A Yes. I see that.
Q Okay, what is the non-productive time allocation?
A I guess to frame these entries, if you look at the description there, it says adjust charges. PA88022 to M395022. Again, one of the people I mentioned I talked to was Tom Keefe. He is still at Millstone. He was in the project controls group, about this time. And these entries are adjustments he made. They changed the numbering scheme on their projects from that PA number to the

Page 123

M number. He indicated that, at that point in time, they may have also changed their accounting system, so this was an adjustment moving charges from an old number into a new number.
Q What charges. What are the charges --
A The charges that were accumulated in that PA88022 project number.
Q Right. But what are those -- I mean, what charges are those, that were accumulated in that PA number? What are the costs?
A Just, again, going on the basis of the -- the resource type, the ZB being the non-productive time allocation, it was the way that they -- in that prior project, the piece of non-productive time that had been allocated to the project, based on the -- probably the employees that had charged to the project.
Q What is non-productive time? First of all, generally, what is non-productive time? And then I'd like to talk about what it was in the context of the MIBS recording ID here. So

Page 124

what is non-productive time?
A The way we used it, the concept of non-productive time, it's time that you're not at work. You're on vacation. Sick leave. Holidays. Items like that. It's time off that the company pays you for.
Q Okay.
A And I -- the description, I believe, is the same for the MIBS data. I haven't talked to anyone that offered any kind of different classification of what that was. It was the same type of time.
Q Is it, like, for example, I receive a certain number of vacation days a year from my employer, and, so, every year, I get that same set amount. Is this non-productive time similar to that? Is it a constant amount for every employee or does it change?
A It depends -- as far as vacation time -- it depends on years of service. Typically, with Dominion, the longer you're here, the more vacation time they give you. Holidays, usually,

Page 125

everyone gets the same holidays and sick leave.
Q I guess what I'm asking is: Is the non-productive time charged to the system when an employee takes a day of vacation? Or does the non-productive time get charged into the system automatically because an employee is entitled to ten days of vacation?
A The employee, at the beginning of the year, has a number of days of vacation. If, you know, on October 5th they take a day of vacation, they record a day of vacation on October 5th, and reduces their total allowance by a day.
Q So it's just the cost of the days that are actually taken that are included in this adjustment?
A Again, I don't know specifically in this. Again, with Dominion, how we have done it in our system, it's kind of carrying into one of the other items on the calculation of rates, but it's included as part of an employee's activity rate that they used to charge projects.

# Wesley Jenkins

Page 126

Q So are -- okay, so are these charges -- and when I say these charges, I'm talking about the charges identified on Page 929148 of Exhibit 19: Are these charges then reclassifying non-productive time to the M395022 project from a different project?

A Right. And the -- you know, the different project was the PA88022 That was the prior project that the charges were in, and they changed the numbering scheme for their project. Or, again, the person I talked to indicated they may have changed accounting systems somewhere in that window, and this was the journal entry they posted to move those charges into the new project.

Q And what project was the PA88022 project?

A Again, it was related to the work they were doing to the Millstone three rack. They just changed the project number designation.

Q At what point in time was that change made?

A Looking at the date in the

Page 127

report, April of '95 is when the adjustment was made.

Q So is this -- is the non-productive time, is that, in fact, an overhead? Is there an overhead in the MIBS system for non-productive time?

A It has that resource type for non-productive time, but you can see the only charges to it are this adjustment that was posted. This journal entry adjustment.

Q I guess what I'm trying to determine is if these -- are these costs associated with the non-productive time for employees who were working on the Millstone three rack project?

A Yes.

Q Okay.

A Again, if you -- I was flipping through here. If you look at Bates Page 29103, you'll see a group of additional charges with that same description. And that --

Q Can you point me to where -- which line number you're looking at?

Page 128

A It's line 662 through 673. They all have that same description on it.

Q The change from PA88022, is that the description you're talking about?

A That's correct.

Q Non-productive time, is it recorded in the same way as some of the other overheads that we have been talking about? Is all of the non-productive time for the entire Millstone -- or Northeast Utilities, I guess, at that site, included into a large pool of costs and then it's allocated to employees?

A I don't know if that was the way they did it.

