**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| **DOMINION RESOURCES, INC.,**<br>**DOMINION NUCLEAR CONNECTICUT, INC.,**<br>Plaintiffs,<br>v.<br>**UNITED STATES OF AMERICA,**<br>Defendant. | Case No. 04-83C<br>Judge Bruggink |
| **DOMINION RESOURCES, INC.,**<br>**VIRGINIA ELECTRIC AND POWER COMPANY,**<br>Plaintiffs,<br>v.<br>**UNITED STATES OF AMERICA,**<br>Defendant. | Case No. 04-84C<br>Judge Bruggink |

**LIST OF WITNESSES**

Pursuant to the Court's February 27, 2008 Order and Appendix A, ¶15(a) of the Rules of the United States Court of Federal Claims, Plaintiffs in Case No. 04-83C, Dominion Resources, Inc., and Dominion Nuclear Connecticut, Inc., and plaintiffs in Case No. 04-84C, Dominion Resources, Inc. and Virginia Electric and Power Company (also d/b/a "Dominion Virginia Power") (collectively referred to for these purposes as "Dominion"), respectfully submit the

following list of witnesses that may be called for their case-in-chief at trial. Plaintiff presently expects those witnesses marked with an asterisk to testify at trial.

Plaintiffs reserve the right to call witnesses not listed below for impeachment or rebuttal if the need arises. Plaintiffs also reserve the right to call any witness listed on Defendant's witness list. Finally, Plaintiffs anticipate moving, pursuant to Paragraph 15(b) of Appendix A of the Rules, for leave to present certain limited substantive evidence by way of deposition testimony, and respectfully reserve the right to seek supplementation of this list should such leave be denied, or if additional witnesses are necessary to overcome government objections to the admission of government documents.

Lake H. Barrett

Mr. Barrett will testify to issues related to his work for the Department of Energy. Mr. Barrett will testify to issues related to his understanding of the obligations imposed on the federal government under the Nuclear Waste Policy Act and the Standard Contract. Mr. Barrett also will testify to issues related to the primary objectives and goals of the spent nuclear fuel disposal program, and the development of an acceptance rate schedule for that program. Mr. Barrett is expected to testify on direct examination for approximately one hour.

Kerry L. Basehore*

Mr. Basehore is Director, Nuclear Analysis and Fuel, at Dominion. Mr. Basehore will testify about management of projects, including spent nuclear fuel projects, at Dominion. Mr. Basehore is expected to testify on direct examination for approximately one hour.

Tom Alan Brookmire*

Mr. Brookmire is Supervisor, Nuclear Engineering, in the Nuclear Spent Fuel Group at Dominion. Mr. Brookmire will testify about management of spent nuclear fuel at Dominion

including the projects underlying Dominion's damages claim. He will also testify how DOE's breach affected Dominion's management of spent fuel. Mr. Brookmire is expected to testify on direct examination for approximately three hours.

Alan Brownstein

Mr. Brownstein will testify to issues related to the Department of Energy's spent nuclear fuel disposal program. Specifically, Mr. Brownstein will testify to issues related to the primary objectives and goals of the spent nuclear fuel disposal program, and the federal government's obligations and duties under the Nuclear Waste Policy Act and the Standard Contract. Mr. Brownstein also will testify to issues related to the development of a spent fuel acceptance schedule under the Standard Contract. Mr. Brownstein is expected to testify on direct examination for approximately one hour.

Billy M. Cole

Mr. Cole will testify to issues related to his work as a technician and engineer with Pacific Northwest Laboratory and his duties for the Department of Energy. Specifically, Mr. Cole will testify to issues related to the development of the acceptance rate schedule for the Monitored Retrievable Storage facility and the spent nuclear fuel disposal program. Mr. Cole also will testify to issues related to the primary objectives and goals of the spent nuclear fuel disposal program. Mr. Cole is expected to testify on direct examination for approximately one hour.

