IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| DOMINION RESOURCES, INC., and<br>VIRGINIA ELECTRIC & POWER COMPANY,<br><br>Plaintiffs,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | No. 04-0084<br>(Judge Bruggink) |

| | |
|---|---|
| DOMINION RESOURCES, INC., and<br>DOMINION NUCLEAR CONNECTICUT, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | No. 04-0083<br>(Judge Bruggink) |

DEFENDANT'S UNOPPOSED MOTION FOR ONE-DAY ENLARGEMENT OF TIME TO RESPOND TO "PLAINTIFFS' NOTICE OF DEPOSITION AND TRIAL TESTIMONY DESIGNATIONS OR, ALTERNATIVELY, MOTION FOR LEAVE TO ADMIT PRIOR TESTIMONY INTO EVIDENCE"

Pursuant to Rule 6(b)(1) of the United States Court of Federal Claims, defendant, the United States, respectfully requests a one-day enlargement of time, to and including April 4, 2008, to respond to "Plaintiffs' Notice of Deposition and Trial Testimony Designations or, Alternatively, Motion for Leave to Admit Prior Testimony into Evidence." This is our first request for an enlargement of time for this purpose. Currently, the deadline for responding to

plaintiffs' filing is April 3, 2008. This request does not affect the other pretrial deadlines set by the Court. Counsel for plaintiffs has stated that plaintiffs do not oppose this request.

Plaintiffs' notice and motion contemplate the designation of prior deposition and trial testimony by seven individuals. Provided over the course of 24 days, this testimony occupies approximately 90 transcript pages. The Government has been working diligently to respond to plaintiffs' notice and motion. To do so, however, has necessitated a careful review of all of the proffered testimony; consideration of an appropriate response; identification of objections to the testimony, where appropriate; and separate identification of proposed counter-designations for the Court's consideration. As a result of this tedious process, we have been unable to finalize our responsive filing by April 3, 2008, although we currently are quite close to doing so.

Meeting the present deadline has been further complicated by our simultaneous commitments in other active spent nuclear fuel cases. The Government attorney team assigned to this case also is assigned to Carolina Power & Light Co., et. al. v. United States, No. 04-37C (Fed. Cl.); Southern California Edison Co. v. United States, No. 04-109C (Fed. Cl.); and Arizona Public Service Co. v. United States, No. 03-2832C (Fed. Cl.), all of which have required our involvement in the months of March and early April, 2008. Counsel for plaintiffs here also is attorney of record in these cases. Throughout March 2008, the parties have been engaged in discovery in Arizona Public Service, and we spent last week in Arizona on depositions. Moreover, closing arguments are scheduled for tomorrow, April 4, 2008, in Carolina Power. Enlarging by one day the time for us to respond to plaintiffs' notice will allow us an adequate opportunity to complete our review of plaintiffs' proposed designations and to provide a comprehensive response.

For the foregoing reasons, defendant respectfully requests that the Court grant our request for a one-day enlargement of time, to and including April 4, 2008, to respond to plaintiffs' notice of deposition and trial testimony designations.

Respectfully submitted,

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Harold D. Lester, Jr.
HAROLD D. LESTER, JR.
Assistant Director

s/Lisa L. Donahue by s/Scott Slater
LISA L. DONAHUE
Trial Attorney
U.S. Department of Justice
Civil Division
Commercial Litigation Branch
1100 L Street, N.W.
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
Tel: (202) 353-9498
Fax: (202) 307-2503

OF COUNSEL:

JANE K. TAYLOR
Office of General Counsel
U.S. Department of Energy
1000 Independence Ave., S.W.
Washington, D.C. 20585

ALAN LO RE
Senior Trial Counsel

ANDREW P. AVERBACH
CHRISTOPHER J. CARNEY
SCOTT SLATER
Trial Attorneys
Civil Division
Department of Justice
1100 L Street, N.W.
Washington, D.C. 20530

April 3, 2008

Attorneys for Defendant

CERTIFICATE OF FILING AND SERVICE

I hereby certify that on this 3rd day of April 2008, a copy of the foregoing "DEFENDANT'S UNOPPOSED MOTION FOR ONE-DAY ENLARGEMENT OF TIME TO RESPOND TO "PLAINTIFFS' NOTICE OF DEPOSITION AND TRIAL TESTIMONY DESIGNATIONS OR, ALTERNATIVELY, MOTION FOR LEAVE TO ADMIT PRIOR TESTIMONY INTO EVIDENCE" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Scott Slater