# APPENDIX

# Index to the Appendix

ATTACHMENT A:

Defendant's Objections To Plaintiffs' Designations And Defendant's Counter-Designations . . . . . . . . . . 1

ATTACHMENT B:

Transcripts of Counter-Designated Testimony . . . . . . . . . . 15

**ATTACHMENT A**

DEFENDANT'S OBJECTIONS TO PLAINTIFFS' DESIGNATIONS
AND DEFENDANT'S COUNTER-DESIGNATIONS

**GUIDE TO OBJECTIONS**

| **OBJECTION** | **MEANING** |
|---|---|
| FOUNDATION | QUESTION SEEKS TESTIMONY THAT IS OUTSIDE OF WITNESS'S PERSONAL EXPERIENCE OR OUTSIDE THE SCOPE OF EMPLOYMENT, OR THE WITNESS'S PERSONAL EXPERIENCE HAS NOT BEEN ESTABLISHED |
| LEGAL CONCLUSION | QUESTION CALLS FOR LEGAL CONCLUSION |
| SPECULATION | QUESTION SEEKS INFORMATION EITHER NOT BASED UPON THE WITNESS'S KNOWLEDGE OR EXPERIENCE OR CONCERNS A HYPOTHETICAL |
| BEST EVIDENCE | TESTIMONY CONTAINS EXCERPTS FROM A DOCUMENT OR DISCUSSES A DOCUMENT, THE BEST EVIDENCE OF WHICH IS THE DOCUMENT ITSELF (WHICH MAY NOT BE IN EVIDENCE OR IDENTIFIED AS A TRIAL EXHIBIT) |
| VAGUE | MEANING OF TERMS WITHIN THE QUESTION ARE UNCLEAR |
| RELEVANCE | TESTIMONY IS NOT RELEVANT TO THE ISSUES TO BE DECIDED BY THE COURT |
| HEARSAY | TESTIMONY CONTAINS STATEMENTS MADE BY OTHERS |

**LAKE BARRETT**

Objections:

| **Testimony** | **Objections** |
|---|---|
| | |
| **April 22, 2002 Deposition**<br>51:17-52:17 | Foundation, speculation, vague (as to term "important") |
| 53:16-57:2 | Legal conclusion, foundation, vague |
| 58:13-59:11 | Foundation, speculation |
| 95:10-97:8 | Foundation |
| 116:14-122:6 | Foundation, legal conclusion, vague |
| 198:1-198:10 | Foundation, best evidence, vague (as to "studies") |
| 217:3-217:17 | Foundation, mischaracterizes prior testimony |
| | |
| **April 23, 2002 Deposition**<br>340:17-342:2 | Foundation, speculation |
| 345:4-345:16 | Foundation, speculation |
| 349:8-350:11 | Foundation, best evidence |
| | |
| **April 26, 2002 Deposition**<br>772:4-774-14 | Vague, mischaracterizes prior testimony |
| | |
| **May 8, 2002 Deposition**<br>948:10-949:7 | Foundation, legal conclusion, vague |
| 951:19-953:7 | Foundation, legal conclusion |

| | |
|---|---|
| **May 10, 2002 Deposition**<br>1163:10-1166:7 | Foundation, legal conclusion, best evidence, vague (as to "mission") |
| 1331:7-1331:17 | Foundation |
| 1332:19-1333:16 | Foundation |
| 1334:6-1335:10 | Foundation |
| 1368:10-1369:14 | Foundation |
| 1369:22-1371:14 | Best evidence |
| | |
| **May 14, 2002 Deposition**<br>120:22-121:6 | Foundation |

<u>Counter-Designations</u>:

**April 22, 2002 Deposition**

16:12-16
38:14-15
43:13-49:1
65:10-69:19
80:10-81:1
83:7-84:5
116:14-117:18
120:22-121:21
149:5-150:20
180:16-181:17
194:19-197:22
201:15-203:3
242:16-249:19

**April 23, 2002 Deposition**

399:22-401:3
412:22-413:16
427:14-435:2
442:19-445:5
461:14-465:9

**April 26, 2002 Deposition**

699:6-16
718:12-16
742:14-743:1

**May 8, 2002 Deposition**

939:13-940:8
953:21-955:14
965:2-966:15

**May 10, 2002 Deposition**

1148:22-1151:4
1341:2-1342:14
1347:14-1348:14

**ALAN BROWNSTEIN**

Objections:

| **Testimony** | **Objections** |
|---|---|
| | |
| **April 10, 2002 Deposition**<br>282:5-282:22 | Foundation, best evidence |
| 331:24-333:21 | Best evidence |
| 367:14-368:25 | Legal conclusion |
| 376:22-378:5 | Legal conclusion |
| 411:24-412:21 | Legal conclusion, vague |
| 413:13-414:12 | Foundation |
| | |
| **June 14, 2002 Deposition**<br>423:20-427:4 | Relevance |
| 427:16-428:5 | Vague, relevance |

Counter-designations:

