# In the United States Court of Federal Claims

Nos. 04-83C & 04-84C
(Filed: April 8, 2008)

* * * * * * * * * * * * * * * * * * * * * * * * * * *

DOMINION RESOURCES, INC. and
VIRGINIA ELECTRIC and
POWER COMPANY,

*Plaintiffs*,

v.

THE UNITED STATES,

*Defendant.*

* * * * * * * * * * * * * * * * * * * * * * * * * *

PRE-TRIAL ORDER

Pursuant to the pre-trial conference held on April 7, 2008, the following is ordered:

1. Both parties shall file any objections to opposing counsel's witnesses and exhibits on or before Monday, April 14, 2008. Objections based on authenticity are waived if not raised in this filing.

2. Plaintiff shall furnish defendant the order of its witnesses for the first two days of trial no later than Monday, April 28, 2008. Both parties shall exchange the proposed order of other witnesses at least 48 hours prior to the day of testimony.

3. Trial shall commence at 9:00 a.m. on Monday, May 5, 2008 and proceed through Friday, May 16, 2008 at the National Courts Building, 717 Madison Place, N.W., Washington, D.C.

4. Fed. R. Evid. 615 has been invoked. Accordingly, fact

witnesses are excluded, other than an officer or employee of a party designated as its representative by its attorney.

s/ Eric Bruggink
ERIC G. BRUGGINK
Judge