IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| DOMINION RESOURCES, INC., and VIRGINIA ELECTRIC & POWER COMPANY, Plaintiffs, v. THE UNITED STATES, Defendant. | ) | No. 04-0084 (Judge Bruggink) |

| | | |
|---|---|---|
| DOMINION RESOURCES, INC., and DOMINION NUCLEAR CONNECTICUT, INC., Plaintiffs, v. THE UNITED STATES, Defendant. | ) | No. 04-0083 (Judge Bruggink) |

DEFENDANT'S OBJECTIONS TO PLAINTIFFS' EXHIBIT LIST

Pursuant to the Court's April 8, 2008 order, defendant, the United States, provides the following list of objections to the Plaintiffs' List of Exhibits To Be Offered In Evidence At Trial, filed by plaintiffs on March 24, 2008.

Respectfully submitted,

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/Harold D. Lester, Jr.
HAROLD D. LESTER, JR.
Assistant Director

s/Lisa L. Donahue
LISA L. DONAHUE
Trial Attorney
U.S. Department of Justice
Civil Division
Commercial Litigation Branch
1100 L Street, N.W.
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
Tel: (202) 353-9498
Fax:

OF COUNSEL:

JANE K. TAYLOR
Office of General Counsel
U.S. Department of Energy
1000 Independence Ave., S.W.
Washington, D.C. 20585

ALAN LORE
Senior Trial Counsel

ANDREW P. AVERBACH
CHRISTOPHER J. CARNEY
SCOTT SLATER
Trial Attorneys
Civil Division
Department of Justice
1100 L Street, N.W.
Washington, D.C. 20530

April 14, 2008

Attorneys for Defendant

Dominion v. United States, Fed. Cl. 04-0083C, -0084C

Defendant's Objections to Plaintiff's Exhibits

| | Dom Exh. # | Full Name | Bates - Begin | Bates - End | Doc Date | Government Objections |
|---|---|---|---|---|---|---|
| | 0001 | Department of Energy, Report on Fee for Spent Nuclear Fuel Storage and Disposal Services, DOE/SR-0006 | DOM200000001 | DOM200000028 | 10/1/1980 | Relevance (Rule 402) |
| | 0002 | CBO Study, Financing Radioactive Waste Disposal | DOM200000028 | DOM200000084 | 9/1/1982 | Authentication (Rule 901)<br>Relevance (Rule 402)<br>Completeness (Missing pg. DOM20028) |
| | 0003 | Transmittal by R.H. Leasburg of handouts from DOE/Industry Meeting, Nuclear Waste Policy Act of 1982 | DOM00035691 | DOM00035744 | 1/25/1983 | Foundation (Rule 901) |
| | 0004 | Memorandum from Robert Morgan to All Nuclear Waste Policy Act Project Office Personnel regarding Implementation of Nuclear Waste Policy Act of 1982 | EDB0030855; HQZ 19870303.6486.0 001 | EDB0030856; HQZ 19870303.6486.0 002 | 1/28/1983 | Completeness (Missing Attachments)<br>Relevance (Rule 402) |
| | 0005 | Transmittal by W.R Benthall of Draft DOE Contract for Disposal of Spent Fuel and/or High Level Waste | DOM00035892 | DOM00035945 | 2/3/1983 | No Objection |
| | 0006 | Memorandum from D.R. Fishback to W.R Bethall, comments on Draft DOE Permanent Disposal Contract | DOM00070887 | DOM00070887 | 2/8/1983 | No Objection |
| | 0007 | Memorandum from R.H. Leasburg to E.B. Brasfield, regarding DOE Waste Disposal Contract and disposal cost estimates | DOM00036293 | DOM00036294 | 2/14/1983 | Foundation (Rule 901) |
| | 0008 | Memorandum from R.H. Leasburg requesting comments on attached proposed Standard Contract | DOM00036297 | DOM00036350 | 2/14/1983 | No Objection |
| | 0009 | Letter from Darrell G. Eisenhut, NRC, to Power and Non- Power Reactor Licensees, Applicants for an Operating License and Holders of Construction Permits enclosing copy of NWPA Section 302(b) regarding requirement to have license by 6/30/83 | DOM00036281 | DOM00036284 | 2/16/1983 | Foundation (Rule 901) |

Dominion v. United States, Fed. Cl. 04-0083C, -0084C

Defendant's Objections to Plaintiff's Exhibits

| | Dom Exh. # | Full Name | Bates - Begin | Bates - End | Doc Date | Government Objections |
|---|---|---|---|---|---|---|
| | 0010 | Memorandum from L.J. Bradley to W.R. Benthall with comments on Waste Disposal Contract | DOM00071030 | DOM00071030 | 2/24/1983 | No Objection |
| | 0011 | Memorandum from M.L. Smith to W.R. Benthall, comments on Draft DOE/Utility Standard Waste Disposal Contract and marked as Ex. 4 in Smith deposition | DOM00036275 | DOM00036276 | 2/24/1983 | No Objection |
| | 0012 | Letter to Robert Morgan, DOE, from Bernhardt W. Erk, Northeast Utilities, regarding Contract for Disposal of Spent Nuclear Fuel, submitting preliminary comments, marked as Ex. 6 in Wakeman 30(b)(6) deposition), and marked as Ex. 3 in Benthall deposition | ADM00200208<br>ARC0010263 | ADM00200212<br>ARC0010267 | 3/3/1983 | Completeness (Complete Exhibit at DX 25)<br>Foundation (Rule 901)<br>Authentication (Rule 901) |
| | 0013 | Letter from R.H. Leasburg to Robert Morgan, Vepco's Comments on Draft DOE Contract for Disposal of Spent Nuclear Fuel and/or High-Level Radioactive Waste | DOM00034717 | DOM00034719 | 3/7/1983 | Completeness (See DX25) |
| | 0014 | Letter from John J. Kearney, Edison Electric Institute, to Robert Morgan, DOE, submitting comments on the Standard Contract for Disposal of Spent Nuclear Fuel and/or High Level Radioactive Waste | ARC0010325 | ARC0010412 | 3/7/1983 | Completeness (Complete Exhibit at DX0005.34) |
| | 0015 | Letter from R.H. Leasburg to DOE, Administrative Information for DOE Spent Nuclear Fuel Disposal Services Contract | DOM00036270 | DOM00036271 | 3/7/1983 | No Objection |
| | 0016 | "Vepco Program for Interim Storage of Spent Nuclear Fuel," Presented at the Air Fuel Cycle Conference by Marvin L. Smith | DOM00060754 | DOM00060761 | 3/22/1983 | No Objection |

Dominion v. United States, Fed. Cl. 04-0083C, -0084C

Defendant's Objections to Plaintiff's Exhibits

| | Dom Exh. # | Full Name | Bates - Begin | Bates - End | Doc Date | Government Objections |
|---|---|---|---|---|---|---|
| | 0017 | Memorandum from E.R. Smith, Jr. to W.R. Benthall regarding preparation of information necessary to inform NRC of Vepco's status of pursuing agreement with DOE | VAP0002532 | VAP0002532 | 3/25/1983 | No Objection |
| | 0018 | Memorandum from W.R. Benthall to F.M. McGeary regarding open items to be resolved under Standard Contract | DOM00034624 | DOM00034625 | 4/5/1983 | No Objection |
| | 0019 | Letter from W.L. Stewart to Harold Denton, NRC, regarding pursuit of agreement for disposal of high-level radioactive waste and spent nuclear fuel | DOM00069020 | DOM00069020 | 4/8/1983 | Completeness (Missing Attachments) |
| | 0020 | Memorandum from R.H. Leasburg to Distribution regarding Vepco Interim Spent Fuel Storage Plan | DOM00035745 | DOM00035793 | 4/13/1983 | Foundation (Rule 901)<br>Authentication (Rule 901) |
| | 0021 | Memorandum from LJ. Bradley to W.R. Benthall, comments of Contracts Department on Standard Contract | DOM00071029 | DOM00071029 | 4/28/1983 | Completeness (Missing Attachments)<br>Foundation (Rule 901) |
| | 0022 | Statement of Robert Morgan before the Subcommittee on Energy Research and Development Committee on Energy and Natural Resources - U.S. Senate | EDB0020463 | EDB0020481 | 5/2/1983 | Hearsay (Rules 801, 802) (Marginalia)<br>Authentication (Rule 901) (Marginalia) |
| | 0023 | DOE/S-0020, Report on Financing the Disposal of Commercial Spent Nuclear Fuel and Processed High-Level Radioactive Waste | PNL0282011 | PNL0282065 | 6/1/1983 | Relevance (Rule 402) |
| | 0024 | DOE Disposal Contract Info and marked as Ex. 93 in Wakeman deposition and Ex. 11 in Benthall deposition | DOM00034583 | DOM00034584 | 6/2/1983 | Completeness (Complete Exhibit at DX0037) |

