IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| **DOMINION RESOURCES, INC.,**<br>**DOMINION NUCLEAR CONNECTICUT, INC.,**<br>Plaintiffs,<br>v.<br>**UNITED STATES OF AMERICA,**<br>Defendant. | Case No. 04-83C<br>Judge Bruggink |
| **DOMINION RESOURCES, INC.,**<br>**VIRGINIA ELECTRIC AND POWER COMPANY,**<br>Plaintiffs,<br>v.<br>**UNITED STATES OF AMERICA,**<br>Defendant. | Case No. 04-84C<br>Judge Bruggink |

**PLAINTIFFS' NOTICE REGARDING GOVERNMENT'S WITNESSES**

Pursuant to the Court's Pre-Trial Order dated April 8, 2008, Plaintiffs in Case No. 04-83C, Dominion Resources, Inc., and Dominion Nuclear Connecticut, Inc., and plaintiffs in Case No. 04-84C, Dominion Resources, Inc. and Virginia Electric and Power Company (also d/b/a "Dominion Virginia Power") (collectively referred to for these purposes as "Dominion"), respectfully file this notice regarding objections to the government's proposed witnesses.

Based on the information available to Dominion, Dominion does not intend to object categorically to the testimony of any of the witnesses identified on the government's March 24,

2008 list. Dominion, however, reserves the right to object to the particular proffered testimony of any such witness on grounds including, but not limited to, lack of foundation, lack of qualification to provide expert testimony for the particular subject identified, or other appropriate evidentiary grounds as applicable.

DATED: April 14, 2008

Respectfully submitted,

s/ Brad Fagg

Brad Fagg
MORGAN, LEWIS & BOCKIUS, LLP
1111 Pennsylvania Avenue, NW
Washington, DC 20004
Telephone: (202) 739-5191
Facsimile: (202) 739-3001

Attorneys for Plaintiffs

Of Counsel:
Paul M. Bessette
David M. Kerr
Bruce McPherson
MORGAN, LEWIS & BOCKIUS, LLP
1111 Pennsylvania Avenue, NW
Telephone: (202) 739-3000
Facsimile: (202) 729-3001

**CERTIFICATE OF SERVICE**

I, Brad Fagg, hereby certify that on this 14th day of April, 2008, a copy of the foregoing was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

____/s Brad Fagg _____
Brad Fagg