# In the United States Court of Federal Claims

**04-83C & 04-84C**

**Filed: May 12, 2008**

**DOMINION RESOURCES, INC. and DOMINION NUCLEAR CONNECTICUT, INC. and DOMINION RESOURCES, INC., VIRGINIA ELECTRIC AND POWER COMPANY**

**v.**

**THE UNITED STATES**

**TRANSCRIPT OF PROCEEDINGS (5 Volumes)**
**Held in Washington, D.C.**
**May 5-9, 2008**

The above document has been filed with the Clerk's Office in hard copy and is not available electronically. To view this document please contact the Clerk's Office at (202) 357-6400 between the hours of 8:45 am and 5:15 pm Eastern time.