IN THE UNITED STATES COURT OF
FEDERAL CLAIMS

DOMINION RESOURCES, INC., )
and DOMINION NUCLEAR )
CONNECTICUT, INC., )
Plaintiffs, ) Docket No. 04-83C
v. )
THE UNITED STATES OF AMERICA, )
Defendant. )

---

DOMINION RESOURCES, INC., )
VIRGINIA ELECTRIC AND POWER )
COMPANY, )
Plaintiffs ) Docket No. 04-84C
v. )
UNITED STATES OF AMERICA, )
Defendant )

---

Courtroom 5
National Courts Building
717 Madison Place NW
Washington, D.C.

5/5/08 - 5/16/08
VOLUMES 1-10

The parties met pursuant to the notice of the Judge

BEFORE: THE HONORABLE ERIC G. BRUGGINK

APPEARANCES:

ON BEHALF OF THE PLAINTIFFS:

BRAD FAGG, ESQ.
DAVID KERR, ESQ.
PAUL BESSETTE, ESQ.
BRUCE MCPHERSON, ESQ.
Morgan Lewis & Bockius LLP
1111 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
(202) 739-5314

ON BEHALF OF THE DEFENDANT:

LISA L. DONAHUE, ESQ.
ALAN LO RE, ESQ.
ANDREW P. AVERBACH, ESQ.
CHRISTOPHER J. CARNEY, ESQ.
SCOTT SLATER, ESQ.
U.S. Department of Justice
1100 L Street, N.W.
Washington, D.C. 20530
(202) 353-9498

***Index appears at end of transcript***

## C O N T E N T S


| WITNESSES: | DIRECT | CROSS | REDIRECT | RECROSS | VOIR DIRE |
|---|---|---|---|---|---|
| Tom Brookmire | 6 | 73 | 101 | 107 | -- |
| Marvin Smith | 109 | 261 | 307 | -- | -- |
| Brian Wakeman | 310 | -- | -- | -- | -- |
| | 407 | 609 | 712 | -- | -- |
| Michael Rutkoske | 729 | 766 | 809 | 821 | -- |
| Carl whitaker | 824 | 914 | 962 | 967 | -- |
| Wesley Jenkins | 968 | -- | -- | -- | -- |
| | 1025 | 1066 | 1091 | -- | -- |
| Kerry Basehore | 1092 | 1134 | 1162 | -- | -- |
| Robert Morgan | 1164 | 1215 | 1290 | -- | -- |
| David Zabransky | 1318 | 1424 | 1498 | 1507 | -- |
| David Dakers | 1528 | 1587 | 1617 | 1619 | -- |
| Louis Nunez | 1621 | 1657 | 1671 | 1675 | -- |
| David Lee Katz | 1682 | 1696 | -- | -- | -- |
| Thomas Pollog | 1707 | 1758 | 1810 | 1819 | -- |
| Michael Lawrence | 1833 | 1918 | -- | -- | -- |
| Lee Hill | 1968 | 2001 | -- | -- | -- |
| Dr. Jonathan Neuberger | 2007<br>2029 | 2092<br>-- | --<br>-- | --<br>-- | 2023<br>-- |
| Loring Mills | 2150<br>-- | 2216<br>-- | 2242<br>2252 | 2250<br>-- | --<br>-- |
| Joseph Grillo | 2253<br>2284 | 2396<br>-- | 2440<br>-- | --<br>-- | 2278<br>-- |

C O N T E N T S


| WITNESSES: | DIRECT | CROSS | REDIRECT | RECROSS | VOIR DIRE |
|---|---|---|---|---|---|
| Larry Johnson | 2456 | 2639 | 2721 | -- | 2468 |
| | 2472 | -- | -- | -- | -- |
| Christopher Kouts | 2737 | 2824 | 2943 | 2958 | -- |

