# In the United States Court of Federal Claims

Nos. 04-83C & 04-84C
(Filed: August 8, 2008)

* * * * * * * * * * * * * * * * * * * * * * * * * * *

DOMINION RESOURCES, INC. and
VIRGINIA ELECTRIC and
POWER COMPANY,

*Plaintiffs*,

v.

THE UNITED STATES,

*Defendant.*

* * * * * * * * * * * * * * * * * * * * * * * * * *

ORDER

The court requests supplemental briefing on the effect of the Federal Circuit's decisions in *Yankee Atomic Electric Co. v. United States*, No. 2007-5025 et al., *Pac. Gas & Elec. Co. v. United States*, No. 2007-5046, and *Sacramento Mun. Util. Dist. v. United States*, No. 2007-5052, et al., on this case. The parties shall simultaneously file briefs, limited to seven pages of text, on or before Wednesday, August 27, 2008. It is SO ORDERED.

s/ Eric Bruggink
ERIC G. BRUGGINK
Judge