# In the United States Court of Federal Claims

Nos. 04-83C & 04-84C
(Filed: September 5, 2008)

* * * * * * * * * * * * * * * * * * * * * * * * * *

DOMINION RESOURCES, INC. and
VIRGINIA ELECTRIC and
POWER COMPANY,

*Plaintiffs*,

v.

THE UNITED STATES,

*Defendant*.

* * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

The parties requested the court to separate damages as between Dominion Resources, Inc., Dominion Nuclear Connecticut, Inc. ("DNC") and Dominion Resources, Inc., Virginia Electric and Power Company ("VEPCO") but did not provide separate damages calculations for certain items. Because of the possibility that the court might reject some of plaintiffs' claims and grant some of defendant's reductions to plaintiffs' claimed damages, the court requested the parties to separate damages calculations between DNC and VEPCO. Plaintiffs e-mailed the requested damages calculations to the court on August 25, 2008. Defendant filed a response to plaintiffs' e-mail, dated August 28, 2008, in which it concurred with plaintiffs' breakdown of damages. We, hereby, incorporate plaintiffs' e-mail, attached to this order, into the trial record. It is SO ORDERED.

s/ Eric Bruggink
ERIC G. BRUGGINK
Judge

**"Brad Fagg" <bfagg@morganlewis.com>**
08/25/2008 02:33 PM

To: Farnaz_Farkish@ao.uscourts.gov
cc: "Lisa Donahue" <lisa.donahue@usdoj.gov>
Subject: Re: Dominion Resources

Ms. Farkish:

Thank you. Plaintiffs offer the following in response to the Court's inquiry.

With regard to AFUDC, the total amount claimed, and contested, is $2,658,238, and that amount and some breakdowns for particular projects are provided at page 38 of the government's DX-D5, Johnson Demonstrative. Unfortunately, a simple breakdown in the form of amounts attributable just to the Virginia versus Connecticut cases does not appear to have made it into the record in an easy, summary form. Plaintiffs here represent that those amounts are $698,049 for the Virginia action and $1,960,189 for the Connecticut action. Line-by-line review of the very voluminous general ledger documentation at PX 249, 250, 252, and 253 (or queries of electronic versions of those reports) could confirm those breakdowns, but we do not suggest such an exercise to be necessary. Dominion can use these general ledger documents and data to address any form of award that the Court determines to be convenient or appropriate. Plaintiffs, to put it differently, expect to be able to sort out awards of the identified costs that are not specifically allocated to the two cases.

The situation is essentially the same for overheads. The total amount claimed, and contested, is $3,772,979, and some breakdowns for particular projects are provided at page 47 of the government's DX-D5, Johnson Demonstrative. Again, a simple breakdown in the form of

amounts attributable just to the Virginia versus Connecticut cases does not appear to have made it into the record, but plaintiffs here represent that those amounts are $3,452,076 for the Virginia action and $320,903 for the Connecticut action. Confirmation from general ledger documentation, and Dominion's expected ability to address whatever form of award ultimately utilized by the Court, are as stated above.

With regard to internal labor, we understand the government to be contesting claimed costs on two grounds. First, $5,166,607 in costs are contested as "unsupported." See DX 252 at DXR007000581 (top line). All of those costs relate to the Virginia case. See 6/18/08 Pl. Br. at 41. Second, $5,168,128 are contested on the basis of Mr. Johnson's arguments regarding application of a "screen," and that amount is broken out at page DXR007 00376 of DX 249 as $2,798,830 for the Virginia case, and $2,369,298 for the Connecticut case. Again, however, plaintiffs expect to be able to sort out awards of the identified costs in whatever form the Court determines to be appropriate or convenient.

Thank you, and please let us know if you have any questions.

Brad Fagg
Morgan, Lewis & Bockius LLP
1111 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
(202) 739-5191
bfagg@morganlewis.com