Q Would Mr. Keefe know that?

A It's possible. I didn't get into a great deal of detail on this non-productive cost code.

Q So other than what you've just told me, what else do you know about this particular non-productive cost code of ZB?

A That would be it.

Page 129

Q Okay.

A What we've discussed.

Q Okay. I don't believe we see this allocation -- this non-productive time allocation any where else, other than in this MIBS rack context. Should I expect to see that any where else?

A I agree that's the only place I've seen it in the MIBS report, is this one right here. If you go back to the CAFR reports, I believe in the CAFR reports it breaks out all those different labor components, as well. And, again, my guess would be -- again, since he indicated that they were moving from one accounting system to MIBS, that possibly their old accounting system broke all of those pieces separately, so when he did the adjustment, he listed them separately.

Much like, you know, CAFR lists out all those labor components separately; your monthly payroll, your semi-monthly payroll and then has all the different benefits. But, you know, in SAP and in MIBS, it kind of -- it lumps all of that

# Wesley Jenkins

Page 130

together as just labor charges. It doesn't break them out separately.
Q So did Mr. Keefe have an idea whether this was a labor charge or an overhead allocation?
A Again, non -- the way we have defined non-productive, it's the cost of the employee -- the employees' costs when they are taking vacation or out sick.
Q Right. But those costs could either be charged directly in terms of labor, or it could be allocated by a pool cost, right? It could be done both ways?
A I'll frame an SAP. An SAP, you can't change non-productive time directly to a project, so it's included as part of the fully loaded rate that we use in SAP. And, again, I didn't get into all the specifics with Mr. Keefe, but it looks like this prior to MIBS accounting system, he indicated that it came from -- it separated those two pieces out separately. It was the non-productive allocation associated with the

Page 131

hours that were -- the employee's time that was directly charged to the project.
Q So it looks to him, and then to you, that this non-productive time for MIBS was an allocation of an overhead assigned to direct labor charges; is that right?
A Right. Yeah. If you classified, like I said, the non-productive is kind of an employee overhead cost And that would be a way to look at it.
Q So does anybody know how this pool cost came about? Or what costs went into it? For MIBS, not for SAP?
A I was just -- generally, in SAP, the way we've done it is, we looked at -- you know, we look at total hours that an employee charges and how much -- what ratio of that is non-productive. I would suspect that it was a similar process in their accounting system. You looked at what portion of your total hours were non-productive type of hours and that was the percentage that they used.
Q That's your suspicion. Is that

Page 132

from what Mr. Keefe believed? Or are you just making -- I'm not picking on you. I just need to know: Is that what MIBS did --
A That's my suspicion, based on how, you know, generally, these accounting systems all work kind of similarly.
Q Okay. So, I mean, is it fair to say then that part of this MIBS claim is for vacation time? As a vacation time included in the claim?
A Vacation time is part of the cost of having an employee. So it's -- it's part of the labor cost of the employee.
Q So how do you know these costs are related to employees who were working on the Millstone rack project?
A Again, it's -- again, I mean, these charges, typically, the way all overheads and surcharges work, it's allocated based on the actual charges to the project. You come up with a percent to use, and then you look at the direct charges and apply that percent to the direct charges.

Page 133

Q That's, typically, how it's done, right?
A Typically, yes.
Q Let's go through some of these other -- you can keep Exhibit 19 in front of you.
A Okay.
Q If you turn to 29149. Which was, actually, I think, the very next page from what we were on. I believe this is the -- excuse me. I'll wait until you get there.
A I think I got the pages out of order.
Q Take your time.
MR. BESSETTE: If we are going to spend a lot of time on this report --
MS. DONAHUE: Why don't we go off the record.
NOTE: Whereupon the parties went off the record, at this time.
BY MS. DONAHUE:
Q Just before our lunch break, we were turned to page Bates numbered -- excuse me.