<u>John D. Dakers</u>*

Mr. Dakers is a Project Manager at Dominion. Mr. Dakers will testify about the decision to upgrade the Millstone Unit 2 and 3 cranes. Mr. Dakers is expected to testify on direct examination for approximately one hour.

<u>Lee O. Hill</u>*

Mr. Hill is a Nuclear Fuel Procurement Engineer at Dominion. Mr. Hill will testify about Dominion's administration of the Standard Contract. Mr. Hill is expected to testify on direct examination for approximately one hour.

<u>Wesley Allen Jenkins</u>*

Mr. Jenkins is a Senior Control Specialist in the New Plant Licensing Project group at Dominion. He will testify about how financial records are kept at Dominion and how the financial data underlying Dominion's Initial Disclosure of Claimed Damages was compiled. Mr. Jenkins will also testify about specific costs disputed by the government. Mr. Jenkins is expected to testify on direct examination for approximately two hours.

<u>Lee D. Katz</u>*

Mr. Katz is the Controller for Dominion Generation. Mr. Katz will testify regarding Plaintiffs' overhead costs and other financial practices and procedures. Mr. Katz is expected to testify on direct examination for approximately one hour.

<u>Michael J. Lawrence</u>*

Mr. Lawrence will testify to issues related to his duties and responsibilities as former Director of the Office of Civilian Radioactive Waste Management. Mr. Lawrence will testify to issues related to his understanding of the obligation imposed on the federal government under the Nuclear Waste Policy Act and the Standard Contract. Mr. Lawrence will testify to issues related

to the primary objectives and goals of the spent nuclear fuel disposal program. Mr. Lawrence is expected to testify on direct examination for approximately one hour.

Patrick McDuffie

Mr. McDuffie will testify to issues related to his work and duties as a technician and engineer with Battelle. Specifically, Mr. McDuffie will testify to issues related to the development of the acceptance rate schedule for the spent nuclear fuel disposal program. Mr. McDuffie also will testify to issues related to the primary objectives and goals of the spent nuclear fuel disposal program. Mr. McDuffie is expected to testify on direct examination for approximately one hour.

Ron Milner

Mr. Milner will testify to issues related to the Department of Energy's spent nuclear fuel disposal program. Specifically, Mr. Milner will testify to issues related to the primary objectives and goals of the spent nuclear fuel disposal program, and the federal government's obligations and duties under the Nuclear Waste Policy Act and the Standard Contract. Mr. Milner also will testify to issues related to the development of a spent fuel acceptance schedule under the Standard Contract. Mr. Milner is expected to testify on direct examination for approximately one hour.

Robert L. Morgan*

Mr. Morgan will testify to issues related to his duties and responsibilities as former Director of the Office of Civilian Radioactive Waste Management. Mr. Morgan will testify to issues related to his understanding of the obligation imposed on the federal government under the Nuclear Waste Policy Act and the Standard Contract. Mr. Morgan will testify to issues related to the development of the DOE's Mission Plan, and issues related to the primary objectives and

goals of the spent nuclear fuel disposal program. Mr. Morgan is expected to testify on direct examination for approximately one and a half hours.

<u>Luis L. Nunez, Jr.</u>*

Mr. Nunez is Project Manager in Nuclear Licensing and Operation Support at Dominion. He will testify about how financial records are kept at Dominion and how the financial data underlying Dominion's Initial Disclosure of Claimed Damages was compiled. Mr. Nunez will also testify about specific costs disputed by the government. Mr. Nunez is expected to testify on direct examination for approximately two hours.

<u>Thomas E. Pollog</u>*

Mr. Pollog will testify to issues related to his duties as an engineer in the Office of Waste Management within the Office of Civilian Radioactive Waste Management. Mr. Pollog will testify to issues related to his understanding of the obligations imposed on the federal government by the Nuclear Waste Policy Act and the Standard Contract. Mr. Pollog will testify to issues related to the primary objectives and goals of the spent nuclear fuel disposal program, and the development of an acceptance rate schedule for that program. Mr. Pollog is expected to testify on direct examination for approximately one hour.