**April 9, 2002 Deposition**

61:16-63:4
88:5-89:8
128:18-136:6

**April 10, 2002 Deposition**

294:7-295:19
388:23-400:21

**April 11, 2002 Deposition**

549:7-14

**May 23, 2002 Deposition**

152:6-156:25
167:4-167:15

**CHRISTOPHER KOUTS**

Counter-designations:

**June 13, 2006 Trial (PG&E)**

2582:21-2629:16

**June 14, 2006 Trial (PG&E)**

2636:19-2734:21
2883:16-2890:4
2892:6-2902:10

**March 29, 2005 Trial (SMUD)**

2120:14-2126:25
2127:16-2133:14

**October 26, 2005 Trial (Southern Nuclear)**

1776:22-1787:24
1788:15-1793:12

**April 12, 2007 Trial (System Fuels)**

3388:22-3392:25

**June 18, 2007 Trial (BECO)**

3539:12-3541:18

**RONALD MILNER**

Objections:

| **Testimony** | **Objections** |
|---|---|
| | |
| **May 1, 2002 Deposition**<br>65:21-65:25 | Relevance |
| 69:14-69:24 | Foundation, mischaracterizes prior testimony |
| 72:21-73:22 | Foundation, best evidence, vague (as to timeframe) |
| 84:17-85:24 | Best evidence |
| | |
| **May 2, 2002 Deposition**<br>334:20-335:11 | Best evidence, relevance |
| | |
| **May 3, 2002 Deposition**<br>412:3-412:22 | Foundation, best evidence, vague |
| 572:25-574:18 | Relevance, speculation, vague |
| | |
| **May 7, 2002 Deposition**<br>31:4-32:11 | Legal conclusion |
| | |
| **August 11, 2004 Trial**<br>4749:16-4750:6 | Relevance, vague (as to term “reasonable”) |

Counter-designations:

**May 1, 2002 Deposition**

27:23-28:6
41:3-17
67:5-69:12
71:21-25
132:2-133:4

**May 2, 2002 Deposition**

300:10-305:22
317:24-318:21
391:13-392:17

**May 3, 2002 Deposition**

552:12-555:6

**May 8, 2002 Deposition**

211:24-216:2

**August 11, 2004 Trial**

4711:23-4716:2
4723:9-4726:10
4735:17-4742:11
4753:11-4754:9
4755:23-4756:12
4760:12-15

**ROBERT ROSSELLI**

Objections:

| Testimony | Objections |
|---|---|
| | |
| **April 15, 2002 Deposition**<br>139:24-140:10 | Legal conclusion, best evidence |
| 147:15-149:17 | Legal conclusion, best evidence, speculation |
| 176:9-176:15 | Best evidence |
| 179:9-181:2 | Best evidence, vague |

Counter-designations:

**April 15, 2002 Deposition**

48:6-17
68:9-71:16
92:16-24
93:20-94:13
135:6-136:23
158:5-162:18

**April 16, 2002 Deposition**

193:25-196:14
263:23-264:6
296:8-300:22

**NANCY SLATER (THOMPSON)**

Objections:

| **Testimony** | **Objections** |
|---|---|
| | |
| **April 21, 1999 Deposition**<br>161:14-162:1 | Foundation, best evidence |
| 163:18-164:22 | Best evidence, vague |
| | |
| **April 22, 1999 Deposition**<br>244:5-246:4 | Foundation |
| | |
| **June 13, 2002 Deposition**<br>94:16-99:6 | Foundation, legal conclusion, best evidence, vague |

Counter-designations:

**April 21, 1999 Deposition**

32:23-33:6
82:10-15
82:19-83:10
106:16-108:10
164:23-165:13
176:11-25

**April 22, 2002 Deposition**

245:17-246:4
251:23-253:10
253:22-254:11
257:23-259:24

**June 13, 2002 Deposition**

87:24-89:21
149:10-153:14

**VICTOR TREBULES**

Objections:

| **Testimony** | **Objections** |
|---|---|
| | |
| **April 17, 2002 Deposition**<br>44:17-45:17 | Foundation, relevance |
| 52:11-54:4 | Foundation, best evidence, speculation |
| 57:15-60:14 | Legal conclusion, best evidence |
| 96:19-101:19 | Foundation, best evidence |
| 104:2-107:6 | Best evidence, speculation |
| 109:18-111:15 | Foundation, best evidence |
| 120:9-124:2 | Best evidence |
| 177:18-178:11 | Vague (as to "accepted spent fuel range") |

Counter-designations:

**April 17, 2002 Deposition**

15:17-16:17
18:18-19:4
42:5-44:17
76:17-77:22
78:1-79:17
84:12-88:6
101:21-103:22
113:18-116:14
122:10-124:18
146:12-148:21
173:2-176:9
180:7-186:22

**April 18, 2002 Deposition**

381:5-382:14

**April 18, 2002 Deposition (Yankee Atomic)**

125:14-127:13

**ATTACHMENT B**

TRANSCRIPTS OF COUNTER-DESIGNATED TESTIMONY