Dominion v. United States, Fed. Cl. 04-0083C, -0084C

Defendant's Objections to Plaintiff's Exhibits

| | Dom Exh. # | Full Name | Bates - Begin | Bates - End | Doc Date | Government Objections |
|---|---|---|---|---|---|---|
| | 0025 | Letter from Robert Morgan to John J. Kearney addressing concerns regarding DOE's standard contract for disposal of spent nuclear fuel | ZAB0011462 | ZAB0011462 | 6/17/1983 | No Objection |
| | 0026 | Transmittal by Thomas S. Keefe, DOE, to W.N. Thomas of executed copy of Spent Fuel Contract DE-CR01-8344423 marked as Ex. 2 in Berryman deposition and Ex. 5 in Smith deposition | DOM00070917 | DOM00070982 | 6/27/1983 | No Objection |
| | 0027 | DOE Contract No. DE-CR-01-83NE44399.000, Contract for Disposal of Spent Nuclear Fuel and/or High-Level Radioactive Waste (Millstone Unit 1) | DOM00029250 | DOM00029327 | 6/30/1983 | No Objection |
| | 0028 | DOE Contract No. DE-CR-01-83NE44467.000, Contract for Disposal of Spent Nuclear Fuel and/or High-Level Radioactive Waste (Millstone Unit 2) | DOM00029328 | DOM00029405 | 6/30/1983 | No Objection |
| | 0029 | DOE Contract No. DE-CR-01-83NE44468.000, Contract Between DOE and Northeast Utilities for Disposal of SNF and/or HLRW (Millstone 3) | DOM00033535 | DOM00033613 | 6/30/1983 | No Objection |
| | 0030 | DOE, Report on Financing the Disposal of Commercial Spent Nuclear Fuel and Processed High-Level Radioactive Waste,DOE/S-0020/1 | DOM200000085 | DOM200000139 | 7/1/1983 | Relevance (Rule 402) |
| | 0031 | Correspondence follow-up sheet from W.C. Counsel to Generation Facilities Licensing regarding DOE letter concerning Information Provided at Pre-proposal Conference on Dry Storage monstration and In-Basin Rod Consolidation Demonstration | DOM00053048 | DOM00053149 | 7/5/1983 | Hearsay (Rules 801, 802)<br>Relevance (Rule 402)<br>Foundation (Rule 901)<br>Illegible |

Dominion v. United States, Fed. Cl. 04-0083C, -0084C

Defendant's Objections to Plaintiff's Exhibits

| | Dom Exh. # | Full Name | Bates - Begin | Bates - End | Doc Date | Government Objections |
|---|---|---|---|---|---|---|
| | 0032 | Memorandum from Richard Williamson of DOE to Distribution regarding Mission Plan Strategy | PNL1731282 | PNL1731288 | 9/15/1983 | Foundation (Rule 901)<br>Relevance (Rule 402)<br>Illegible |
| | 0033 | Letter from Jerry White, Director of DOE, to Director of Pacific Northwest Laboratory, regarding FY 1984 Program Guidance for Nuclear Waste Fund (NWF) Evaluations | PNL0210233 | PNL0210243 | 12/2/1983 | Foundation (Rule 901)<br>Relevance (Rule 402) |
| | 0034 | Draft Civilian Radioactive Waste Management Program Mission Plan - Vol. I | CTR0421065 | CTR0421190 | 12/20/1983 | Completeness (Missing pg. 3-A-40)<br>Relevance (Rule 402) |
| | 0035 | Letter from Robert L. Morgan, Acting Director, Office of Civilian Radioactive Waste Management, to Russell E. L. Stanford, Program Manager Utility, Nuclear Waste Management Group, Edison Electric Institute | SN045165 | SN045166 | 12/20/1983 | No Objection |
| | 0036 | Memorandum from J.F. Fletcher to R. J. Hall regarding Revised Waste Acceptance Schedule from Draft Mission Plan | PNL0230176 | PNL0230196 | 1/24/1984 | Foundation (Rule 901)<br>Relevance (Rule 402)<br>Hearsay (Rules 801, 802) |
| | 0037 | Proceedings of the 1983 Civilian Radioactive Waste Management Information Meeting, December 12-15, 1983 | SN069588 | SN070014 | 2/1/1984 | No Objection |
| | 0038 | Memorandum from R.H. Wakeman regarding request from UNWMG for comments on attached draft 1/5/84 Petition for Rulemaking, marked as Ex. 94 in Wakeman deposition and Ex. 6 in Benthall deposition | VAP0002163 | VAP0002200 | 2/7/1984 | No Objection |
| | 0039 | Statement of Michael J. Lawrence before the House Committee on Energy and Commerce | PNL1730225 | PNL1730264 | 2/22/1984 | Foundation (Rule 901)<br>Relevance (Rule 402) |

Dominion v. United States, Fed. Cl. 04-0083C, -0084C

Defendant's Objections to Plaintiff's Exhibits

| | Dom Exh. # | Full Name | Bates - Begin | Bates - End | Doc Date | Government Objections |
|---|---|---|---|---|---|---|
| | 0040 | DOE/RW-0005 Draft, Volumes I and II of II; Mission Plan for the Civilian Radioactive Waste Management Program | DOM200000140 | DOM200000262 | 4/1/1984 | Completeness (Missing Volume II)<br>Relevance (Rule 402) |
| | 0041 | Final Draft of Preliminary Analysis of the Total System Life Cycle Cost of the Commercial High-Level Radioactive Waste Disposal Program | PNL0201491 | PNL0201652 | 4/27/1984 | Relevance (Rule 402) |
| | 0042 | Memorandum from E. Krinick to R.R. Calabro, Notes on Meeting of the High-Level Waste/Spent Fuel Storage Working Group of UNWMG | DOM00067070 | DOM00067075 | 6/14/1984 | Foundation (Rule 901)<br>Authentication (Rule 901) |
| | 0043 | Nuclear Waste Fund Fee Adequacy Assessment | PNL0211190 | PNL0211198 | 7/1/1984 | Relevance (Rule 402) |
| | 0044 | Letter from Michael J. Lawrence to Ben. C. Rusche regarding Richland Operations Office Comments on Draft Mission Plan Dated April 1984 | 1199 | 1202 | 7/23/1984 | Foundation (Rule 901) |
| | 0045 | Nuclear Waste Fund Fee Adequacy: An Assessment (Introduction and Summary) | HQR0421221 | HQR0421234 | 2/1/1985 | No Objection |
| | 0046 | Analysis of the Total System Life Cycle Cost for the Civilian Radioactive Waste Management Program (Abstract, Table of Contents, and Chapters 1 and 2) | DOM200000263 | DOM200000286 | 4/1/1985 | Relevance (Rule 402) |
| | 0047 | DOE/RW-022, The Need for and Feasibility of Monitored Retrievable Storage - A Preliminary Analysis | DOM200000287 | DOM200000345 | 4/1/1985 | No Objection |
| | 0048 | Mission Plan for the Civilian Radioactive Waste Management Program, Vol. I | HQR0031088 | HQR0031620 | 6/1/1985 | Completeness (Complete Exhibit at DX0049) |

Dominion v. United States, Fed. Cl. 04-0083C, -0084C

Defendant's Objections to Plaintiff's Exhibits

| | Dom Exh. # | Full Name | Bates - Begin | Bates - End | Doc Date | Government Objections |
|---|---|---|---|---|---|---|
| | 0049 | Public Comments on the Draft Mission Plan for the Civilian Radioactive Waste Management Plan, Volume III, DOE/RW-0005 (through page 72, marked as Ex. 9 in Smith deposition | YMP0011397 | YMP0011475 | 6/1/1985 | Completeness (Complete Exhibit at DX0052) |
| | 0050 | Nuclear Waste Fund Fee Adequacy: An Assessment | DOM200001060 | DOM200001076 | 3/1/1986 | Relevance (Rule 402) |
| | 0051 | Analysis of the Total System Life Cycle Cost for the Civilian Radioactive Waste Management Program; DOE/RW-0047 | DOM200000346 | DOM200000443 | 4/1/1986 | Completeness (Missing Document Pages i-iv, 8, 56, 84, 95 and 96)<br>Relevance (Rule 402) |
| | 0052 | Memorandum from Brian Wakeman regarding Surry Spent Fuel Shipments | DOM00034563 | DOM00034563 | 5/20/1986 | No Objection |
| | 0053 | Draft Mission Plan Amendment | HQR0255141 | HQR0255159 | 1/1/1987 | Completeness (Missing Appendices)<br>Relevance (Rule 402) |
| | 0054 | Monitored Retrievable Storage Submission to Congress, Volume I, "The Proposal" | DOM200000444 | DOM200000486 | 3/1/1987 | No Objection |
| | 0055 | OCRWM Mission Plan Amendment, With Comments on the Draft Amendment and Responses to the Comments | DOM200000487 | DOM200000555 | 6/1/1987 | Completeness (Missing Comments, Complete Exhibit at DX0059) |
| | 0056 | OCRWM Annual Capacity Report | DOM00031988 | DOM00032073 | 6/1/1987 | No Objection |
| | 0057 | Memorandum from B.D. Mann to C.T. Snow regarding Standard Contract Meeting on 6/4/87 | DOM00036736 | DOM00036737 | 6/8/1987 | Foundation (Rule 901)<br>Authentication (Rule 901)<br>Hearsay (Rules 801, 802) |
| | 0058 | UNWMG HLW/Spent Fuel Storage Task Force Membership<br>Lists | DOM00032074 | DOM00032080 | 8/5/1987 | Foundation (Rule 901) |
| | 0059 | DOE Letter from Christopher T. Jedrey to S. P. Kraft regarding interpretations, clarifications, amendments to Standard Contract for Disposal of SNF/HLRW | PNL0281142 | PNL0281146 | 10/2/1987 | No Objection |