EXHIBITS

| PLAINTIFF'S EXHIBITS: | IDENTIFIED | RECEIVED | DESCRIPTION |
|---|---|---|---|
| 3 | -- | 200 | Transmittal of R.H Leasburg of handouts from DOE/Industry Meeting |
| 5 | -- | 125 | Transmittal by W.R. Benthall of Draft DOE Contract for Disposal of Spent Fuel and/or High Level Waste |
| 8 | -- | 128 | Memo from R.H. Leasburg requesting comments on attached proposed Standard Contract |
| 11 | -- | 145 | Memo from M.L. Smith to W.R. Benthall, comments on Draft DOE/Utility Standard Waste Disposal Contract |
| 12 | -- | 1237 | Letter to Robert Morgan, DOE, from Bernhardt W. Erk, NE Utilities, regarding Contract for Disposal of spent Nuclear Fuel |
| 13 | -- | 149 | Letter from R.H. Leasburg to Robert Morgan, Vepco's Comments on Draft DOE Contract for Disposal of Spent Nuclear Fuel and/or High-Level Radioactive Waste |
| 14 | -- | 156 | Letter from John J. Kearney, Edison Electric Institute to Robert Morgan, DOE, submitting comments on Standard Contract |
| 16 | -- | 175 | Vepco Program for Interim Storage of Spent Nuclear Fuel |
| 20 | -- | 179 | Memo from R.H. Leasburg to Distribution regarding Vepco Interim Spent Fuel Storage Plan |

E X H I B I T S

| PLAINTIFF'S (CONT'D) EXHIBITS: | IDENTIFIED | RECEIVED | DESCRIPTION |
|---|---|---|---|
| 24 | -- | 164 | DOE Disposal Contract Info |
| 25 | -- | 1209 | Letter from Robert Morgan to John J. Kearney addressing concerns regarding DOE's standard contract for disposal of Spent Nuclear fuel |
| 26 | -- | 163 | Transmittal by Thomsa S. Keefe, DOE, to W.N Thomas of executed copy of Spent Fuel Contract DE-CR01-8344423 |
| 27 | -- | 1104 | DOE Contract No. DE-CR-01-83NE44399.000 Contract for Disposal of Spent Nuclear Fuel and/or High-Level Radioactive Waste |
| 28 | -- | 1105 | DOE Contract No. DE-CR-01-83NE44467.000 Contract for Disposal of Spent Nuclear Fuel and/or High-Level Radioactive waste |
| 29 | -- | 1105 | DOE Contract No. DE-CR-01-83NE44468.0000 contract between DOE and NE Utilities for Disposal of SNF and/or HLRW (Millstone 3) |
| 30 | -- | 1195 | DOE, Report on Financing Disposal of Commercial Spent Nuclear Fuel and Processed High-Level Radioactive Waste (DOE/S-0020/1) |
| 32 | -- | 1848 | Memo from Richard Williamson of DOE to Distribution regarding Mission Plan Strategy |
| 34 | -- | 206 | Draft Civilian Radioactive Waste Management Program Mission Plan |

EXHIBITS

| PLAINTIFF'S (CONT'D) EXHIBITS: | IDENTIFIED | RECEIVED | DESCRIPTION |
|---|---|---|---|
| 37 | -- | 191 | Proceedings of 1983 Civilian Radioactive Waste Management information meeting, 12/12/83 -12/15/83 |
| 38 | -- | 626 | Memo from B.H. Wakeman regarding request from UNWMG for comments on attached draft 1/5/84 Petition for Rulemaking |
| 39 | -- | 1843 | Statement of Michael J. Lawrence before House Committee on Energy and Commerce |
| 40 | -- | 210 | DOE/RW-0005 Draft, vols 1, II: Mission Plan for Civilian Radioactive Waste Management Program |
| 44 | -- | 1895 | Letter from Michael J. Lawrence to Ben C. Rusche regarding Richland Operations |
| 46 | -- | 2925 | Analysis of the Total System Life Cycle Cost for Civilian Radioactive Waste Managemenet Program |
| 48 | -- | 237 | Mission Plan for Civilian Radioactive Waste Management Program, Vol 1 |
| 54 | -- | 2765 | Monitored Retrievable Storage Submission to Congress, vol 1 |
| 55 | -- | 462 | OCRWM Mission Plan Amendment, with comments on Draft Amendment and Responses to Comments (Part 1) |
| 56 | -- | 459 | OCRWM Annual Capacity Report |