# Wesley Jenkins

Page 134

29149 of Exhibit 19. Are you turned to that page?
A Yes, I am.
Q Beginning at the top of that page, is -- beginning with line 2630. And there is a type description of Z, as in zebra, E. Do you see that?
A Yes, I do.
Q And if I cross-reference with the Plaintiffs' damage disclosure at Page M1, ZE appears to be the payroll benefit allocation. Do you see that?
A Yes, I do.
Q What is the payroll benefit allocation?
A Payroll benefits, that's the employee benefits. Benefits paid to an employee, like, health insurance and things like that. That the company pays on behalf of the employee.
Q Now, for Dominion Virginia, VEPCO, the labor rates for employees are fully loaded, meaning those benefits are included in the labor rate; is that right?

Page 135

A That's correct.
Q Now, for Millstone, prior to the sale from Northeast Utilities to Dominion, how -- were the labor rates loaded?
A Again, with -- with -- if you look at this group of charges, the ZE charges, you'll see, again, there are several lines in there related to adjust charges from the PA project to the M3 project. That's part, again, of the -- those adjustments that were done when they had prior a project number. And two-thirds of the charges in that account are related to that adjustment. And the rest, again, just looking at the data, was all posted in January of 2000. And it's a rather small amount of money, so it -- I'm not sure why those particular entries were listed separately. Like I said, we're only looking at, maybe, $3,000 in total.
Q So the fact that it's a small amount of money, does that indicate to you what these charges are for?
A Like I said, I don't know why here it was called out separately at the period in

Page 136

time. When you look at the MIBS data, the stuff in the labor resource types, from discussions I had with the folks at Millstone, Mr. Nunez and Mr. Keefe, that those rates were fully loaded. And, again, this payroll benefits entry that was in January 2000, we weren't really sure why that was called out separately.
Q But these are, in fact -- you are sure then that these entries are, in fact, payroll benefits for the employees who worked on the Millstone three rack project?
A Based on, you know, having worked with the financial systems, I have no reason to believe that it's not related to the payroll benefits for the employees.
Q You're basing that on your work with the MIBS system?
A My work with Dominion. My professional experience of working with Dominion's financial systems.
Q Okay, do you have any experience with the MIBS system?

Page 137

A I have not worked directly with the MIBS system.
Q What about your experience with financial systems allows you to -- or leads you to believe that these benefits that are charged, in this Exhibit 19, are, in fact, the payroll benefits for the employees who worked on the Millstone three rack project?
A Again, I know it's employees that -- Dominion employees, because we don't pay benefits to non-Dominion employees. I mean, that's part of the contract price we pay them, so, again, it's related to Dominion employees. And the way that all the financial systems that I work with, the benefits follows the employee charges. Where they charged, the benefits are carried with that employee.
Q You said Dominion employees, were these employees Northeast Utilities employees, at the time?
A Correct. They were Northeast Utilities employees.

# Wesley Jenkins

Page 138

Q So when it was -- I'm sorry. I'm flipping to Page M1 of the Plaintiffs' disclosures. It's called a payroll benefit allocation. Is this then not an allocation? It's called an allocation in the disclosures, but from your testimony, I'm wondering if it is, in fact, an allocation?

A Yeah The benefits generally are allocated based on the amount of time employees charge to a project.

Q Okay. But the -- but the labor was fully loaded at Millstone for Northeast Utilities; is that right?

A Right.

Q If the labor is fully loaded, is there also a payroll overhead that goes with the labor rates?

A Again, the people I talked to in looking at this, we could not -- we did not know why, in this -- like I said, it was all in January of 2000, why there was this extra payment. It was some kind of allocation adjustment related to

Page 139

employee benefits. It, you know, was based on, you know, the data and financial system. I's -- it was posted to the project, and, like I said, why, in that period, January of 2000, it did it that way, no one really knew why.

Q Just to wrap things up, this is, as far as you know, just a one off adjustment, but that the labor rates at Millstone were fully loaded otherwise?

A Correct. Based on my experience and the people I talked to, it was just the one-time adjustment of some sort.

Q Okay. Let's go to Page 29150, which is the next page. On 29150, at the top of the page, there is a charge amount labeled as ZF. And if I cross-reference that number with the information on Page M1 of the Plaintiffs' damage disclosures, I see that that is a general service company overhead allocation. Do you see that?

A Yes.

Q What is a general service company overhead?