<u>Robert Roselli</u>

Mr. Roselli will testify to issues related to the Department of Energy's spent nuclear fuel disposal program. Specifically, Mr. Roselli will testify to issues related to the primary objectives and goals of the spent nuclear fuel disposal program, and the federal government's obligations and duties under the Nuclear Waste Policy Act and the Standard Contract. Mr. Roselli also will testify to issues related to the development of a spent fuel acceptance schedule under the

Standard Contract. Mr. Roselli is expected to testify on direct examination for approximately one hour.

Michael J. Rutkoske*

Mr. Rutkoske is a former consultant for Dominion. Mr. Rutkoske will testify about the development and implementation of the dry fuel storage project at Millstone. He is expected to testify on direct examination for approximately two hours.

Marvin Lee Smith*

Marvin Smith is Project Director in the New Plant Licensing Project group at Dominion. Mr. Smith will testify about Dominion's intent when it contracted with DOE for disposal of spent nuclear fuel and high level waste. Mr. Smith is expected to testify on direct examination for approximately one and a half hours.

Victor W. Trebules, Jr.*

Mr. Treblues will testify to issues related to his understanding of the obligation imposed on the federal government under the Nuclear Waste Policy Act and the Standard Contract. Mr. Treblues will testify to issues related to the primary objectives and goals of the spent nuclear fuel disposal program, and the development of an acceptance rate schedule for that program. Mr. Trebules is expected to testify on direct examination for approximately one and a half hours.

Scott Vance

Mr. Vance will testify to issues regarding his duties and responsibilities at Pacific Northwest National Laboratory. Specifically, Mr. Vance will testify to issues related to the development of the acceptance rate schedule for the spent nuclear fuel disposal program. Mr. Vance also will testify to issues related to the primary objectives and goals of the spent nuclear

fuel disposal program. Mr. Vance is expected to testify on direct examination for approximately one hour.

Brian Harold Wakeman*

Mr. Wakeman is an Engineer III in the Nuclear Spent Fuel Group at Dominion. Mr. Wakeman will testify about handling, storage, and management of spent nuclear fuel at Dominion including the projects underlying Dominion's damages claim. He will also testify how DOE's breach affected Dominion's management of spent fuel. Mr. Wakeman is expected to testify on direct examination for approximately five hours.

Carl Whitaker*

Mr. Whitaker is a Senior Nuclear Engineer at Dominion. Mr. Whitaker will testify about spent fuel storage projects at Millstone including the Inter-Unit Transfer Project and the Millstone 3 Rack project. Mr. Whitaker will also testify about the decision to upgrade the Millstone Unit 2 and 3 cranes. Mr. Whitaker is expected to testify on direct examination for two hours.

David K. Zabransky*

Mr. Zabransky will testify to issues related to his duties as a nuclear utility specialist in the Office of Waste Management within the Office of Civilian Radioactive Waste Management. Mr. Zabransky will testify to issues related to the primary objectives and goals of the spent nuclear fuel disposal program, and the development of an acceptance rate schedule for that program. Mr. Zabransky is expected to testify on direct examination for approximately one hour.

Respectfully submitted,

s/ Brad Fagg

Brad Fagg
MORGAN, LEWIS & BOCKIUS, LLP
1111 Pennsylvania Avenue, NW
Washington, DC 20004
Telephone: (202) 739-5191
Facsimile: (202) 739-3001

Attorneys for Plaintiffs

Of Counsel:

Paul M. Bessette
D. Bruce McPherson
MORGAN, LEWIS & BOCKIUS, LLP
1111 Pennsylvania Avenue, NW
Telephone: (202) 739-3000
Facsimile: (202) 729-3001

March 24, 2008

**CERTIFICATE OF SERVICE**

I, Brad Fagg, hereby certify that on this 24th day of March, 2008, a copy of the foregoing Plaintiff's List of Witnesses was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Brad Fagg