Dominion v. United States, Fed. Cl. 04-0083C, -0084C

Defendant's Objections to Plaintiff's Exhibits

| | Dom Exh. # | Full Name | Bates - Begin | Bates - End | Doc Date | Government Objections |
|---|---|---|---|---|---|---|
| | 0060 | DOE Annual Capacity Report | | | 6/1/1988 | No Objection |
| | 0061 | DOE Draft 1988 Mission Plan Amendment | DOM200001077 | DOM200001181 | 6/1/1988 | Completeness (Missing Pages 6 and 80) |
| | 0062 | Initial Version, Dry Cask Storage Study, DOE/RW-0196 | DOM00052896 | DOM00052998 | 8/1/1988 | No Objection |
| | 0063 | Memorandum from F.K. Moore to W.L. Stewart, Summary of the 1988 DOE Annual Capacity Report | DOM00036578 | DOM00036581 | 9/9/1988 | Hearsay (Rules 801, 802) |
| | 0064 | DOE Final Version Dry Cask Storage Study, DOE/RW-02 | DOM00052523 | DOM00052885 | 2/1/1989 | No Objection |
| | 0065 | Letter from Carol Rueter of DOE to Tyndall Baucom<br>enclosing fully executed copy of Modification to Contract No. DE-CR0l-83NE44423 | DOM00070904 | DOM00070915 | 3/24/1989 | No Objection |
| | 0066 | Comment Response Document for The Secretary of Energy's "Report to Congress on Reassessment of the Civilian Radioactive Waste Management Program" | HQR0362077 | HQR0362099 | 11/1990 | Hearsay (Rules 801, 802) (Marginalia)<br>Authentication (Rule 901) (Marginalia)<br>Completeness (Missing Appendices) |
| | 0067 | Preliminary Estimates of the Total-System Cost for the Restructured Program | FOI0044063 | FOI0044127 | 12/1990 | Completeness (Missing Pages FOI-004-4064 through 4070, 4072, and 4074 through 4124) |
| | 0068 | Annual Capacity Report | HQR0002486; HQR0012487 | HQR0002608; HQR0012609 | 12/1990 | No Objection |
| | 0069 | Letter to Charles A. Brown from Carol Rueter, DOE, enclosing Draft APR | DOM00036540 | DOM00036541 | 5/15/1991 | No Objection |

Dominion v. United States, Fed. Cl. 04-0083C, -0084C

Defendant's Objections to Plaintiff's Exhibits

| | Dom Exh. # | Full Name | Bates - Begin | Bates - End | Doc Date | Government Objections |
|---|---|---|---|---|---|---|
| | 0070 | Memorandum from J.A.V. Berry to B.H. Wakeman regarding Draft APR and transmitting May 15, 1991 letter from DOE's Carol Rueter | DOM00036539 | DOM00036539 | 5/28/1991 | No Objection |
| | 0071 | Memorandum from B.H. Wakeman to J.A.V. Berry regarding review of DOE Draft APR, with attachments showing errors | DOM00036508 | DOM00036538 | 6/17/1991 | No Objection |
| | 0072 | Letter from C.A. Brown to Carol Rueter, Virginia Power Comments on Draft APR and attachments showing errors | DOM00036542 | DOM00036572 | 6/20/1991 | No Objection |
| | 0073 | United States General Accounting Office, Report to Congressional Requesters, Nuclear Waste: Operation of Monitored Retrievable Storage Facility Is Unlikely by 1998 | HQR0423296 | HQR0423329 | 9/1/1991 | Hearsay (Rules 801, 802)<br>Foundation (Rule 901)<br>Authentication (Rule 901) |
| | 0074 | Annual Capacity Report | HQ0003588650; HQR0020797 | HQ0003588650; HQR0020859 | 12/1/1991 | No Objection |
| | 0075 | 1991 Acceptance Priority Ranking, DOE/RW-0328P, marked as Ex. 98 in Wakeman deposition | CTR0200152 | CTR0200187 | 12/1/1991 | Illegible |
| | 0076 | Letter to Charles Brown from M. Detmer, DOE Enclosing 1991 APR | DOM00029740 | DOM00029741 | 12/30/1991 | No Objection |
| | 0077 | Memorandum from J.A.V. Berry to B.H. Wakeman attaching 1991 APR for review | DOM00029739 | DOM00029739 | 1/14/1992 | No Objection |
| | 0078 | Letter to Charles A. Brown from M. Detmer (DOE) transmitting DCS form and instructions | DOM00036481 | DOM00036490 | 3/4/1992 | No Objection |
| | 0079 | Memorandum from J.A.V. Berry to B.H. Wakeman attaching 3/4/92 letter from DOE to Mr. Charles Brown concerning DCS for spent fuel shipments, marked as Ex. 99 in Wakeman deposition | DOM00036480 | DOM00036480 | 3/9/1992 | No Objection |

Dominion v. United States, Fed. Cl. 04-0083C, -0084C

Defendant's Objections to Plaintiff's Exhibits

| | Dom Exh. # | Full Name | Bates - Begin | Bates - End | Doc Date | Government Objections |
|---|---|---|---|---|---|---|
| | 0080 | Memorandum from Jean McKissick to Ed Murphy regarding DOE Delivery Commitment Schedule | DOM00033867 | DOM00033871 | 9/25/1992 | No Objection |
| | 0081 | Memorandum from J.F. Kinsman/W.R. Koste, Final Report on Spent Fuel Storage Options at the millstone Point Facilities and Appendices | DOM00060659 | DOM00060753 | 12/14/1992 | Hearsay (Rules 801, 802)<br>Foundation (Rule 901) |
| | 0082 | Letter from Beth Tomasoni to E.F. Murphy approving revised DCS, Millstone Unit 1, marked as Ex. 2 in Guerci deposition | COF0350493 | COF0350494 | 3/10/1993 | No Objection |
| | 0083 | Memorandum from W.R. Right to B.H. Wakeman transmitting June 15, 1993 DOE letter concerning DCSs under the Standard Contract | DOM00036463 | DOM00036472 | 7/6/1993 | No Objection |
| | 0084 | Letter from R.M. Berryman to DOE, transmitting attached DCS for Contract No. DE-CR0I-83NE44423, marked as Ex. 100 in<br>Wakeman deposition, and Ex. 3 in Berryman deposition | DOM00036401, 400 and 402 | DOM00036401, 400 and 402 | 9/10/1993 | No Objection |
| | 0085 | Technical Report NE-0948, Rev. 0, Alternatives for Expansion of Interim Spent Nuclear Fuel Storage at the North Anna Power Station, marked as Ex. 102 in Wakeman deposition, Ex. 1 in<br>Berryman, and Ex. 3 in Batalo deposition | DOM00010277 | DOM00010328 | 9/15/1993 | No Objection |
| | 0086 | Letter to R.M. Berryman from Beth Tomasoni, approval of DCS submitted 9/10/93 | DOM00036378 | DOM00036379 | 12/6/1993 | No Objection |
| | 0087 | Memorandum to W.L. Stewart from F.K. Moore regarding EEI-U Waste Executive Committee Meeting (12/07/93) and Steering Committee Meeting (12/08/93) | DOM00036361 | DOM00036368 | 12/17/1993 | Hearsay (Rules 801, 802) |