E X H I B I T S

| PLAINTIFF'S (CONT'D) EXHIBITS: | IDENTIFIED | RECEIVED | DESCRIPTION |
|---|---|---|---|
| 58 | -- | 1443 | UNWMG HL w/ Spent Fuel Storage Task Force Membership Lists |
| 59 | -- | 1464 | DOE Letter from Christpher T. Jedrey to S. P. Kraft regarding interpetations, clarifications, amendments to Standard Contract for Disposal of SNF/HLRW |
| 60 | -- | 1736 | DOE Annual Capacity Report |
| 66 | -- | 2812 | Comment response document for The Secretary of Energy Report to Congress on Reassessment of Civilian Radioactive Waste Management Program |
| 67 | -- | 2911 | Preliminary Estimates of Total System Cost for Restructured Program |
| 68 | -- | 1726 | Annual Capacity Report |
| 73 | -- | 1365 | U.S General Accounting Office, Report to Congressional Requesters, Nuclear Waste |
| 74 | -- | 338 | Annual Capacity Report |
| 75 | -- | 1782 | 1991 Acceptance Priority Ranking, DOE/RW-0328P |
| 76 | -- | 1776 | Letter to Charles Brown from M. Detmer, DOE enclosing 1991 APR |
| 78 | -- | 337 | Letter to Charles A. Brown from M. Detmer (DOE) transmitting DCS Form and instructions |

E X H I B I T S

| PLAINTIFF'S (CONT'D) EXHIBITS: | IDENTIFIED | RECEIVED | DESCRIPTION |
|---|---|---|---|
| 79 | -- | 334 | Memo from J.A.V. Berry to B.H. Wakeman attaching 3/4/92 letter from DOE to Mr. Charles Brown concerning DCS for Spent Fuel shipments |
| 82 | -- | 1987 | Letter from Beth Tomasoni to E.F. Murphy approving revised DCS, Millstone Unit 1 |
| 84 | -- | 329 | Letter from R.M. Berryman to DOE transmitting attached DCS for Contract No. DE-CR01-83NE44423 |
| 85 | -- | 539 | Technical Report NE-0948, Rev. 0, Alternatives for Expansion of Interim Spent Nuclear Fuel Storage at North Anna Powr Station |
| 93 | -- | 557 | North Anna Power Station Units 1 and 2, Independent Spent Fuel Storage Installation NP-2884/IR-7273 |
| 102 | -- | 1382 | Acceptance Priority Ranking & Annual Capacity Report US Department of Energy |
| 104 | -- | 2929 | Analysis of Total System Life Cycle Cost of Civilian Radioactive Waste Management Program |
| 114 | -- | 1991 | Letter from T.C. Feigenbaum to Beth Tomasoni and Final Delivery Schedules for Millstone Point Unit 1 and Connecticut Yankee Atomic Power for 1998 pursuant to Standard Contracts |

E X H I B I T S

| PLAINTIFF'S (CONT'D) EXHIBITS: | IDENTIFIED | RECEIVED | DESCRIPTION |
|---|---|---|---|
| 117 | -- | 561 | Design change STD-GN-001, Station Modifications for Independent Spent Fuel Storage Installation (ISFSI) North Anna/Units 1-2 |
| 119 | -- | 559 | Design change No. 95-005, Independent Spent Fuel Storage Installation /North Anna Power Station / Units 1 & 2 |
| 125 | -- | 1989 | Letter from Lee Hill to Beth Tomasoni with attached DCS for Millstone Point unit 2 for SNF to be removed in 2003 |
| 127 | -- | 304 | Memo from M.L smith to H.H Barker regarding Response to Yankee Atomic Request for Bids |
| 133 | -- | 1996 | Letter from Lee Hill to Beth Tomasoni, regarding Contract No. DE-CR-01-83NE44399.000 and NUSCO's entitlement to compensation for costs incurred or to be incurred as a result of DOE's failure to fulfill obligations under contract |
| 135 | -- | 2003 | Letter to Beth Tomasoni to Lee Hill in response to 8/27/98 letter regarding contract obligations |
| 139 | -- | 2007 | Letter from Lee Hill to Beth Tomasoni attaching FDS applicable to Millstone Point Unit 1 to be removed in 1999 |