Page 140

A This allocation, and the next couple ones, the ZI, the ZJ and I think there's a ZL, were all related, at the time, NU had a corporate office similar to the relationship with Innsbrook, with North Anna and Surry, and this was the means by which they allocated that corporate office charges to the station or the stations that they had. The business entities, whatever they had, at the time.

Q Okay. These, the next three, you mentioned, I think, ZF, ZI and ZJ, are those the three you mentioned?

A Yes.

Q Those are true overheads as opposed to accounting adjustments; is that right?

A That is my understanding, yes

Q Okay. So are these corporate overheads in the MIBS system similar to -- I think it was called the billing A and G surcharge that we discussed in the SAP system?

A Yes. It's similar to that.

Q So what type of costs were --

Page 141

well, strike that. Let me back up.

How did, I guess it was Northeast Utilities, at the time, record and allocate these costs that are being allocated in these overheads?

A Again, it was a similar process to the way Dominion does overheads. They, you know, looked at the pool of costs at that corporate center and allocated it based on how they supported their different business entities.

Q So similar to what we discussed this morning, there is a pool of costs. A rate is determined based on estimated budgets; is that right?

A Correct.

Q And then the rate is applied to the pool of costs to determine how much of those costs are allocated to each project; is that accurate?

A Correct. That rate is applied to the direct charges to the entity, or whatever, to allocate that pool to the projects and to the

# Wesley Jenkins

Page 142

stations in general.

Q What is the difference between what you said and what I said? I said the rate is applied to the pool of costs. And you said the rate is applied to the direct charges. What is the difference that you're making?

A I don't know if we might be thinking the same thing, just looking at it differently. We have the pool of costs. And then we look at the ratio of that pool of costs to the entity's direct costs to come up with the rate. And then we have that rate, whatever that rate is. Then you look at the entity's direct charges to the project, it looks at total direct charges times that rate to get the overhead.

Q I see. The total direct charges multiplied by the rate to determine how much of the pool of overhead costs is applied to the project?

A That is correct.

Q The light just went on in my head. Okay. So general service company overhead, I realize these are corporate costs, but,

Page 143

specifically, what type of corporate costs were recorded with that overhead?

A Again, I don't know the specific pools. No one I talked to at Millstone had the data on what those pools were. You know, they used these, basically, four general categories to break it down. You know the E and S was engineering and supervision; your engineering type of functions. The AS and E was administrative support and expenses. And then you have the general and the shared cost allocations were kind of all the other items that didn't fall into one of those two categories.

Q The AS and E appears to be a monthly overhead, if you look at Page 29152. Was the AS and E overhead, in fact, applied monthly?

A It appears to be. If it was sorted by date, it would be easier to tell. It looks like some months have multiple entries. But, generally, the way overhead processes work is at the end of the month, when you've identified all your direct charges to a project, that's when the

Page 144

overhead processes kick in so that it has the direct charges to apply that rate to.

Q Okay. So you said generally, so is that how Dominion --

A That's how Dominion does it.

Q Okay. Do you remember, when we were discussing the policy manual from 1993 with respect to capital overheads in the CAFR system, and there was a statement that indicated that there must be a verifiable relationship between the overhead costs and the capital project. Do you recall that statement?

A Yes, I do.

Q With respect to the Millstone costs, what then is the verifiable relationship between these overhead pool costs and the -- and then the Millstone rack project?

A Again, I believe it would be similar to -- the same explanation we had for the Dominion systems. I haven't -- don't have access to, haven't seen any of NU's specific policies on governing this, but it would be -- I would suspect,

Page 145

again, based on my experience, my professional judgment, that the allocations would be done in a similar method that you identify your pool of costs and who they are supporting, and allocate their time accordingly.

Q Okay. I realize that in terms of accounting for the costs associated with -- these costs associated with the overheads, that as an accounting matter, that's how they are accounted for. But in terms of -- of putting together the claim for damages, what is the verifiable relationship between these pools of costs that we've been talking about with respect to the overheads and the claim?

A The verifiable relationship is that it was charged to the project. That there are controls in place to -- to make sure that the cost doesn't get here unless it's been properly reviewed. And it's the financial records of the company. It's been audited. It's our actual costs that we've recorded against this project.

Q You said there were controls in