Dominion v. United States, Fed. Cl. 04-0083C, -0084C

Defendant's Objections to Plaintiff's Exhibits

| | Dom Exh. # | Full Name | Bates - Begin | Bates - End | Doc Date | Government Objections |
|---|---|---|---|---|---|---|
| | 0088 | Technical Report NE-0746, Rev. 1, "Use of New Dry Storage Cask Designs at the Surry Power Station" | DOM00037418 | DOM00037438 | 5/1/1994 | No Objection |
| | 0089 | Memorandum from M.L. Smith to R.M. Berryman regarding Draft Position Statement on Spent Fuel and High Level Radioactive Waste Issues and Ex. 12 in Smith deposition | DOM00031329 | DOM00031333 | 6/7/1994 | Hearsay (Rules 801, 802) |
| | 0090 | Draft Position Statement on Spent Fuel and High Level Radioactive Waste Issues with Transmittal Memorandum from R.M. Berryman | DOM00031118 | DOM00031123 | 6/16/1994 | Hearsay (Rules 801, 802)<br>Authentication (Rule 901) |
| | 0091 | Memorandum from M.L. Smith to R.M. Berryman, regarding Recommendations to Replace DOE as Manager of the High Level Waste (HLW) Program | DOM00044216 | DOM00044217 | 7/13/1994 | Hearsay (Rules 801, 802) |
| | 0092 | Letter from F. Kenneth Moore to Ted Garrish, Nuclear Energy Institute, regarding Industry Response to DOE Notice of Inquiry on Waste Acceptance Issues, with underlying NEI memorandum | DOM00031311 | DOM00031317 | 7/15/1994 | Hearsay (Rules 801, 802) |
| | 0093 | North Anna Power Station Units 1 and 2, Independent Spent Fuel Storage Installation, NP-2884/IR-7273 | DOM00085818 | DOM00085962 | 8/17/1994 | No Objection |
| | 0094 | Correspondence from Nuclear Energy Institute to CEOs of Utilities Operating Nuclear Power Plants regarding Industry Response to DOE Notice of Inquiry on Waste Acceptance Issues (59 Fed. Reg. 27,007, May 25, 1994) | DOM00031056 | DOM00031067 | 9/15/1994 | Hearsay (Rules 801, 802) |

Dominion v. United States, Fed. Cl. 04-0083C, -0084C

Defendant's Objections to Plaintiff's Exhibits

| | Dom Exh. # | Full Name | Bates - Begin | Bates - End | Doc Date | Government Objections |
|---|---|---|---|---|---|---|
| | 0095 | Memorandum from R.M. Berryman, Virginia Power with Draft Letter for Review and Comment, Response to DOE Notice of Inquiry on Waste Acceptance | DOM00030989 | DOM00030996 | 9/20/1994 | Hearsay (Rules 801, 802) |
| | 0096 | Letter from James P. O'Hanlon (Vepco) to Allan Brownstein, DOE, comments on Notice of Inquiry on Waste Acceptance Issues | DOM00031246 | DOM00031252 | 9/22/1994 | Hearsay (Rules 801, 802) |
| | 0097 | Transmittal from Bob Rasmussen of Duke Power Company to Marvin Smith of Virginia Power attaching 8-28-94 draft of Specifications for Nuclear Waste Legislation | DOM00030941 | DOM00030955 | 10/4/1994 | Hearsay (Rules 801, 802)<br>Foundation (Rule 901) |
| | 0098 | Virginia Power Comments on "Points of Discussion for Resolution and Legislation to Amend the Nuclear Waste Policy Act," sent to State Corporation Commission by Bob Saunders | DOM00030928 | DOM00030940 | 10/5/1994 | Hearsay (Rules 801, 802)<br>Foundation (Rule 901)<br>Illegible (DOM00030390) |
| | 0099 | Agenda and Presentation Outline for North Anna Power Station, Virginia Power Management Review Board on January 9, 1995 | DOM00041270 | DOM00041274 | 1/3/1995 | Hearsay (Rules 801, 802)<br>Authentication (Rule 901) |
| | 0100 | DOE Memorandum from Ronald A. Milner to Director of OCRWM regarding Total System Life Cycle Cost Assumptions Package | HQR0571493 | HQR0571494 | 2/16/1995 | Relevance (Rule 402) |
| | 0101 | Total System Life Cycle Cost Assumptions Package | HQR0571495 | HQR0571524 | 2/16/1995 | Completeness (Document Ends At p. 5 of 51).<br>Relevance (Rule 402) |
| | 0102 | Acceptance Priority Ranking & Annual Capacity Report, U.S. Department of Energy | DOM00048142 | DOM00048212 | 3/1/1995 | No Objection |

Dominion v. United States, Fed. Cl. 04-0083C, -0084C

Defendant's Objections to Plaintiff's Exhibits

| | Dom Exh. # | Full Name | Bates - Begin | Bates - End | Doc Date | Government Objections |
|---|---|---|---|---|---|---|
| | 0103 | R.A. Isakson transmittal memorandum and NU Spent Fuel Storage Strategy | DOM0070853 | DOM0070872 | 7/31/1995 | Hearsay (Rules 801, 802)<br>Foundation (Rule 901) |
| | 0104 | Analysis of the Total System Life Cycle Cost of the Civilian Radioactive Waste Management Program | PA176202 | PA176220 | 09/1995 | Relevance (Rule 402) |
| | 0105 | Memorandum from L.E. Durbin with attached Draft responses in Investigation of Spent Nuclear Fuel Disposal Case No. PUE950060, Va. State Corporation Commission, marked as Ex. 6 in Berryman deposition | VAP0001468 | VAP0001477 | 10/6/1995 | Hearsay (Rules 801, 802)<br>Foundation (Rule 901) |
| | 0106 | Letter from Beth Tomasoni to R.L. Bigelow transmitting copy of approved DCS 01-2101-4399-01 dated 9/18/95 for Millstone 1 | COF0362190 | COF0362192 | 1/25/1996 | No Objection |
| | 0107 | Memorandum from B.H. Wakeman, North Anna Power Station Revised ISFSI Implementation Schedule, marked as Ex. 4 in Batalo deposition | DOM00041259 | DOM00041260 | 3/21/1996 | No Objection |
| | 0108 | Technical Report NE-I037, Revision 1, Spent Fuel Management Plan, Surry and North Anna Power Stations, marked as Ex. 109 in Wakeman deposition | DOM00041670 | DOM00041699 | 7/18/1996 | No Objection |
| | 0109 | 1995 Acceptance Priority Ranking and Annual Capacity Report | DB0000246;<br>EDB0010249 | DB0000298;<br>EDB0010301 | 9/1996 | No Objection |
| | 0110 | Technical Report NE-I099 -Rev. 0, Assessment of Boraflex Neutron Absorber Panels in the North Anna Spent Fuel Pool, marked as Ex. 14 in Brookmire deposition | DOM00041858 | DOM00041894 | 10/8/1996 | No Objection |

Dominion v. United States, Fed. Cl. 04-0083C, -0084C

Defendant's Objections to Plaintiff's Exhibits

| | Dom Exh. # | Full Name | Bates - Begin | Bates - End | Doc Date | Government Objections |
|---|---|---|---|---|---|---|
| | 0111 | U.S. DOE Nuclear Fuel Data Survey Supplement (Form RW-859S), Millstone 2, marked as Ex. 9 in Hill deposition and marked as Ex. 2 in Scace deposition | | | 10/16/1996 | No Objection |
| | 0112 | U.S. DOE Nuclear Fuel Data Survey Supplement (Form RW-859S), Millstone 3, marked as Ex. 10 in Hill deposition | | | 10/18/1996 | No Objection |
| | 0113 | DOE News: Department of Energy Notifies Utilities of Anticipated Delay in Accepting Commercial Spent Nuclear Fuel | HQR0390789 | HQR0390789 | 12/17/1996 | No Objection |
| | 0114 | Letter from T.C. Feigenbaum to Beth Tomasoni and Final Delivery Schedules for Millstone Point Unit 1 and Connecticut Yankee Atomic Power for 1998 pursuant to Standard Contracts and Ex. 6 in Hill deposition | HQ0011969 | HQ0011976 | 1/9/1997 | Completeness (Missing pages HQ0011973-974. Complete Exhibit at DX0126) |
| | 0115 | Memorandum from M.L. Smith to K.L. Basehore, DOE Letter Notifying Virginia Power That DOE Will Not Begin Accepting Spent Fuel by January 31, 1998 | VAP0004319 | VAP0004320 | 2/6/1997 | No Objection |
| | 0116 | Technical Report NE-1037, Revision 2, Spent Fuel Management Plan, Surry and North Anna Power Stations, marked as Ex. 4<br>in Brookmire deposition and Ex. 5 in Batalo deposition | DOM00041700 | DOM00041729 | 2/7/1997 | No Objection |
| | 0117 | Design Change STD-GN-00l, Station Modifications for the Independent Spent Fuel Storage Installation (ISFSI) North Anna/Units 1 & 2 | DOM00068006 | DOM00068384 | 3/3/1997 | No Objection |