EXHIBITS

| PLAINTIFF'S (CONT'D) EXHIBITS: | IDENTIFIED | RECEIVED | DESCRIPTION |
|---|---|---|---|
| 140 | -- | 834 | DCR Review and Approval Form, MP3 Full Core offload as a Normal Evolution |
| 141 | -- | 846 | Millstone Nuclear Power Station, Unit No. 3 License Amendmetn request and technical specification change for Full Core Off-load (PTSCR-3-16-98): Letter to NRC from Martin Bowling |
| 143 | -- | 855 | Design Change Package "DCR" Review and Approval Form, MP3 Spent Fuel Pool Rerack project |
| 144 | -- | 860 | Millstone Nuclear Power Station, Unit No. 3 Propsed Revision to Technical Specification Spent Fuel Pool rerack |
| 149 | -- | 1103 | Purchase and Sale Agreement for Millstone Nuclear Power Station |
| 150 | -- | 859 | Correspondence from Victor Nerses, ONRR< to SE. Scace, NE Nuclear Energy Co., and attached amendment No. 182 to Facility Operating License No. NPF-49 for Millstone 3 |
| 153 | -- | 862 | Letter from Victor Nerses, NRC to R.G Lizotte NE Nuclear Utility Co., transmitting Millstone Unit 3 |
| 156 | -- | 1109 | Letter from John Keane to Herbert Watkins, DOE (DE-CR01-83NE44399.000) |

E X H I B I T S

| PLAINTIFF'S (CONT'D) EXHIBITS: | IDENTIFIED | RECEIVED | DESCRIPTION |
|---|---|---|---|
| 157 | -- | 1109 | Letter from John Keane to Herbert Watkins (DE-CR01-83NE44467.000) |
| 158 | -- | 1109 | Letter from John Keane to Herbert Watkins, DOE (DE-CR01-83NE44468.000) |
| 160 | -- | 864 | Millstone Spent Fuel Strategy, Revision 0 |
| 163 | -- | 871 | Specification Review and Approval form - Millstone Point Station |
| 164 | -- | 956 | Millstone, Unit 2 Licensee Event REport 2001-007-00 |
| 166 | -- | 941 | Presentation, Millstone Power Station Inter-Unit Transfer of Spent Nuclear Fuel |
| 171 | -- | 877 | Millstone Spent Fuel Strategy Revision 1 |
| 172 | -- | 24 | Technical Report NE-1037, Revision 3 - Spent Nuclear Fuel Management Plan |
| 180 | -- | 63 | E-mail from Kerry Basehor to David Christian copies to Tom Brookmire |
| 182 | -- | 881 | DCR Review and Approval Form, Cask Crane Upgrade Project MP3 Shipping Cask Trolley |
| 183 | -- | 738 | DCR Review and Approval Form, Independent Spent Fuel Storage Installation (ISFSI) Design |
| 185 | -- | 886 | DCR Review and Approval Form, Cask Crane Upgrade Proejct - MP2 Cask Crane |

E X H I B I T S

| PLAINTIFF'S (CONT'D) EXHIBITS: | IDENTIFIED | RECEIVED | DESCRIPTION |
|---|---|---|---|
| 187 | -- | 537 | Design Change, ST-GN-001, ISFSI Pad #3 Construction Surry Units 1-2 |
| 189 | -- | 748 | DCN, Addition of Opern Archway from Truck Access Bay to Cask Washdown Pit |
| 191 | -- | 381 | Acceptance Priority ranking and Annual Capacity report |
| 193 | -- | 753 | DCN, Bottled Gas Rack & Manifold for Dry Cask Storage Operation |
| 195 | -- | 757 | DCN, Canister Assembly Platform and Alterations to Auxiliary Building Cask Wash Pit |
| 197 | -- | 760 | DCN, Power Supply and Computer Connection at Cask Wash Pit to Support ISFSI |
| 199 | -- | 763 | DCN, Installation of Cacuum DRying System and Associated Tubing Runs |
| 215 | -- | 445 | Diagram and Color Key, North Anna pool as of 3/20/07 |
| 222 | -- | 358 | Summary of Spent Fuel Storage Capacity and Discharge Data, with assumption of DOE Performance at 3000 MTU/Yr |
| 224 | -- | 495 | Summary of Spent Fuel Storage Capacity and Discharge Data with assumption of DOE performance at 900 MTU/Yr |
| 225 | -- | 1048 | Summary of the Impacts of 900 MTU/yr on Claimed Damages |