Dominion v. United States, Fed. Cl. 04-0083C, -0084C

Defendant's Objections to Plaintiff's Exhibits

| | Dom Exh. # | Full Name | Bates - Begin | Bates - End | Doc Date | Government Objections |
|---|---|---|---|---|---|---|
| | 0118 | Letter from Lee Hill to Beth Tomasoni regarding DOE's 12/17/96 letter regarding inability to begin acceptance of spent nuclear fuel by 1/31/98 | DOM00073925 | DOM00073925 | 3/10/1997 | No Objection |
| | 0119 | Design Change No. 95-005, Independent Spent Fuel Storage Installation/North Anna Power Station/Units 1 & 2 | DOM00068918 | DOM00068940 | 5/8/1997 | No Objection |
| | 0120 | Draft letter from Lee Hill to Michelle Miskinis providing comments on Draft RFP Number DE-RP0l-97RW00320/Acquisition of Waste Acceptance and Transportation Services for OCRWM | DOM00032691 | DOM00032693 | 5/8/1997 | Relevance (Rule 402)<br>Foundation (Rule 901) |
| | 0121 | Letter from Harrison Barker to Beth Tomasoni, DOE, regarding DCS Schedule, Contract No. DE-CR01-83NE44423 | DOM00031480 | DOM00031481 | 5/13/1997 | Foundation (Rule 901) |
| | 0122 | Letter from Beth Tomasoni to Lee Hill forwarding comments by contract holders regarding anticipated delay in beginning spent nuclear fuel disposal | DOM00033313 | DOM00033338 | 6/3/1997 | No Objection |
| | 0123 | Summary of Spent Fuel Issues | DOM00073927 | DOM00073933 | 6/19/1997 | Completeness (Complete Exhibit at DX0129) |
| | 0124 | Letter from Lee Hill to Beth Tomasoni regarding preliminary determination regarding applicability of Articles IX and XVI of NUSCO contracts | DOM00045047 | DOM00045053 | 8/1/1997 | No Objection |
| | 0125 | Letter from Lee Hill to Beth Tomasoni with attached DCS for Millstone Point Unit 2 for SNF to be removed in 2003, marked as Ex. 7 in Hill deposition | COF0170149 | COF0170150 | 9/26/1997 | No Objection |

Dominion v. United States, Fed. Cl. 04-0083C, -0084C

Defendant's Objections to Plaintiff's Exhibits

| | Dom Exh. # | Full Name | Bates - Begin | Bates - End | Doc Date | Government Objections |
|---|---|---|---|---|---|---|
| | 0126 | Letter from Beth Tomasoni to Lee Hill regarding withdrawal of 6/3/97 Preliminary Determination in light of Northern States Power D.C. Circuit decision | DOM00029418 | DOM00029418 | 12/10/1997 | Completeness (Obstructed Text) |
| | 0127 | Memorandum from M.L. Smith to H.H. Barker regarding Response to Yankee Atomic Request for Bids, marked as Ex. 6 in Batalo deposition | VAP0001002 | VAP0001002 | 3/16/1998 | No Objection |
| | 0128 | Letter from K.L. Basehore to Thomas Bennet, Yankee Atomic Electric Company, Proposal to Trade Spent Fuel Allocations | DOM00031139 | DOM00031141 | 3/23/1998 | No Objection |
| | 0129 | Old Dominion Electric Cooperative/Virginia Power, North Anna ISFSI Update | DOM00037996 | DOM00038000 | 4/16/1998 | No Objection |
| | 0130 | Letter from H.H. Barker to Beth Tomasoni in response to January 29, 1998 letter regarding Form RW-859, with and incoming 1/29/98 letter from Tomasoni | DOM00036351 | DOM00036352 | 5/7/1998 | No Objection |
| | 0131 | Memorandum to G. Papanic, MP3 Licensing, from C.A. Whitaker, Northeast Utilities System, Transmitting MP3 Full Core Offload Technical Specification Change Request | DOM00059688 | DOM00059696 | 6/19/1998 | Completeness (Missing Attachments) |
| | 0132 | Letter from Dwight Shelor, OCRWM, to Lee Hill regarding multi-purpose canisters | DOM00029416 | DOM00029417 | 8/1/98 - 8/8/98 | No Objection |
| | 0133 | Letter from Lee Hill to Beth Tomasoni, notification that NUSCO regarding Contract No. DE-CR-01-83NE44399.000, and NUSCO's entitlement to compensation for costs incurred or to be incurred as a result of DOE's failure to fulfill obligations under contract | DOM00029410 | DOM00029411 | 8/27/1998 | No Objection |

Dominion v. United States, Fed. Cl. 04-0083C, -0084C

Defendant's Objections to Plaintiff's Exhibits

| | Dom Exh. # | Full Name | Bates - Begin | Bates - End | Doc Date | Government Objections |
|---|---|---|---|---|---|---|
| | 0134 | Memorandum from Lee Hill to David Amerine regarding Delivery Commitment Schedule to U.S. DOE, marked as Ex. 5 in Hill Deposition | DOM00063207 | DOM00063207 | 9/25/1998 | No Objection |
| | 0135 | Letter from Beth Tomasoni to Lee Hill in response to 8/27/98 letter regarding contract obligations | DOM00029409 | DOM00029409 | 10/15/1998 | No Objection |
| | 0136 | Safety Evaluation Form, MP3 Full Core Offload as a Normal Evolution | DOM00059739 | DOM00059749 | 11/16/1998 | No Objection |
| | 0137 | Viability Assessment of a Repository at Yucca Mountain, Volume 2 -- Table of Contents, Overview, Introduction, and Design Bases chapters | 1930 | 1969 | 12/1998 | Completeness (Document Contains Excerpts Only of Overview, Intro. and Chapter III).<br>Relevance (Rule 402) |
| | 0138 | Analysis of the Total System Life Cycle Cost of the Civilian Radioactive Waste Management Program | HQR0360006, SCE003178 | HQR0360037, SCE003227 | 12/1998 | Relevance (Rule 402) |
| | 0139 | Letter from Lee Hill to Beth Tomasoni attaching FDS applicable to Millstone Point Unit 1 to be removed in 1999, marked as Ex. 8 in Hill deposition | DOM00029551 | DOM00029558 | 12/11/1998 | No Objection |
| | 0140 | DCR Review and Approval Form, MP3 Full Core offload as a Normal Evolution, marked as Ex. 4 in Scace deposition | DOM00010133 | DOM00010133 | 1/17/1999 | No Objection |
| | 0141 | Millstone Nuclear Power Station, Unit No.3 License Amendment Request and Technical Specification Changes for Full Core Off-load (PTSCR 3-16-98): Letter to NRC from Martin Bowling; Affidavit Pursuant to 10 CFR § 2.790; Attachment 1; Attachment 2; Attachmen | DXR011010272; DXR011002589 | DXR011010302; DXR011002626 | 1/18/1999 | No Objection |

Dominion v. United States, Fed. Cl. 04-0083C, -0084C

Defendant's Objections to Plaintiff's Exhibits

| | Dom Exh. # | Full Name | Bates - Begin | Bates - End | Doc Date | Government Objections |
|---|---|---|---|---|---|---|
| | 0142 | Licensing Report for Spent Fuel Rack Installation at Millstone Nuclear Station Unit 3, Holtec Report HI-981907 | DOM00064368 | DOM00064667 | 2/1999 | Foundation (Rule 901)<br>Hearsay (Rules 801, 802) |
| | 0143 | Design Change Package ("DCR") Review and Approval Form, MP3 Spent Fuel Pool Rerack Project | DOM00028132 | DOM00028461 | 2/25/1999 | Completeness (Missing p. 10 Within the Document)<br>Foundation (Rule 901)<br>Authentication (Rule 901) (Marginalia) |
| | 0144 | Millstone Nuclear Power Station, Unit No.3, Proposed Revision to Technical Specification Spent Fuel Pool Rerack (TSCR 3-22-98) | DOM00010176 | DOM00010248 | 3/19/1999 | Authentication (Rule 901) (Marginalia)<br>Hearsay (Rules 801, 802) (Marginalia) |
| | 0145 | Letter from Beth Tomasoni to David Amerine in response to Lee Hill's 12/11/98 letter regarding inability to approve FDS submittal | DOM00029549 | DOM00029550 | 6/11/1999 | No Objection |
| | 0146 | Letter from Lake Barrett to David Amerine regarding Lee Hill 12/11/98 request for priority acceptance of Millstone 1 spent fuel | DOM00029406 | DOM00029406 | 6/14/1999 | No Objection |
| | 0147 | Design Change, Permanent Shielding in Decon Building for ISFSI Dry Cask/NAPS/U1 & U2, marked as Ex. 108 in Wakeman deposition | DOM00010552 | DOM00010558 | 12/17/1999 | Completeness (Complete Exhibit at DX0147) |
| | 0148 | DCR Review and Approval Form, MP3 Spent Fuel Rack Installation | DOM00010249 | DOM00010276 | 2/2000 | Completeness (Complete Exhibit at DX0273) |
| | 0149 | Purchase and Sale Agreement for the Millstone Nuclear Power Station | DOM200000556 | DOM200000808 | 8/7/2000 | No Objection |