E X H I B I T S

| PLAINTIFF'S (CONT'D) EXHIBITS: | IDENTIFIED | RECEIVED | DESCRIPTION |
|---|---|---|---|
| 231 | -- | 51 | Photograph marked as DOM00083942 |
| 232 | -- | 59 | Photograph marked as DOM00083860 |
| 233 | -- | 61 | Photograph marked as DOM00083919 |
| 234 | -- | 40 | Photograph marked as DOM00083607 |
| 235 | -- | 44 | Photograph marked as DOM00083224 |
| 237 | -- | 35 | Photograph marked as DOM00083513 |
| 238 | -- | 38 | Photograph marked as DOM00083624 |
| 241 | -- | 988 | Summary of Total Claimed Damages |
| 243 | -- | 1015 | Summary of Claimed Non-SAP Legal Invoices |
| 244 | -- | 1005 | Summary of Claimed Non-SAP Sales and Use Tax |
| 245 | -- | 1012 | Pre-SAP PO BNT 403169 Summary by Cask |
| 246 | -- | 1012 | Pre-SAP PO BNT 544667 Summary by Cask |
| 248 | -- | 900 | Support: Claimed Costs Associated with Millstone 3 Full Core Offload Amendment |
| 249 | -- | 501 | Support: SAP Cost Reports |
| 250 | -- | 1634 | Support: MIBS Cost Reports |
| 252 | -- | 506 | Support: CAFR Cost and Detail Reports |
| 253 | -- | 514 | Support: NFA Cost and Detail Reports |

E X H I B I T S

| PLAINTIFF'S (CONT'D) EXHIBITS: | IDENTIFIED | RECEIVED | DESCRIPTION |
|---|---|---|---|
| 254 | -- | 1010 | Support: List of North Anna Non-SAP NRC Invoices |
| 256 | -- | 1008 | Support: Memo of Understanding between Dominion and the VA Department of Taxation |
| 260 | -- | 1654 | Invoices associated with all MIBS costs listed on Defendant's Exhibit No. 305 |
| 269 | -- | 1561 | NUREG-1031, Supplement No. 2, Safety Evaluation REport, Millstone Unit 3 |
| 270 | -- | 1053 | Summary of Impacts of Alternative 3000 MTU/Yr Rate |
| 271 | 1375 | 1375 | 59 Fed. Reg. 27,007 |
| 307 | -- | 1143 | Technical report 1067-Impact of routine full core offload on Spent Fuel pool design for Surry |

E X H I B I T S

| DEFENDANTS EXHIBITS: | IDENTIFIED | RECEIVED | DESCRIPTION |
|---|---|---|---|
| 05.02 | -- | 1204 | Federal register Notice Part II |
| 05.43 | -- | 1266 | Letter from Cook, Florida Power & Light Company |
| 05.67 | -- | 1239 | Letter from Leesburg, VA Electric & Power Co. to NWPA-Project office |
| 24 | -- | 304 | J.R. Tomonto memo FPL from MC Cook |
| 26 | -- | 2161 | Letter from S. Kraft, EEI, to members of the Nuclear Fuel Committee |
| 34 | -- | 1214 | Letter from Edison Electric Institute to J.J. Kearney to NWPA Project office |
| 40 | -- | 2184 | Potential issues to be address in a rulemaking proceedong on DOE Disposal Contract |
| 41 | -- | 2173 | Meeting notes Edison Electric Institute Utility Nuclear Waste Management |
| 48 | -- | 2007 | Memo to C.J Shaffer from L.O Hill |
| 50 | -- | 304 | Utility Nuclear Waste Management Group Task Force on Waste Acceptance Rates 10/9/84 Attendance list |
| 53 | -- | 2852 | Clinch River MRS Task Force Submission |
| 60 | -- | 2859 | DOE Office of Radioactive waste Bates pages (HQR-003-1621, 1622, 1634, 1640, 1687, 1688, 1737, 2036-2043) |