Dominion v. United States, Fed. Cl. 04-0083C, -0084C

Defendant's Objections to Plaintiff's Exhibits

| | Dom Exh. # | Full Name | Bates - Begin | Bates - End | Doc Date | Government Objections |
|---|---|---|---|---|---|---|
| | 0150 | Correspondence from Victor Nerses, ONRR, to S.E. Scace, Northeast Nuclear Energy Company, and attached Amendment No. 182 to Facility Operating License No. NPF-49 for Millstone 3, marked as Ex. 14 in Scace deposition | DOM00059714 | DOM00059728 | 9/12/2000 | Completeness (Missing Pages 59720-28. Complete Exhibit at DX0153) |
| | 0151 | Memorandum from C.A. Whitaker to D.W. Dodson regarding Review of License Amendment 182, MP3 Full Core Offload | DOM00059684 | DOM00059685 | 10/17/2000 | No Objection |
| | 0152 | Engineering Transmittal, NAF 2000-0130, Rev. 0, Modifications to Storage Cask Transporter, Surry Units 1 and 2 | DOM00037288 | DOM00037319 | 11/15/2000 | No Objection |
| | 0153 | Letter from Victor Nerses, NRC to R.G. Lizotte, Northeast Nuclear Utility Company, transmitting Millstone Unit 3, Issuance of Amendment re: Increasing Spent Fuel Storage Capacity (TAC No. MA5137) | DOM00044467 | DOM00044617 | 11/28/2000 | Completeness (Missing pages DOM00044503-46571) |
| | 0154 | Draft Millstone Spent Fuel Strategy | DOM00036143 | DOM00036180 | 3/2001 | Authentication (Rule 901) Hearsay (Rules 801, 802) (Marginalia) |
| | 0155 | Memorandum from B.H. Wakeman to K.L. Basehore, Notes of March 1, 2001 Meeting, Millstone Power Station, Status of Spent Fuel Storage Projects | DOM00036183 | DOM00036190 | 3/6/2001 | Completeness (Missing Signature Page) |
| | 0156 | Letter from John Keane to Herbert Watkins, DOE, re: Standard Contract No. DE-CROI-83NE44399.000, notification that Millstone 1 transferred to Dominion Nuclear Connecticut, marked as Ex. 4 in Hill Deposition | COF0380056 | COF0380056 | 4/26/2001 | No Objection |

Dominion v. United States, Fed. Cl. 04-0083C, -0084C

Defendant's Objections to Plaintiff's Exhibits

| | Dom Exh. # | Full Name | Bates - Begin | Bates - End | Doc Date | Government Objections |
|---|---|---|---|---|---|---|
| | 0157 | Letter from John Keane to Herbert Watkins, DOE, re: Standard Contract No. DE-CR0l-83NE44467.000, notification that Millstone 2 transferred to Dominion Nuclear Connecticut | COF0380057 | COF0380057 | 4/26/2001 | No Objection |
| | 0158 | Letter from John Keane to Herbert Watkins, DOE, re: Standard Contract No. DE-CR0l-83NE44468.000, notification that Millstone 3 transferred to Dominion Nuclear Connecticut | COF0380058 | COF0380058 | 4/26/2001 | No Objection |
| | 0159 | DOE/RW-0533, Analysis of the Total System Life Cycle Cost of the Civilian Radioactive Waste Management Program | DOM200000809 | DOM200000886 | 5/2001 | Relevance (Rule 402) |
| | 0160 | Millstone Spent Fuel Strategy, Revision 0 | DOM00049337 | DOM00049378 | 6/2001 | No Objection |
| | 0161 | DCR Review and Approval Form, MP3 Full Core Offload as a Normal Evolution | DOM00028126 | DOM00028127 | 6/29/2001 | No Objection |
| | 0162 | Engineering Transmittal, ET NAF 2001-0071, Rev. 0, Design Basis Adequacy of Westinghouse Nozzleless Fuel Assembly Handling Tool, North Anna Power Station, Unit 1 and 2 | DOM00037039 | DOM00037058 | 8/20/2001 | No Objection |
| | 0163 | Specification Review and Approval Form - Millstone Point Station - Request for Services: Personnel, Equipment, Technical and Labor Services for the Transfer of Irradiated Nuclear Fuel from Unit 2 to Unit 3 Spent Fuel Pools (Spec. No. SP-MM-ME-1000) | DOM00046998 | DOM00047080 | 9/12/2001 | No Objection |
| | 0164 | Millstone, Unit 2 Licensee Event Report 2001-007-00, Movement of Heavy Loads Not Addressed in Procedure | DXR012009997 | DXR012010001 | 12/17/2001 | No Objection |

Dominion v. United States, Fed. Cl. 04-0083C, -0084C

Defendant's Objections to Plaintiff's Exhibits

| | Dom Exh. # | Full Name | Bates - Begin | Bates - End | Doc Date | Government Objections |
|---|---|---|---|---|---|---|
| | 0165 | DOE/RW-0351, Civilian Radioactive Waste Management System, Waste Acceptance System Requirements Document, Rev. 4 | DOM200000887 | DOM200000974 | 1/2002 | Relevance (Rule 402) |
| | 0166 | Presentation, Millstone Power Station Inter-unit Transfer of Spent Nuclear Fuel, Ex. 3 in Scace deposition | DOM00015601 | DOM00015606 | 3/6/2002 | No Objection |
| | 0167 | Engineering Record of Correspondence to Holtec regarding Inter-unit Transfer Project EWR M2-95033 | DOM00026356 | DOM00026457 | 4/10/2002 | No Objection |
| | 0168 | Presentation by Carl Whitaker and Michael Rutkoske, Inter-unit Transfer Project: An Overview of Fuel Transfer Operations | DOM00044296 | DOM00044321 | 4/18/2002 | No Objection |
| | 0169 | Memorandum from Brian Wakeman to Tom Brookmire, Vendor Selection - 2002 Procurement for Spent Fuel Storage System | DOM00009599 | DOM00009611 | 6/3/2002 | No Objection |
| | 0170 | Memorandum from K.L. Basehore to J.L. Ferrara regarding Vendor Selection for Future Spent Fuel Storage System RFQ 6000056463, approval to negotiate purchase order with Transnuclear | DOM00009612 | DOM00009612 | 6/18/2002 | No Objection |
| | 0171 | Millstone Spent Fuel Strategy, Revision 1 | DOM00057725 | DOM00057766 | 8/2002 | No Objection |
| | 0172 | Technical Report NE-1037, Revision 3 - Spent Nuclear Fuel Management Plan, Surry and North Anna Power Stations | DOM00041730 | DOM00041789 | 2/2003 | No Objection |
| | 0173 | Design Change, ISFSI Perimeter Fence Modification | DOM00010559 | DOM00010562 | 4/4/2003 | Foundation (Rule 901)<br>Relevance (Rule 402) |
| | 0174 | Engineering Work Request, Removal of Cell Blockers in Spent Fuel Pool, Millstone Unit 2 | DOM0064228 | DOM0064237 | 6/11/2003 | Relevance (Rule 402)<br>Best Evidence (Rule 1002) |

Dominion v. United States, Fed. Cl. 04-0083C, -0084C

Defendant's Objections to Plaintiff's Exhibits

| | Dom Exh. # | Full Name | Bates - Begin | Bates - End | Doc Date | Government Objections |
|---|---|---|---|---|---|---|
| | 0175 | Professional Qualifications Statement of Brian H. Wakeman | DOM00018677 | DOM00018680 | 9/2003 | Hearsay (Rules 801, 802) |
| | 0176 | Design Change, Pedestal for Spent Fuel Cask/NAPS/Units 1 & 2 | DOM00037127 | DOM00037226 | 10/13/2003 | No Objection |
| | 0177 | Millstone Asset Strategy for Spent Fuel Storage | DOM00057715 | DOM00057716 | 12/19/2003 | No Objection |
| | 0178 | Transmittal from S. Derek Phelps to Daniel A. Weekley of Connecticut Siting Council Pre-Hearing Interrogatories 18-58 | DOM00018812 | DOM00018816 | 12/31/2003 | Completeness (Document Contains Excerpts Only)<br>Foundation (Rule 901)<br>Authenticity (Rule 901)<br>Hearsay (Rules 801, 802)<br>Relevance (Rule 402) |
| | 0179 | Engineering Transmittal, Design Inputs for Surry Station Modifications, DCP 03-128 | DOM00035596 | DOM00035629 | 1/8/2004 | No Objection |
| | 0180 | E-mail from Kerry Basehore to David Christian, copies to Tom Brookmire, John Guerci and Brian Wakeman regarding Contingency Action - Loss of Full Core Reserve - Millstone 2 and transmitting document, "MC2 Options for Loss of FCR" | DOM00044366 | DOM00044368 | 2/3/2004 | No Objection |
| | 0181 | Letter from Tyrone Franklin, Board of Supervisors, Surry County, VA, to Richard Blount, regarding Amendment to CUP 85-1 (with 11/17/03 application from Dominion to Surry County) | DOM00055044 | DOM00055052 | 2/26/2004 | Foundation (Rule 901)<br>Authentication (Rule 901)<br>Hearsay (Rules 801, 802) |
| | 0182 | DCR Review and Approval Form, Cask Crane Upgrade Project, MP3 Shipping Cask Trolley, Ex. 17 in Rutkoske deposition | DOM00010113 | DOM00010130 | 3/13/2004 | No Objection |
| | 0183 | DCR Review and Approval Form, Independent Spent Fuel Storage Installation (ISFSI) Design | DOM0009785 | DOM0009852 | 3/25/2004 | Relevance (Rule 402) |