E X H I B I T S

| DEFENDANTS (CONT'D) EXHIBITS: | IDENTIFIED | RECEIVED | DESCRIPTION |
|---|---|---|---|
| 61 | -- | 1449 | Letter from Utility Nuclear Waste Management Group (Pages 296-302) |
| | -- | 1456 | Letter from Utility Nuclear Waste Management Group (Pages 344-359) |
| 65 | -- | 2807 | Report to Congress on reassessment of Civilian Radioactive Waste Management program |
| 66 | -- | 2887 | Report of the Monitored Retrievable storage review commission |
| 76 | -- | 2915 | 1991 DOE Draft Mission Plan Amendment Bates pages (HQR-003-0798, 0825, 0826, 1000, 1002) |
| 82 | -- | 1470 | UWaste Report Utility Nuclear WAste and Transportation Program No. 91-10 |
| 89 | -- | 1980 | Delivery Committment Schedule 98-3201-4399-01 for Millstone Unit 1 for delivery in 1998 |
| 91 | -- | 1984 | Revised Delivery Commitment Schedule 98-3201-4399-01 for Millstone Unit 1 for delivery in 1998 |
| 97 | -- | 1987 | Letter from Murphy, NE Utilities to Tomasoni, DOE with attached DCS submittal No. 99-3201-4399-01 for Millstone unit 1 for 1998 delivery date |
| 98 | -- | 1987 | Letter to E.F. Murphy from Beth Tomasoni |
| 104 | -- | 1404 | Letter to DOE from R.M Berryman |

E X H I B I T S

| DEFENDANTS (CONT'D) EXHIBITS: | IDENTIFIED | RECEIVED | DESCRIPTION |
|---|---|---|---|
| 105 | -- | 1987 | Letter from Isakson, NE Utilities to Tomasoni, DOE with attached DSC submittal 00-3201-4399-01 |
| 108 | -- | 668 | Nuclear Fuel Article titled Virginia Power to Build Dry Storage |
| 112 | -- | 1987 | Letter from Isakson, NE Utilities to Tomasoni (delivery in 2001) |
| 122 | -- | 1481 | Letter from Berryman, VA Power to DOE with enclosed 2002 DCS |
| 123 | -- | 1987 | Letter from Isakson, NE Utilities to Tomasoni (CYAPCO for 2002) |
| 212 | -- | 692 | Decommissioning Cost estimate study |
| 236 | -- | 2473 | Expert report of R. Larry Johnson |
| 237 | -- | 2029 | Expert report of Jonathan A. Neuberger |
| 238 | -- | 2285 | Expert report of Joseph M. Grillo |
| 239 | -- | 2285 | Errata for Expert Witness Report of Joseph M. Grillo |
| 249 | -- | 2669 | Larry Johnson work papers |
| 303 | -- | 523 | Addendum for R. Larry Johnson's Expert report |

E X H I B I T S

| DEFENDANTS (CONT'D) EXHIBITS: | IDENTIFIED | RECEIVED | DESCRIPTION |
|---|---|---|---|
| 304 | -- | 2455 | Addendum to R. Larry Johnson's work papers - DOE loading adjustment as modified (900 and 300 MTU Rates) |
| 305 | -- | 1655 | Addendum to R. Larry Johnson work papers - Appendix A |
| 306 | -- | 2729 | Letter from B. Fagg to L. Donahue |

EXHIBITS

| DEFENDANT (DXD) EXHIBITS: | IDENTIFIED | RECEIVED | DESCRIPTION |
| --- | --- | --- | --- |
| 1 | -- | 2935 | Standard contract No. DE-CR01-8344423 between DOE and VA Electric and Power |
| 2 | -- | 2935 | Standard Contract No. DE-CR-01-83NE44399.000 between NE Utilities Services and the DOE for Millstone Point Unit No 1 |
| 3 | -- | 2052 | Standard Contract No. DE-CR-01-83NE44467.000 between NE Utilities Services and DOE for Millstone Point Unit No. 2 |
| 4 | -- | 2455 | Standard Contract No. DE-CR-01-83NE44468.000 between NE Utilities Services and DOE for Millstone Point Unit No. 3 |
| 5 | -- | 2637 | Admin record - Standard Contract: Public Hearing on Standard Contact for Disposal of Spent Nuclear Fuel and/or High Level Radioactive Waste |

## EXHIBITS

| COURT EXHIBITS: | IDENTIFIED | RECEIVED | DESCRIPTION |
| --- | --- | --- | --- |
| 1 | 1498 | 1498 | Averbach demonstrative |