Dominion v. United States, Fed. Cl. 04-0083C, -0084C

Defendant's Objections to Plaintiff's Exhibits

| | Dom Exh. # | Full Name | Bates - Begin | Bates - End | Doc Date | Government Objections |
|---|---|---|---|---|---|---|
| | 0184 | ISFSI Team Bid Evaluation and Recommendation | DOM00048126 | DOM00048132 | 5/18/2004 | Relevance (Rule 402) |
| | 0185 | DCR Review and Approval form, Cask Crane Upgrade Project - MP2 Cask Crane, marked as Ex. 14 in Wietharn deposition | DOM00010083 | DOM00010111 | 5/20/2004 | Completeness (Missing Transmittal Page. Complete Exhibit at DX0184) |
| | 0186 | Specification Review and Approval Form, Independent Spent Fuel Storage Installation (ISFSI) Site Development, Spec. No. 25205-SP-CE-375, Rev. #01 | DOM00015745 | DOM00015828 | 5/27/2004 | Authentication (Rule 901)<br>Relevance (Rule 402) |
| | 0187 | Design Change, STD-GN-00l, ISFSI Pad #3 Construction/Surry Units 1 & 2 | DOM00068410 | DOM00068544 | 6/1/2004 | No Objection |
| | 0188 | Letter from Connecticut Siting Council to Daniel Weekley enclosing Certificate to modify existing facility (Millstone) to establish ISFSI, Ex. 11 in Wakeman 30(b)(6) deposition | DOM00009724 | DOM00009771 | 6/4/2004 | Authentication (Rule 901)<br>Foundation (Rule 901)<br>Hearsay (Rules 801, 802)<br>Relevance (Rule 402) |
| | 0189 | DCN, Addition of Open Archway from Truck Access Bay to Cask Washdown Pit, marked as Ex. 11 in Rutkoske deposition | DOM00010077 | DOM00010081 | 6/28/2004 | No Objection |
| | 0190 | Letter from Alan Wang, NRC to David Christian, Dominion Nuclear Connecticut, transmitting Millstone Power Station, Unit 1 - Issuance of Amendment re: Spent Fuel Pool Storage Eliminating Boraflex Credit (TAC No. MC0853) | DOM00046201 | DOM00046212 | 6/29/2004 | Hearsay (Rules 801, 802)<br>Relevance (Rule 402) |
| | 0191 | Acceptance Priority Ranking and Annual Capacity Report | KRGNSP03596 | KRGNSP03676 | 7/2004 | Relevance (Rule 402) |
| | 0192 | Purchase Order from Underwater Construction Corp. regarding Divers ISFSI Cask Pit, marked as Ex. 42 in Hill deposition, and Ex. 14 in Rutkoske deposition | DOM00008924 | DOM00008930 | 7/30/2004 | Foundation (Rule 901) |

Dominion v. United States, Fed. Cl. 04-0083C, -0084C

Defendant's Objections to Plaintiff's Exhibits

| | Dom Exh. # | Full Name | Bates - Begin | Bates - End | Doc Date | Government Objections |
|---|---|---|---|---|---|---|
| | 0193 | DCN, Bottled Gas Rack & Manifold for Dry Cask Storage Operation, marked as Ex. 9 in Rutkoske deposition | DOM00010062 | DOM00010066 | 8/3/2004 | Foundation (Rule 901) |
| | 0194 | Certification of Record, Conn. Coalition Against Millstone v. CSC to Clerk of Superior Court for Judicial District of New Britain | DOM00056826 | DOM00056845 | 9/16/2004 | No Objection |
| | 0195 | DCN, Canister Assembly Platform and Alterations to Auxiliary Building Cask Wash Pit, Ex. 6 in Rutkoske deposition | DOM00010039 | DOM00010053 | 9/21/2004 | Foundation (Rule 901) |
| | 0196 | Letter from Harrison Barker to David Zabransky, and DCS for Millstone 2 for the year 2010, marked as Ex. 11 in Hill deposition | DOM00034946 | DOM00034949 | 10/13/2004 | No Objection |
| | 0197 | DCN, Power Supply and Computer Connection at Cask Wash Pit to Support ISFSI, marked as Ex. 5 in Rutkoske deposition | DOM00010026 | DOM00010038 | 11/16/2004 | Foundation (Rule 901) |
| | 0198 | Letter from Jack M. Davis to Linda Buckler, Deputy Zoning Administrator for Louisa County, with Land Use Application for Renewal of CUP5-96 and Construction of Pad No.2 at North Anna | DOM00010485 | DOM00010502 | 12/21/2004 | Completeness (Missing page DOM0010499) |
| | 0199 | DCN, Installation of Vacuum Drying System and Associated Tubing Runs, marked as Ex. 8 in Rutkoske deposition | DOM00010054 | DOM00010061 | 12/23/2004 | Foundation (Rule 901) |
| | 0200 | DCR Review and Approval Form, Design, Installation and Operation of an Independent Spent Fuel Storage Installation (ISFSI) for Millstone Station | DOM00053212 | DOM00053396 | 2/15/2005 | Relevance (Rule 402)<br>Foundation (Rule 901) |

Dominion v. United States, Fed. Cl. 04-0083C, -0084C

Defendant's Objections to Plaintiff's Exhibits

| | Dom Exh. # | Full Name | Bates - Begin | Bates - End | Doc Date | Government Objections |
|---|---|---|---|---|---|---|
| | 0201 | Millstone 2 Project ISFSI Construction MC023, Request for RAC/PFRB Review - Capital Project, Millstone Power Station | DOM00047854 | DOM00047861 | 3/2/2005 | Relevance (Rule 402)<br>Foundation (Rule 901) |
| | 0202 | Transmittal by Robert Grubb, Transnuclear, to Michael Rutkoske of Millstone Nuclear Power Station ISFSI Project Status Report (February 2005) | DOM00023651 | DOM00023656 | 3/9/2005 | Hearsay (Rules 801, 802)<br>Relevance (Rule 402) |
| | 0203 | Letter from Patrick Morgan, County Attorney for Louisa County, regarding conditional approval of CUP02-04 renewal by Board of Supervisors (with application for construction of North Anna Pad 2 attached), marked as Ex. 12 in Wakeman 30(b)(6) deposition | DOM00055053 | DOM00055078 | 3/25/2005 | No Objection |
| | 0204 | Design Change, Surry ISFSI Pad #3 Plant Modifications/SPS/Unit 1 & 2 | DOM00010672 | DOM00010694 | 4/5/2005 | Completeness (Document Only Contains Pages 1 through 23 of 105) |
| | 0205 | Engineering Transmittal, ET-NAF-05-0016, Design Inputs for the North Anna ISFSI Second Storage Pad, DCP 05-004 | DOM00032982 | DOM00033062 | 4/7/2005 | No Objection |
| | 0206 | Connecticut Siting Council Decision and Order Documentation for the Millstone Power Station ISFSI -- 4/25/05 Michael Rutkoske | DOM00019833 | DOM00019836 | 4/25/2005 | Relevance (Rule 402) |
| | 0207 | Design Change, Surry ISFSI Pad #3 Electrical/Security/Modification/SPS/Units 1 & 2 | DOM00068889 | DOM00068915 | 7/19/2005 | Completeness (Document Contains Pages 1 through 27 of 219 Only) |
| | 0208 | Engineering Transmittal ET-NAF-03-0084, Design Inputs for Station Modifications, DCP 03-028, Surry | DOM00035471 | DOM00035505 | 8/11/2005 | No Objection |

Dominion v. United States, Fed. Cl. 04-0083C, -0084C

Defendant's Objections to Plaintiff's Exhibits

| | Dom Exh. # | Full Name | Bates - Begin | Bates - End | Doc Date | Government Objections |
|---|---|---|---|---|---|---|
| | 0209 | Engineering Transmittal ET-NAF-05-0058, Design Inputs for Station Modifications, DCP 05-005, North Anna | DOM00032948 | DOM00032981 | 8/17/2005 | No Objection |
| | 0210 | Technical Evaluation for Fuel Assembly Qualification for Dry Storage at the Millstone ISFSI, Millstone Unit 2, M2-EV-04-0015, Revision 1 | DOM00066252 | DOM00066270 | 2/28/2006 | Relevance (Rule 402) |
| | 0211 | Video on DVD, "Managing Used Nuclear Fuel," | DOMOO085361 | DOMOO085361 | 5/1/2006 | Hearsay (Rules 801, 802)<br>Foundation (Rule 901)<br>Authentication (Rule 901) |
| | 0212 | Design Change, ISFSI Civil Structures Pad #2/North Anna Power Station! Units 1 & 2 | DOM00010563 | DOM00010582 | 7/11/2006 | Completeness (Document Only Contains Pages 1 through 20 of 50) |
| | 0213 | Design change, ISFSI Paid #2 Plant Modifications/NAPS/Unit 1 & 2 | DOM00042431 | DOM00042570 | 11/9/2006 | No Objection |
| | 0214 | Design Change, ISFSI Pad #2 Electrical/Security Modification/NAPS/Units 1 & 2 | DOM00042338 | DOM00042430 | 12/21/2006 | No Objection |
| | 0215 | Diagram and color key, North Anna Pool as of 3/20/07 | DOM00081145 | DOM00081146 | 3/20/2007 | No Objection |
| | 0216 | Diagram and color key, Surry Pool as of 3/20/07 | DOM00081477 | DOM00081478 | 3/20/2007 | No Objection |
| | 0217 | Spent Fuel Pool Map, Millstone Unit 2 as of 3/26/07 | DOM00081643 | DOM00081643 | 3/26/2007 | Authentication (Rule 901) |
| | 0218 | Spent Fuel Pool Map, Millstone Unit 3 as of 3/26/07 | DOM00081644 | DOM00081644 | 3/26/2007 | Authentication (Rule 901) |
| | 0219 | Diagram: MPS-l-DSAR Millstone Site Layout, excerpt from MPS-1 DSAR Chapter 2 | DOM00047451 | DOM00047451 | | No Objection |

Dominion v. United States, Fed. Cl. 04-0083C, -0084C

Defendant's Objections to Plaintiff's Exhibits

| | Dom Exh. # | Full Name | Bates - Begin | Bates - End | Doc Date | Government Objections |
|---|---|---|---|---|---|---|
| | 0220 | Diagram: Map of Millstone Site Showing location of ISFSI, excerpt from 3/18/03 letter to Connecticut Historic Commission from G. Denny Hicks, Request for Information: ISFSI Installation | DOM00018339 | DOM00018339 | | No Objection |
| | 0221 | Support: Spent Fuel Pool installed and licensed capacity; Spent Fuel Pool inventory (fuel assembly discharge data); Projected discharge rates; Spent Fuel Pool available spaces; Historical Cask Loading Schedule; Nuclear Industry Capacity Information | DOM00044322; DOM00081561; DOM000444 | DOM00044333; DOM00081602; DOM000445 | | Hearsay (Rules 801, 802)<br>Illegible<br>Duplicative (DOM0008164 through 81742 included twice) |
| | 0222 | Summary of Spent Fuel Storage Capacity and Discharge Data, with Assumption of DOE Performance at 3000 MTU/Yr, marked as Ex. 106 in Wakeman deposition | DOM00085996, DOM00080735 | DOM00086001, DOM00080738 | | No Objection |
| | 0223 | Summary of Spent Fuel Storage Capacity and Discharge Data, with Assumption of DOE Performance at Alternative 3000 MTU/Yr with transmittal letter | DOM200000975, DOM00095956, DOM21182 | DOM200000976; DOM00095961, DOM21182 | | No Objection |
| | 0224 | Summary of Spent Fuel Storage Capacity and Discharge Data, with Assumption of DOE Performance at 900 MTU/Yr, marked as Ex. 7 in Wakeman deposition | DOM00090475 | DOM00090480 | | No Objection |
| | 0225 | Summary of the Impacts of 900 MTU/Yr on Claimed Damages | DOM00090494 | DOM00090494 | | No Objection |
| | 0226 | Photograph | DOM00090426 | DOM00090426 | | No Objection |
| | 0227 | Photograph | DOM00090415 | DOM00090415 | | No Objection |
| | 0228 | Photograph | DOM00090406 | DOM00090406 | | No Objection |
| | 0229 | Photograph | DOM00090403 | DOM00090403 | | No Objection |
| | 0230 | Photograph | DOM00090401 | DOM00090401 | | No Objection |
| | 0231 | Photograph | DOM00083942 | DOM00083942 | | No Objection |

Dominion v. United States, Fed. Cl. 04-0083C, -0084C

Defendant's Objections to Plaintiff's Exhibits

| | Dom Exh. # | Full Name | Bates - Begin | Bates - End | Doc Date | Government Objections |
|---|---|---|---|---|---|---|
| | 0232 | Photograph | DOM00083860 | DOM00083860 | | No Objection |
| | 0233 | Photograph | DOM00083919 | DOM00083919 | | No Objection |
| | 0234 | Photograph | DOM00083607 | DOM00083607 | | No Objection |
| | 0235 | Photograph | DOM00083224 | DOM00083224 | | No Objection |
| | 0236 | Photograph | DOM00083217 | DOM00083217 | | No Objection |
| | 0237 | Photograph | DOM00083513 | DOM00083513 | | No Objection |
| | 0238 | Photograph | DOM00083624 | DOM00083624 | | No Objection |
| | 0239 | Photograph | DOM00084638 | DOM00084638 | | No Objection |
| | 0240 | Summary of Claim Adjustments. (Footnote: Plaintiffs reserve the right to supplement this Exhibit List to the extent objections to summary exhibits might be pursued by the government.) | DOM200000977 | DOM200000977 | | No Objection |
| | 0241 | Summary of Total Claimed Damages | DOM200000978 | DOM200000981 | | No Objection |
| | 0242 | Summary of Claimed Non-SAP Property Taxes | DOM200000982 | DOM200000982 | | No Objection |
| | 0243 | Summary of Claimed Non-SAP Legal Invoices | DOM200000983 | DOM200000987 | | No Objection |
| | 0244 | Summary of Claimed Non-SAP Sales and Use Tax | DOM200000988 | DOM200000988 | | No Objection |
| | 0245 | Pre-SAP PO BNT 403169 Summary by Cask | DOM00002109 | DOM00002115 | | No Objection |
| | 0246 | Pre-SAP PO BNT 544667 Summary by Cask | DOM00002124 | DOM00002125 | | No Objection |
| | 0247 | Summary of Additional Supporting Cost Documentation Associated with Costs Listed on Exhibit II of Mr. Johnson's Expert Report, Dated December 5, 2007 | DOM200000992 | DOM200000994 | | No Objection |

Dominion v. United States, Fed. Cl. 04-0083C, -0084C

Defendant's Objections to Plaintiff's Exhibits

| | Dom Exh. # | Full Name | Bates - Begin | Bates - End | Doc Date | Government Objections |
|---|---|---|---|---|---|---|
| | 0248 | Support: Claimed Costs Associated with Millstone 3 Full Core Offload Amendment; Purchase Order 02055432; Purchase Order 02051732; Purchase Order 02038165; Purchase Order 02028902; Purchase Order 00017150 | DXR007000083; DOM00085590; DOM00085 | DXR007000083; DOM00085726; DOM00085 | | Completeness (Missing page DOM00084939) |
| | 0249 | Support: SAP Cost Reports | DOM00000001; DOM00000152; DOM000004 | DOM0000151; DOM00000494; DOM0000060 | | No Objection |
| | 0250 | Support: MIBS Cost Reports | DOM00029084; DOM00029157 | DOM00029156; DOM00029175 | | No Objection |
| | 0251 | Support: Internal Labor Reports | DOM00078877; DOM00086205; DOM000875 | DOM00080588; DOM00087477; DOM000875 | | No Objection |
| | 0252 | Support: CAFR Cost and Detail Reports | DOM00001967; DOM00089934 | DOM00002028; DOM00090035 | | Completeness (Missing pages DOM00001667-1966) |
| | 0253 | Support: NFA Cost and Detail Reports | DOM00002029; DOM00002032; DOM000898 | DOM00002031; DOM00002108; DOM000899 | | No Objection |
| | 0254 | Support: List of North Anna Non-SAP NRC Invoices | DOM00005407 | DOM00005407 | | No Objection |
| | 0255 | Support: List of Surry Non-SAP NRC Invoices | DOM00005568A | DOM00005568A | | No Objection |
| | 0256 | Support: Memorandum of Understanding between Dominion and the Virginia Department of Taxation | DOM200000989 | DOM200000991 | | No Objection |
| | 0257 | Virginia Power Capital Overheads Policy Overview | DOM00090481 | DOM00090492 | 01/00/1993 | No Objection |
| | 0258 | Dominion Power Application of Surcharges | DOM00011477 | DOM00011478 | 10/01/2005 | No Objection |

Dominion v. United States, Fed. Cl. 04-0083C, -0084C

Defendant's Objections to Plaintiff's Exhibits

| | Dom Exh. # | Full Name | Bates - Begin | Bates - End | Doc Date | Government Objections |
|---|---|---|---|---|---|---|
| | 0259 | Letter from Paul Bessette, Morgan Lewis to Lisa Donahue, DOJ re: Request for Clarification of Several Statements in the Defendant's Response to Plaintiff's Damages Schedules | DOM200001183 | DOM200001188 | 01/04/2008 | No Objection |
| | 260 | Any exhibit that appears on the Government's list of exhibits | | | | No Objection |
| | 261 | Any exhibits necessary for impeachment or rebuttal | | | | No Objection |

CERTIFICATE OF FILING AND SERVICE

I hereby certify that on this 14th day of April, 2008, a copy of the foregoing "DEFENDANT'S OBJECTIONS TO PLAINTIFFS' EXHIBIT LIST" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Lisa L. Donahue